# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3960
dcalla@jonesday.com

JP019136　　　　　　　　　　　　　　July 18, 2017

<u>VIA ECF</u>

Hon. Leslie G. Foschio
United States Magistrate Judge
Western District of New York
2 Niagara Square
Buffalo, NY  14202

　　Re:　<u>Macris v. Experian Information Solutions, Inc., et al., Case No. 17-cv-00361-WMS</u>

Dear Judge Foschio:

　　Defendant Experian Information Solutions, Inc. ("Experian") requests permission for its counsel to appear telephonically at the August 9, 2017 Scheduling Conference (ECF No. 19). Experian's counsel is located in New York City, and accordingly participation by telephone will avoid significant travel time and expense. Counsel for the other parties do not object to this request.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Diana L. Calla*

　　　　　　　　　　　　　　　　　Diana L. Calla

cc:　　All counsel of record (via ECF)