

Main Office: 6000 North Bailey Avenue, Suite 1A, Amherst, New York 14226
Telephone: (716) 564-3288   Facsimile: (716) 332-1884
Toll Free Number: (877) 236-7366
www.kennethhiller.com

October 23, 2018

Hon. Leslie G. Foschio
U. S. District Court
2 Niagara Square
Buffalo, New York 14202

      Re:    **Macris (Mark) v. Specialized Loan Servicing LLC and Experian**
             **1:17-cv-00361**

Dear Judge Foschio:

This letter is to request an extension of the current Scheduling Order for the above-referenced matter. The parties respectfully request a week extension for the deadline to file dispositive motions. Both parties will be filing motions and intend to submit a joint statement of undisputed facts relative to their respective motions. The parties request this extension in order to finalize this joint submission. I have conferred with opposing counsel and they are in agreement with said request. Therefore, it is respectfully requested that the Court extend the dispositive motion deadline to October 31, 2018.

Thank you for your consideration.

Very truly yours,

*[signature]*

Seth Andrews, Esq.


cc: Brian S. McGrath, Esq. (via electronic mail)

Social Security Disability, SSI, Veterans Benefits, VA Malpractice and Consumer Litigation