UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
MARK K. MACRIS,

         Plaintiff,      Case No.: 1:17-cv-00361 (WMS)

    vs.             **NOTICE OF MOTION FOR**
                    **SUMMARY JUDGMENT**
EXPERIAN INFORMATION SOLUTIONS, INC.
And SPECIALIZED LOAN SERVICING, LLC.

         Defendants.
-----------------------------------------------------------------X

**SIRS:**

   **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support dated October 31, 2018; the Attorney Declaration of Brian S. McGrath, dated October 31, 2018 in support, and exhibits annexed thereto, the affidavit in support of Cynthia Wallace, sworn to on October 24, 2018, and exhibits attached thereto; the Rule 56 Statement of Brian S. McGrath, Dated October 31, 2018 in support; and upon all prior pleadings, orders, and proceedings had herein, defendant, Specialized Loan Servicing, LLC ("Defendant"), will move, pursuant to Local Rule of Civ. P. 56 and Fed. R. Civ. P. 56(a), for an order granting summary judgment in favor of Defendant and dismissal of Plaintiff's Complaint, before the Honorable Leslie G. Foschio, U.S.M.J., at the United States Courthouse for the Western District on a date to be selected by the Court.

Dated: October 31, 2018
       New York, NY

                                      MCGLINCHEY STAFFORD

                         By: *s/ Brian S. McGrath*
                             Brian S. McGrath, Esq.
                             Roshene A. Kemp, Esq.
                             112 West 34th Street, Suite 1515
                             New York, New York
                             Ph. (646) 362-4000
                             Fax: (646) 439-8059
                             *Counsel for Defendant Specialized Loan Servicing, LLC*

TO: (via *ECF*)
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
6000 N. Bailey Avenue – Suite 1A
Amherst, New York New York 14226
Ph. 7(16) 564-3288