**EXHIBIT 2**

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Purchased/Filed: April 28, 2017

Index # 1:17-cv-00361-WMS     WESTERN DISTRICT

STATE OF NEW YORK     UNITED STATES DISTRICT COURT

                                                 Plaintiff

Mark K. Macris

against                       Defendant

Experian Information Solutions, Inc. and Specialized Loan Servicing, LLC

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __May 5, 2017__, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Demand for Jury Trial on

__Specialized Loan Servicing, LLC__, the

Defendant in this action, by delivering to and leaving with __Nancy Dougherty__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__ Approx. Wt: __130lbs__ Approx. Ht: __5'3"__
Color of skin: __White__ Hair color: __Black__ Sex: __Female__ Other: _____

Sworn to before me on this
__5th__ day of __May, 2017__

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1703403

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179