**EXHIBIT 3**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK K. MACRIS,

                                Plaintiffs,        Case No. 17-cv-00361-WMS

                                                             **NOTICE OF APPEARANCE**

        -against-

EXPERIAN INFORMATION SOLUTIONS, INC. and
SPECIALIZED LOAN SERVICING, LLC,

                                Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that LAURA M. GRECO, an attorney admitted or otherwise authorized to practice in this court, hereby appears in this case as counsel for SPECIALIZED LOAN SERVICING, LLC.

Dated:  May 24, 2017
            Albany, New York

                                              **MCGLINCHEY STAFFORD**

                                  By:   /s/ *Laura M. Greco*_____
                                    Laura M. Greco, Esq.
                                    *Attorneys for Specialized Loan Servicing, LLC*
                                    194 Washington Avenue, Suite 600
                                    Albany, New York 12210
                                    Tel.: (518-) 874-3401
                                    Email: LGreco@mcglinchey.com

1886445.1