# EXHIBIT 4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARK K. MACRIS,

                              Plaintiffs,          Case No. 17-cv-00361-WMS

    -against-                                     **RULE 7.1 STATEMENT**

EXPERIAN INFORMATION SOLUTIONS, INC. and
SPECIALIZED LOAN SERVICING, LLC,

                              Defendants.
-------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant SPECIALIZED LOAN SERVICING, LLC ("SLS") certifies as follows:

       SLS is a limited liability company formed in the State of Delaware. It is wholly owned by Specialized Loan Servicing Holdings, LLC, which is a wholly owned subsidiary of Computershare Limited, a publicly traded company on the Australian stock exchange.

       SLS makes this disclosure solely for the purpose of Federal Rule of Civil Procedure 7.1 and reserves the right to supplement as needed.

Dated: May 25, 2017
       Albany, New York

                                        **MCGLINCHEY STAFFORD**

                                        By:     /s/ *Laura M. Greco*
                                               Laura M. Greco, Esq.
                                               *Attorneys for Specialized Loan Servicing, LLC*
                                               194 Washington Avenue, Suite 600
                                               Albany, New York 12210
                                               Tel.: (518-) 874-3401
                                               Email: LGreco@mcglinchey.com

1888570.1