**EXHIBIT 5**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK K. MACRIS,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and SPECIALIZED LENDING LOAN SERVICING, LLC,<br><br>        Defendants. | Case No. 17-cv-00361-WMS |

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court and I appear in this case as counsel for Experian Information Solutions, Inc.

Dated:  New York, New York
          May 26, 2017

Respectfully submitted,

    */s/ R. Harrison Golden*

R. Harrison Golden
JONES DAY
250 Vesey Street
New York, New York 10281-1047
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: hgolden@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                                         /s/ R. Harrison Golden
                                                                          R. Harrison Golden