# **EXHIBIT 6**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK K. MACRIS,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and SPECIALIZED LENDING LOAN SERVICING, LLC,<br><br>        Defendants. | Case No. 17-cv-00361-WMS |

**DISCLOSURE OF CORPORATE INTEREST OF**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: New York, New York  Respectfully submitted,
       May 26, 2017

   */s/ R. Harrison Golden*

R. Harrison Golden
JONES DAY
250 Vesey Street
New York, New York  10281-1047
Tel: (212) 326-3939
Fax: (212) 755-7306
Email:  hgolden@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on May 26, 2017, I caused the foregoing Disclosure of Corporate Interest of Experian Information Solutions, Inc. to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                       */s/ R. Harrison Golden*
                                                       R. Harrison Golden