**EXHIBIT 9**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARK K. MACRIS,

                                    Plaintiff,                          **ORDER**

         v.
                                                                        **17-CV-361S(F)**

EXPERIAN INFORMATION SOLUTIONS, INC.
SPECIALIZED LOAN SERVICING, LLC.,

                                    Defendants.


This action has been referred to the undersigned, a magistrate judge of this

court, by order of Hon. William M. Skretny for entry of a scheduling order in accordance

with Rule 16 of the Federal Rules of Civil Procedures ("Federal Rules") and Local Rule

of Civil Procedure 16.1.

         Each party, including any party appearing for themselves without counsel, shall

appear before the undersigned on **August 9, 2017 at 11:30 a.m.** at 500 U.S.

Courthouse, 2 Niagara Square, Buffalo, New York for the purpose of entry of a case

management order as required by Fed.R.Civ.P. 16(b).

         All parties should note that the case is subject to mandatory pretrial mediation as

required by the court's Alternative Dispute Resolution Plan ("the ADR Plan") approved

by the court's District Judges in their order dated August 23, 2005 as revised January 1,

2008.  The parties are urged to consult the ADR Plan as revised and a related

document, Alternative Dispute Resolution Procedures, copies of which are available

from the Clerk of Court and on the court's website at www.nywd.uscourts.gov.

         **The parties' attention is drawn to the obligation of the parties to select a**

**mediator in accordance with Section 5.4C of the ADR Plan, and propose to the**

undersigned a timetable to be included in the Rule 16 scheduling order for

commencing and completing the mediation.  Such dates, in addition to the other

relevant timetables for the pretrial phase of this case as requested herein, shall

be submitted by the parties to the undersigned along with the proposed

Discovery Plan for this case required by Rule 26(f) of the Federal Rules and this

order.  Accordingly, the parties shall consider and advise the court in the

Discovery Plan regarding the extent to which, if any, discovery may be needed to

facilitate the mediation required by the ADR Plan.

As required by Fed.R.Civ.P. 26(f), the parties <u>shall confer at least 21 days prior

to the Rule 16(b) hearing</u> as scheduled above for (1) the purposes set forth in Rule

26(f)(2) preparation of the required Proposed Discovery Plan, and (2) to propose to the

court a Case Management Order that will establish outside cut-off dates for the further

progress of this case including:

    (a)    Making all disclosures as required by Fed.R.Civ.P. 26(a)(1).

    (b)    Motions to amend the pleadings or add parties.

    (c)    Commencement and completion of mediation pursuant to the ADR Plan.

    (d)    Commencement and completion of all fact discovery.

    (e)    Completion of all expert discovery, if any, by each party including strict compliance with Fed.R.Civ.P. 26(a)(2) regarding the identification and filing reports of testifying experts.

    (f)    Motions to compel.

    (g)    The filing of any dispositive motions.

<u>Such proposed discovery plan and case management order shall, pursuant to

Fed.R.Civ.P. 26(f), be submitted to the court in writing at least 14 days prior to the Rule</u>

16(b) conference as herein provided.  **Any failure by a party or the party's attorney to participate in good faith in the development and submission of a proposed discovery plan required by Rule 26(f) or this order may result in the award of expenses and attorney's fees to the other party caused by such failure. Fed.R.Civ.P. 37(g).**

THE PARTIES ARE REQUESTED TO CONSIDER AND ARE ENCOURAGED TO ACT FAVORABLY ON THE ATTACHED CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE IN A CIVIL CASE PURSUANT TO TITLE 28 OF THE UNITED STATES CODE, SECTION 637(c).  HOWEVER, NO SUBSTANTIVE ADVERSE CONSEQUENCES WILL RESULT SHOULD THE PARTIES ELECT NOT TO CONSENT.  IF THE PARTIES WISH TO CONSENT, ALL PARTIES MUST EXECUTE THE CONSENT FORM AND RETURN IT TO THE CLERK OR THE UNDERSIGNED FOR PROCESSING.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: June 29, 2017
        Buffalo, New York

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

                                    Plaintiff,              **SCHEDULING ORDER**

           v.
                                                           **__-CV-___ S(F)**

                                    Defendant.

_____

        Pursuant to the Order of the Hon. William M. Skretny referring the above case to the

undersigned for pretrial procedures and the entry of a scheduling order as provided in

FED.R.CIV.P. Rule 16(b) and Local Rule 16.1(a) and a conference with counsel having been

held on _____, it is **ORDERED** that:

        1.      In accordance with Section 2.1A of the Plan for Alternative Dispute Resolution,[1]

this case has been referred to mediation.

        2.      Motions to opt out of ADR shall be filed no later than **[14 business days from

date of the Scheduling Conference]**.

        3.      Compliance with the mandatory disclosure requirements found in Rule

26(a)(1) of the Federal Rules of Civil Procedure will be accomplished by _____**.**

        4.      The parties shall confer and select a Mediator, confirm the Mediator's availability,

ensure that the Mediator does not have a conflict with any of the parties in the case, identify a

date and time for the initial mediation session, and file a stipulation confirming their selection on

the form provided by the Court no later than **[28 days from date of the Scheduling

Conference]**.

        5.      The initial mediation session shall be held no later than **[84 days (12 weeks)

from date of the Scheduling Conference]**.

        6.      All motions to join other parties and to amend the pleadings shall be filed on or

before _____**.**

---

[1] A copy of the ADR Plan, a list of ADR Neutrals, and related forms and documents can be found at
http://www.nywd.uscourts.gov or obtained from the Clerk's Office.

7.      All fact discovery in this case shall conclude on _____.  All motions to compel fact discovery shall be filed on or before _____.

8.      As the ADR program does not stay discovery, Plaintiff shall initiate discovery, through interrogatories and document requests, not later than _____ [**45 days from the date of Scheduling Conference**].

9.      Plaintiff(s) shall identify any expert witnesses through interrogatories and provide reports pursuant to FED.R.CIV.P. 26 by  _____.  Defendant(s) shall identify any expert witnesses through interrogatories and provide reports pursuant to FED.R.CIV.P. 26 by _____.  Motions to compel expert disclosures shall be filed not later than _____.

10.     Dispositive motions, if any, shall be filed no later than _____.  Such motions shall be made returnable before Judge Skretny.

11.     Mediation sessions may continue, in accordance with Section 5.11 of the ADR Plan, until **[30 days after dispositive motion deadline]**.  The continuation of mediation sessions shall not delay or defer other dates set forth in this Scheduling Order.

12.     In the event that no dispositive motions are filed, a final pretrial status conference is scheduled for _____ before the undersigned.

No extension of the above cutoff dates will be granted except upon written application to Judge Skretny, filed prior to the cutoff date, showing good cause for the extension.  The attached guidelines shall govern all depositions.  Counsel's attention is directed to FED.R.CIV.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this court.

SO ORDERED.

xxxxxxxxxxxxxxxxxxxxxxxx

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: _____(date)
        Buffalo, New York

10