# EXHIBIT 12

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

Mark K. Macris,

                Plaintiff,

      v.

Experian Information Solutions, Inc. and
Specialized Lending Loan Servicing, LLC,

              Defendants.

Case No. 17-cv-00361-WMS

ECF Case

---

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**RULE 26(a)(1) INITIAL DISCLOSURES**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant Experian Information Solutions, Inc.

("Experian") makes the following disclosures of witnesses and documents based on the

information currently and reasonably available to Experian:

    **A.**    **Individuals Likely to Have Discoverable Information Supporting**
        **Experian's Defenses**

        1.    Plaintiff Mark Macris
               270 Miller Road
               Getzville, NY 14068

               c/o
               Seth Andrews
               Law Offices of Kenneth Hiller
               600 N. Bailey Ave, Suite 1A
               Amherst, NY 14226
               Telephone: (716) 564-3288
               Facsimile:  (716) 332-1884
               Email: sandrews@kennethhiller.com

               Plaintiff Mark Macris has knowledge of the allegations and purported
               damages set forth in the Complaint.

2.      Anna Simmons, Amanda Hoover, and/or Douglas Hollon
        c/o
        Diana L. Calla, Esq.
        Jones Day
        250 Vesey Street
        New York, New York 10281
        Telephone: (212) 326-3960
        Facsimile: (212) 755-7307
        Email: dcalla@jonesday.com

        Ms. Simmons, Ms. Hoover and/or Mr. Hollon have knowledge of
        Plaintiff's contacts with Experian, Plaintiff's Experian consumer relations
        file, and Experian's consumer assistance and reinvestigation procedures.
        Ms. Simmons, Ms. Hoover and/or Mr. Hollon may be contacted only
        through the referenced counsel for Experian.

3.      Specialized Lending Loan Servicing, LLC

        c/o
        Laura M. Greco, Esq.
        McGlinchey Stafford, PLLC
        194 Washington Avenue
        Albany, NY 12210
        Telephone:  (518) 880-1301
        Facsimile:  (518) 432-8711
        Email:  lgreco@mcglinchey.com

        Specialized Lending Loan Servicing, LLC is believed to have knowledge
        and information regarding the facts underlying this case, specifically with
        regard to the accounts disputed by Plaintiff.

4.      Any credit grantor who Plaintiff alleges denied her credit or otherwise
        injured Plaintiff purportedly due to information received from Experian.
        Such credit grantors are believed to have knowledge and information as to
        Plaintiff's credit applications, credit history, credit reports, and the reasons
        for denying credit.  The relevant entities and their contact information are
        unknown to Experian at this time.

5.      Any unknown individuals or entities with knowledge regarding Plaintiff's
        alleged damages.

**B.**     **Documents and Electronically Stored Information Experian May Use to Support Its Defenses**

Experian objects to producing or identifying documents that contain information that is confidential or proprietary to Experian and/or contain Experian's trade secrets.  Experian further objects to identifying documents which contain information that is confidential or proprietary to third parties or consumers.  Experian may rely upon confidential documents, which would be produced by Experian to Plaintiff upon entry of an appropriate protective order.  Experian may also rely on any document submitted by Plaintiff, by Defendants or by third-parties, through initial disclosures or discovery.  Experian may also rely upon its records, if any, regarding Plaintiff including:

1.     Experian Consumer File Disclosures for Plaintiff.

2.     Any communications between Plaintiff and Experian.

3.     Records regarding Experian's reinvestigation of items on Plaintiff's consumer disclosures, such as automated consumer dispute verifications.

4.     Information reported by furnishers of data regarding Plaintiff.

Experian reserves the right to supplement or amend this response.

**C.     Damages**

 Experian does not allege any damages at this time, but reserves the right to assert damages at a future date.  Experian denies liability to Plaintiff for any purported damages.

**D.     Insurance**

Based on Experian's present insurance and applicable deductibles, no insurance carrier would be liable to satisfy part or all of any likely judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy any likely judgment.

Dated: New York, New York
       August 28, 2017

Respectfully submitted,

*/s/ Diana L. Calla*
Diana L. Calla
JONES DAY
250 Vesey Street
New York, New York 10281-1047
Tel: (212) 326-3960
Fax: (212) 755-7306
Email: dcalla@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Diana L. Calla, certify that on August 28, 2017, I caused the foregoing DEFENDANT

EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES

to be served upon Seth Andrews, counsel for Plaintiff Mark Macris, via e-mail at

sandrews@kennethhiller.com, and Laura Greco, counsel for Defendants Specialized Lending

Loan Servicing, LLC, at lgreco@mcglinchey.com.


*/s/ Diana L. Calla*

Diana L. Calla

*Attorney for Defendant*
*Experian Information Solutions, Inc.*