# EXHIBIT 14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MARK K. MACRIS,

                  Plaintiff

        v.                                         **Civil Action No** 17-CV-361

EXPERIAN INFORMATION SOLUTIONS, INC.
And SPECIALIZED LOAN SERVICING, LLC,

                  Defendant

_____

### STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and the Defendant that Michael A. Brady, Esq. has been selected, contacted, and has agreed to serve as Mediator for this action.

 IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation sessions in good faith, confer with the Mediator regarding the scheduling of conferences, and schedule the initial mediation session in a timely manner, bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

DATED: 9/14/2017                          DATED: 9/14/2017

/s/ Seth J. Andrews                   /s/ Diana L. Calla
Seth J. Andrews, Esq.                 Diana L. Calla, Esq.
*Attorney for Plaintiff*                *Attorney for Defendant Experian*
Law Office of Kenneth Hiller, PLLC      Jones Day
6000 North Bailey Ave., Suite 1A        250 Vesey Street
Amherst, New York 14226             New York, NY 10281

                                         /s/ Laura M. Greco
                                       Laura M. Greco, Esq.
                                       *Attorney for Defendant*
                                       *Specialized Loan Servicing*
                                       McGlinchey Stafford, PLLC
                                       194 Washington Avenue
                                       Albany, NY 12210