**EXHIBIT 16**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARK K. MACRIS,

                              Plaintiffs,

      -against-

EXPERIAN INFORMATION SOLUTIONS, INC. and
SPECIALIZED LOAN SERVICING, LLC,

                              Defendants.
------------------------------------------------------------------X

Case No. 17-cv-00361-WMS

**NOTICE OF DEPOSITION**

**COUNSELORS:**

     **PLEASE TAKE NOTICE**, that pursuant to the Fed. R. Civ. P. 26 and 30, counsel for Defendant Specialized Loan Servicing, LLC ("Defendant SLS"), hereby provides notice that it will take the testimony by deposition upon oral examination of Plaintiff Mark K. Macris ("Plaintiff") on **Wednesday, April 25, 2018 at 10:00 AM**, at The Law Offices of Kenneth Hiller, 600 Bailey Avenue, Suite 1A, Amherst, New York 14226, concerning the claims alleged in Plaintiff's Complaint. The deposition shall be taken under oath before an officer authorized to administer oaths and shall be recorded by stenographic means. The deposition shall be used for all purposes permitted under the Federal Rules of Civil Procedure.

Dated: April 18, 2018
       New York, New York

                                              **McGLINCHEY STAFFORD**

                                              By: /s/ *Brian S. McGrath*
                                                  Brian S. McGrath, Esq.
                                                  112 W. 34th Street, Suite 1515
                                                  New York, New York 10120
                                                  Tel: (646) 362-4051
                                                  E-mail: bmcgrath@mcglinchey.com

                                               *Attorneys for Defendant,*
                                               *Specialized Loan Servicing, LLC*

2

**CERTIFICATE OF SERVICE**

I, Roshene A. Kemp, certify that on April 18, 2018, I caused the foregoing Notice of Deposition to be served by email upon the following counsel: for Plaintiff, Seth Andrews (sandrews@kennethhiller.com); and for Defendant Experian Information Solutions, Inc., Diana L. Calla (dcalla@jonesday.com).

By: /s/ *Roshene A. Kemp*
Roshene A. Kemp, Esq.