# EXHIBIT E

ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:
    CORELOGIC
    450 E BOUNDARY ST
    CHAPIN, SC 29036-9911

Party 1:
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC NOM

Party 2:
BANK OF AMERICA NA TR

**Recording Fees:**

| | |
|---|---|
| Fee 1 | $30.00 |
| Fee 2 | $1.00 |
| COE STATE $14.25 GEN | $14.25 |
| COE STATE $4.75 RM | $4.75 |
| MARKOFF FEE | $0.50 |

Book Type: M  Book: 13566  Page: 1043
Page Count: 2
Doc Type: ASSIGN-MTG
Rec Date: 02/01/2012
Rec Tim: 11:14:40 AM
Control #: 2012025860
UserID: Eileen
Receipt#: 12016532
Document Sequence Number

**Consideration Amount:**

| | |
|---|---|
| BASIC | $0.00 |
| SONYMA | $0.00 |
| ADDL | $0.00 |
| NFTA MT | $0.00 |
| TRANSFER | $0.00 |
| NFTA TT | $0.00 |

**Total: $50.50**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING -- THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

        Christopher L. Jacobs
   COUNTY CLERK

Recording Requested By:
Bank of America
Prepared By: Cecilia Rodriguez
888-603-9011
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID# ▮▮▮▮▮▮▮▮▮▮ 8016

Property Address:
403 Teakwood Ter
Amherst, NY 14221-3935
Property Location:
Township of AMHERST
NYOM-AM 15261314    11/8/2011

MIN #: ▮▮▮▮▮▮▮▮▮▮ 742-8     This space for Recorder's use     MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB, the undersigned holder of the Mortgage described below (herein "Assignor") whose address is 3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474 does hereby grant, sell, assign, transfer and convey unto BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP whose address is 400 NATIONAL WAY, SIMI VALLEY, CA 93065 all beneficial interest under that certain security instrument described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said security instrument.

Original Lender:        MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS
                        NOMINEE FOR COUNTRYWIDE BANK, FSB
Made By:                MARK K MACRIS, AND CATHERINE M MACRIS
Date of Mortgage:       2/1/2008
Original Loan Amount:   $193,472.00
Section: 69.08    Lot: 32    Block: 6

Recorded in Erie County, NY on: 2/19/2008, book 13392, page 1246 and instrument number 2008034590

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

This Mortgage has not been assigned unless otherwise stated below:

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on Dated:
___NOV 0 8 2011___

Lender's Address Is:
4161 Piedmont Parkway
Greensboro, NC 27410

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE
BANK, FSB

By: _____
    Kathy Orland Assistant Secretary

State of California
County of Ventura

On __NOV 08 2011__ before me, __Wendy L. Lau__, Notary Public, personally appeared __Kathy Orland__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public:
My Commission Expires: _____    (Seal)

[Seal: WENDY L. LAU, COMM. # 1794900, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires May 2, 2012]

4-1-1
2 5860