# EXHIBIT F

ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:

Party 1:
BANK OF AMERICA NA

Party 2:
SECRETARY OF HOUSING AND URBAN
DEVELOPMENT

Book Type: M  Book: 13682  Page: 7635
Page Count:   3
Doc Type:     ASSIGN-MTG
Rec Date:     06/02/2014
Rec Time:     10:49:11 AM
Control #:    2014105938
UserID:       ERECORD
Trans #:      14083999
Document Sequence Number

**Recording Fees:**

| | |
|---|---|
| RECORDING | $35.00 |
| COE CO $1 RET | $1.00 |
| COE STATE $14.25 GEN | $14.25 |
| COE STATE $4.75 RM | $4.75 |
| MARKOFF FEE | $0.50 |

**Consideration Amount:**   0.00

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $55.50**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING -- THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

Christopher L. Jacobs
County Clerk

Recording Requested By:
Bank of America, N.A.

Prepared By: Ralph Flores
800-444-4302

When recorded mail to:
Avenue 365 Lender Services, LLC
Ref: NB Assignments
401 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

DocID# 6727
Property Address:
403 Teakwood Terrace
Amherst, NY 14221-3935
Property Location:
Township of AMHERST
NY0v3-AM 29056205 C 4/1/2014 PSL0303

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, the undersigned holder of the Mortgage described below (herein "Assignor") whose address is 1800 TAPO CANYON ROAD, SIMI VALLEY, CA 93063 does hereby grant, sell, assign, transfer and convey unto SECRETARY OF HOUSING AND URBAN DEVELOPMENT whose address is 451 7TH STREET, S.W., WASHINGTON, D.C. 20410 all beneficial interest under that certain security instrument described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said security instrument.

| | |
|---|---|
| Beneficiary: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB, ITS SUCCESSORS AND ASSIGNS |
| Made By: | MARK K MACRIS, AND CATHERINE M MACRIS |
| Date of Mortgage: | 2/1/2008 |
| Original Loan Amount: | $193,472.00 |
| Section: 69.08 | Lot: 32    Block: 6    Unit: N/A |

Recorded in Erie County, NY on: 2/19/2008, book 13392, page 1246 and instrument number 2008034590

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

This Mortgage has not been assigned unless otherwise stated below:
Assigned From: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB, ITS SUCCESSORS AND ASSIGNS
Assigned To: BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP
Recording Date: 2/1/2012 Book/Liber: 13566 Page: 1043 Instrument Number: 2012025860

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on Dated:
APR 03 2014

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP

By: _____
Amparo Mayorga
Assistant Vice President

BOOK 13682/ PAGE 7636          PAGE 2 OF 3

State of California
County of Los Angeles

On __APR 0 3 2014__ before me, __Evette Ohanian__, Notary Public, personally appeared __Amparo Mayorga__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: __Evette Ohanian__   (Seal)
My Commission Expires: __DEC 2 7 2015__

EVETTE OHANIAN
COMM. 1961990
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Dec. 27, 2015

DocID# ■■■■6727