**EXHIBIT G**

ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:

Party 1:
SECRETARY OF HOUSING&URBAN
DEVELOPMENT (THE)

Party 2:
US BANK NATIONAL ASSOCIATION TR

Book Type: M   Book: 13689   Page: 8020
Page Count:   3
Doc Type:     ASSIGN-MTG
Rec Date:     07/31/2014
Rec Time:     08:41:40 AM
Control #:    2014150316
UserID:       ERECORD
Trans #:      14117599
Document Sequence Number

**Recording Fees:**

| | |
|---|---|
| RECORDING | $35.00 |
| COE CO $1 RET | $1.00 |
| COE STATE $14.25 GEN | $14.25 |
| COE STATE $4.75 RM | $4.75 |
| MARKOFF FEE | $0.50 |

**Consideration Amount:   0.00**

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

**Total: $55.50**

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING – THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

Christopher L. Jacobs
County Clerk

Recording Requested By:
Bank of America, N.A.

Prepared By: Marivel Castro

When recorded mail to:
Avenue 365 Lender Services, LLC
Ref: NB Assignments
401 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

DocID# ▮▮▮▮▮▮▮7547

Property Address:
403 Teakwood Terrace
Amherst, NY 14221-3935
Property Location:
Township of AMHERST
NY0v3-AM 29184302 C 4/11/2014 PSL0303A

This space for Recorder's use

## ASSIGNMENT OF MORTGAGE

For Value Received, THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT BY PRMF ACQUISITION, LLC, ITS ATTORNEY IN FACT, the undersigned holder of the Mortgage described below (herein "Assignor") whose address is 451 7TH STREET, S.W., WASHINGTON, D.C. 20410 does hereby grant, sell, assign, transfer and convey unto U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SROF-2013-S3 REMIC TRUST I whose address is 60 LIVINGSTON AVENUE, EP-MN-WS3D, ST. PAUL, MN 55107 all beneficial interest under that certain security instrument described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said security instrument.

Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB, ITS SUCCESSORS AND ASSIGNS
Made By: MARK K MACRIS, AND CATHERINE M MACRIS
Date of Mortgage: 2/1/2008
Original Loan Amount: $193,472.00
Section: 69.08    Lot: 32    Block: 6    Unit: N/A

Recorded in Erie County, NY on: 2/19/2008, book 13392, page 1246 and instrument number 2008034590

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

This Mortgage has not been assigned unless otherwise stated below:
Assigned From: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE BANK, FSB, ITS SUCCESSORS AND ASSIGNS
Assigned To: BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP
Recording Date: 2/1/2012 Book/Liber: 13566 Page: 1043 Instrument Number: 2012025860

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on Dated:
7/21/14

*by Avenue 365 Lender Services, LLC, its designee, by Power of Attorney recorded in Maricopa County, Arizona as Inst. #20140276293

THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT BY PRMF ACQUISITION, LLC, ITS ATTORNEY IN FACT
By: /s/ Matthew Stubbe

Matthew Stubbe
Authorized Signatory

State of Pennsylvania

County of Montgomery

Before me, Corian Kane, duly commissioned Notary Public, on this day personally appeared Matthew Stubbe, Authorized Signatory of Avenue 365 Lender Services, LLC, designee for PRMF Acquisition LLC, attorney-in-fact for Secretary of Housing and Urban Development, personally known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __21__ day of July, 2014.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CORIAN KANE-NOTARY PUBLIC
City of Philadelphia, Philadelphia County
MY COMMISSION EXPIRES APR. 08, 2015

Notary Public's Signature

Printed Name: Corian Kane

My Commission Expires: 4/8/2015

### ERIE COUNTY CLERK'S OFFICE



County Clerk's Recording Page

Return to:

Party 1:
US BANK NATIONAL ASSOCIATION TR

Party 2:
USROF III LEGAL TITLE TRUST 2015-1 TR

Book Type: M   Book: 13733  Page: 7013
Page Count:   2
Doc Type:    ASSIGN-MTG
Rec Date:    08/17/2015
Rec Time:    10:05:11 AM
Control #:   2015166356
UserID:      ERECORD
Trans #:     15131988
Document Sequence Number

### Recording Fees:

| | |
|---|---|
| RECORDING | $30.00 |
| COE CO $1 RET | $1.00 |
| COE STATE $14.25 GEN | $14.25 |
| COE STATE $4.75 RM | $4.75 |
| MARKOFF FEE | $0.50 |

Consideration Amount:   0.00

| | |
|---|---|
| BASIC MT | $0.00 |
| SONYMA MT | $0.00 |
| ADDL MT/NFTA | $0.00 |
| SP MT/M-RAIL | $0.00 |
| NY STATE TT | $0.00 |
| ROAD FUND TT | $0.00 |

Total: $50.50

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING – THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT REQUIRED BY SECTION 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

Christopher L. Jacobs
County Clerk

PREPARED BY AND RETURN TO:
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

## Assignment of Mortgage

Send Any Notice To Assignee.

For Valuable Consideration, the undersigned, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BROF-BSI-SFR1 MIC TRUST I  60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107 (Assignor) by these presents does assign, and set over, without recourse, to USROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE  60 Livingston Avenue, EP-MN-WS3D, St. Paul, MN 55107 (Assignee) the described mortgage with all interest, all liens, any rights due or to become due thereon, executed by MARK K. MACRIS AND CATHERINE M MACRIS to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS) AS NOMINEE FOR COUNTRYWIDE BANK, FSB, ITS SUCCESSORS AND ASSIGNS. Said mortgage dated 2/13/2008 is recorded in the State of NY, County of Erie on 2/18/2008 in Liber 11392 Page 1388 AMOUNT: $ 393,872.00   Property Address: 92 OAKWOOD TER, AMHERST, NY 14221

This Assignment is not subject to the requirements of Section 275 of the Real Property Law, because it is an assignment within the secondary mortgage market.

IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed by its proper officer. Executed on August 14, 2015
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BROF-BSI-SFR1 MIC TRUST I

By: _____
Michael E. Wileman, Authorized Signator

State of Texas, County of Tarrant
On August 14, 2015, before me, the undersigned, personally appeared Michael E. Wileman, Authorized Signator, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the County of Tarrant, State of Texas.

_____
Notary public, C. Lafferty
My commission expires: November 30, 2015

NY 09                                   NIBI 19046
                                        MBE-C-USROF II, TD

BOOK 13733/ PAGE 7014                   PAGE 2 OF 2