# EXHIBIT H

**CUSTOMER/LOAN INQUIRY**   6848/14/201811:04:55 PM ETPFSP213

ACCOUNT NUMBER ███2479   M/P/A/S P   Warn Cd 2   Lock 0   Stop Codes 8 0 9   Certified Funds 0

**Borrower Information**   **Borrower Contact**

MARK K MACRIS   SS# ███8390   Home V 4444444444   Work V 4444444444
CATHERINE M MACRIS   SS# ███4395   Home V 4444444444   Work V 4444444444

**Loan Information**

**Address Information**   Inv 1838 PROF 2013-S3 LEGAL TITLE TRUST V
403 TEAKWOOD TER   Loan Type 1 CONVENTI   Sub Type 0
AMHERST   NY 14221   *   Case# 0000000000000   Close Code 8
Next Due 10/01/09   Last Pmt 11/22/11

**Payment Data**   **Loan Terms**
MONTHLY   BILLING   1st Pmt 04/01/08
Total Due   0.00   **Balances**   Balance View B   Rate 6.00000
Partial Pay Cd/Amt   0.00   ORIG   193472.00   BALLOON 00/00/00
P&I   1159.96   PRIN   0.00   Term 360   Int Meth 0
Escrow   652.62   ESCROW   0.00   Maturity Date 03/38
Optional Product   0.00   BUYDOWN 0   .00   Original Maturity Date 00/00
Ancillary   0.00   UF ..... 0.00   Grace Days 15
Late Charge   0.00   MERS N   LC 2.000 NO LTCHG
Total   1812.58   LC Code 1

**ARM & Escrow Analysis Information**
ARM Contract
Last Esc Analysis 05/16   Esc Analysis Over/Short   1284.42   EA Shortage Spread 0

**Last Tax/Hazard Transaction**
TAX   E91   09/16/16   -3807.99   HAZ   E21   09/26/16   -808.00

**Miscellaneous Information**
Deferred Amounts   0.00   PREPAID MONTHS 01   FCL POST 01/18/17
Partial Pmt Date 00/00/00   Fieldman Code NBF01
Delinquent Counselor CD   Assumption Code 4   Assumption Date 0-00/00
Last-Note 10/11/17   Last Delinquent Msg 09/28/16
00/00/00   Recast Date 00/00/00

Message: [    ] OK
Command: [                        ]   Submit   Reset