# EXHIBIT J

STATE OF NEW YORK
SUPREME COURT    COUNTY OF ERIE

---

U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,

Plaintiff,

-vs-

CATHERINE M. MACRIS;

Defendants.

---

Index No.:
803473/2015

**REFEREE'S REPORT OF SALE**

FILED
Nov 02 2016
ERIE COUNTY
COUNTY CLERK'S OFFICE

TO THE SUPREME COURT OF THE STATE OF NEW YORK:

I, Jason Dipasquale, Esq., the Referee appointed by and named in the Judgment of Foreclosure and Sale filed in this action on July 5, 2016, to make the sale of the mortgaged lands described in said Judgment, respectfully report as follows:

FIRST: That I caused due notice of the sale of the said lands and premises on September 27, 2016, at 9:30 am in the at the foreclosure alcove, first floor, Erie County Hall, 92 Franklin Street, City of Buffalo, County of Erie, as published according to law and the rules and practice of this Court, and as fully appears by the affidavits hereto annexed.

SECOND: That at the time and place for which the said sale was noticed as aforesaid, I attended in person, and agreeably to notice, offered the said mortgaged lands and premises for sale to the highest bidder, and sold the same to the Plaintiff herein, for the sum of $182,000.00, that being the highest sum so bid therefore, and pursuant to the terms of said Judgment of Foreclosure and Sale, I waived the required ten percent (10%) deposit as Plaintiff was the successful bidder.

THIRD: That the Plaintiff was awarded by the Judgment of Foreclosure and Sale inclusive of costs and allowances $317,919.46 to wit, together with interest thereon as provided in the Judgment of Foreclosure and Sale to June 29, 2016.

FOURTH: That I have allowed Plaintiff's attorney the sum of $1,087.20 for advertising Notice of Sale and Posting. (Receipted bill and affidavits of publication and posting annexed).

FIFTH: That I have received from Plaintiff's attorneys the sum of $500.00 as and for the fees and commissions to which I am entitled upon said sale.

SIXTH: That I have allowed the attorneys for the Plaintiff herein, the sum of $330,448.14 in payment of judgment with interest through September 27, 2016, inclusive of costs, allowance, legal fees, referee fees, disbursements and advertising as per attached statement.

SEVENTH: That I have allowed the sum of $50,786.94 for the advances made or to be made by the Plaintiff for real estate taxes, insurance and property preservation and inspections.

EIGHTH: That I have made, executed and delivered to U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, the purchaser at said sale, a good and sufficient deed of conveyance of the mortgaged premises so sold.

NINTH: That there remains a deficiency of $12,528.68 due upon said Judgment of Foreclosure and Sale.

The computation is attached hereto.

All of which is respectfully submitted.

Dated: __October 17__, 2016

_____
Jason Dipasquale, Esq., Referee

## COMPUTATION OF DEFICIENCY/SURPLUS

*Computations from Referee's Oath*

| | | |
|---|---:|---:|
| Unpaid principal balance | 188,706.88 | |
| Interest from 9/1/2009 - 4/1/2016 | 74,538.87 | |
| @ the rate of 6.000% per annum | | |
| ($31.02 per diem x 2405 days) | | |
| (based upon 365 days/year) | | |
| Late Charges | 0.00 | |
| Property Inspections | 15.00 | |
| Property Preservation | 0.00 | |
| Taxes Advanced | 0.00 | |
| Escrow | 46,963.95 | |
| **TOTAL OWING PER OATH** | | **$310,224.70** |
| Interest on UPB from 4/2/2016 - 6/28/2016 | 2,729.76 | |
| @ the rate of 6.000% per annum | | |
| ($31.02 per diem x 88 days) | | |
| (based upon 365 days/year) | | |
| Costs and disbursements per Judgment | 2,065.00 | |
| Attorney fees allowable per Judgment | 2,900.00 | |
| **JUDGMENT AMOUNT** | | **$317,919.46** |
| Interest on Judgment amount | 7,133.49 | |
| from 06/29/2016 - 09/27/2016 | | |
| @ the rate of 9.00% per annum | | |
| ($78.39 per diem x 91 days) | | |
| (based upon 365 days/year) | | |
| **TOTAL AMOUNT DUE PER JUDGMENT** | | **$325,052.95** |
| *Additional sums due per Judgment* | | |
| Advertising/Posting | 1,087.20 | |
| Referee's fee to sell | 500.00 | |
| Taxes/Insurance/Preservation/Inspections etc. | 3,807.99 | |
| **TOTAL DUE PLAINTIFF** | | **$330,448.14** |
| **LESS SALE PRICE (OR JUDGMENT AMOUNT)** | | **$317,919.46** |
| **DEFICIENCY** | | **$12,528.68** |

STATE OF NEW YORK
SUPREME COURT        COUNTY OF ERIE

---

**U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,**

                            Plaintiff,

Index No.: 803473/2015

-vs-

**CATHERINE M. MACRIS;**

                            Defendants.

---

STATE OF NEW YORK)
COUNTY OF ERIE) ss:

Jason Dipasquale, Esq., being duly sworn, deposes and says:

That I am the referee duly appointed herein to make the sale in the above entitled action, and the officer who made such sale.

That the attached report of sale signed by me is in all respects true and correct, and said report and statement annexed thereto contain a true, accurate and complete report of the disposition of the proceeds of such sale.

                                                Jason Dipasquale, Esq., Referee

Sworn to before me this
17 day of October, 2016

_____
Notary Public

JENNIFER L. MARCINKOWSKI
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires Oct. 27, 2017.

REFEREE'S NOTICE OF SALE IN FORECLOSURE
SUPREME COURT – COUNTY OF ERIE
U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, Plaintiff – against – CATHERINE M. MACRIS, et al Defendant(s).
Pursuant to a Judgment of Foreclosure and Sale entered on July 05, 2016. I, the undersigned Referee will sell at public auction, at the foreclosure alcove, first floor, Erie County Hall, 92 Franklin Street, City of Buffalo, Erie County, New York on the 27th Day of September, 2016 at 9:30 a.m. All that Tract or Parcel of Land, situate in the Town of Amherst, County of Erie and State of New York.
Premises known as 403 Teakwood Ter., Amherst, (Town of Amherst) NY 14221.
(Section: 69.08, Block: 6, Lot: 32)
Approximate amount of lien $310,224.70 plus interest and costs.
Premises will be sold subject to provisions of filed judgment and terms of sale.
Index No. 803473/2015. Jason Dipasquale, Esq., Referee.
Davidson Fink LLP
Attorney(s) for Plaintiff
28 East Main Street, Suite 1700
Rochester, NY 14614-1990
Tel. 585/760-8218
Dated: July 18, 2016

STATE OF NEW YORK
SUPREME COURT          COUNTY OF ERIE

---

**U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,**

                 Plaintiff,

vs.

**CATHERINE M. MACRIS;**

                 Defendants.

Index No.: 803473/2015

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK )
COUNTY OF MONROE )  ss:

      Sean Latulipe, being duly sworn, deposes and says:

1. I am over 18 years of age, reside in Rochester, New York, and I am employed by Davidson Fink LLP, the attorneys for plaintiff in this action.

2. On 9/13/16, deponent served a copy of the Notice of Sale, by first-class mail, upon:

John D'Amato, Esq.
4245 Union Road, Ste. 208
Cheektowaga, NY 14225

by depositing a true copy of said document securely enclosed in postpaid wrappers in the Post Office Box regularly maintained by the United States Postal Service at 28 East Main Street, Suite 1700, Rochester, New York.

                                                          Sean Latulipe

Sworn to before me this
13 day of September, 2016

_____
Notary Public

JIHAN NUREEN ABDURRAFI
NOTARY PUBLIC, State of New York
Registration No. 01AB6335605
Qualified in Monroe County
My Commission Expires January 19, 2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE
------------------------------------------------------------------X
U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,

                          Plaintiff,

-against-                                INDEX NO. 803473/2015

CATHERINE M. MACRIS, ET AL.,

                                 AFFIDAVIT OF POSTING
                                 OF NOTICE OF SALE

                          Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK )
COUNTY OF Orleans ) .SS.:

Cynthia Tracey BEING DULY SWORN DEPOSES AND SAYS: THAT (S)HE IS OVER THE AGE OF 18 YEARS, RESIDES IN Niagara COUNTY, THAT ON THE DATES HEREINAFTER STATES (S)HE POSTED AND CONSPICUOUSLY FASTENED UP A PRINTED NOTICE OF SALE IN THE ABOVE ENTITLED ACTION OF WHICH THE ANNEXED IS A COPY, IN THE FOLLOWING PUBLIC PLACES IN THE CITY OF BUFFALO, TO WIT:

1. Buffalo City Hall LOCATED AT 65 Niagara Sq Buffalo, NY ON 8/23/16.

2. Buffalo City Court LOCATED AT 50 Delaware Ave Buffalo, NY ON 8/23/16.

3. Erie County Clerk LOCATED AT 92 Franklin St Buffalo, NY ON 8/23/16.

THAT THE ABOVE NAMED PLACES ARE THREE OF THE MOST PUBLIC PLACES IN THE SAID CITY AND IS IN THE CITY WHERE THE SALE OF SAID PROPERTY WAS HELD.

                                                         Cynthia Tracey

SWORN TO BEFORE ME THIS
24th DAY OF AUGUST, 2016

_Kathryn Ann Tracey_
NOTARY PUBLIC

                    KATHRYN ANN TRACEY
               Notary Public - State of New York
                     No. 01TR6058242
                 Qualified in Orleans County
               My Commission Exp. May 7, 2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE
-------------------------------------------------------------------X
U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,

                                Plaintiff,

-against-                              INDEX NO. 803473/2015

CATHERINE M. MACRIS, ET AL.,
                                                            AFFIDAVIT OF POSTING
                                                            OF NOTICE OF SALE

                                Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK )
                         .SS.:
COUNTY OF ORLEANS )

_Pamela Kracker_ BEING DULY SWORN DEPOSES AND SAYS: THAT (S)HE IS OVER THE AGE OF 18 YEARS, RESIDES IN _Erie_ COUNTY, THAT ON THE DATES HEREINAFTER STATES (S)HE POSTED AND CONSPICUOUSLY FASTENED UP A PRINTED NOTICE OF SALE IN THE ABOVE ENTITLED ACTION OF WHICH THE ANNEXED IS A COPY, IN THE FOLLOWING PUBLIC PLACES IN THE TOWN OF AMHERST, TO WIT:

1. _Amherst Town Clerk_ LOCATED AT _5583 Main Street Williamsville, NY 14221_ ON _8/22/16_.

2. _Amherst Village Clerk_ LOCATED AT _5565 Main Street Williamsville, NY 14221_ ON _8/22/16_.

3. _Read's Laundry_ LOCATED AT _5661 Main Street Williamsville, NY 14221_ ON _8/22/16_.

THAT THE ABOVE NAMED PLACES ARE THREE OF THE MOST PUBLIC PLACES IN THE SAID TOWN AND IS IN THE TOWN WHERE THE SAID PROPERTY IS LOCATED.

                                                                       _[signature]_

SWORN TO BEFORE ME THIS
_23rd_ DAY OF AUGUST, 2016

_[signature]_
NOTARY PUBLIC

                  KATHRYN ANN TRACEY
              Notary Public - State of New York
                   No. 01TR6058242
               Qualified in Orleans County
              My Commission Exp. May 7, 2019

# AFFIDAVIT OF PUBLICATION

**REFEREE'S NOTICE OF SALE IN FORECLOSURE**
403 Teakwood Terrace
Amherst, New York
SUPREME COURT - COUNTY OF ERIE - U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, Plaintiff — against — CATHERINE M. MACRIS, et al Defendant(s).
Index No. 803473/2015
Pursuant to a Judgment of Foreclosure and Sale entered on July 05, 2016, I, the undersigned Referee will sell at public auction, at the foreclosure alcove, first floor, Erie County Hall, 92 Franklin Street, City of Buffalo, Erie County, New York on the 27th DAY of SEPTEMBER, 2016 at 9:30 a.m. All that Tract or Parcel of Land, situate in the Town of Amherst, County of Erie and State of New York.
Premises known as 403 Teakwood Ter., Amherst, (Town of Amherst) NY 14221.
(Section: 69.08, Block: 6, Lot: 32)
Approximate amount of lien $310,224.70 plus interest and costs.
Premises will be sold subject to provisions of filed judgment and terms of sale.
JASON DIPASQUALE, ESQ., Referee
DAVIDSON FINK LLP, Attorney(s) for Plaintiff, 28 East Main Street, Suite 1700, Rochester, NY 14614-1990, Tel. 585/760-8218.
Dated: July 18, 2016
16-1777   aug29,sep5,12,19

**BUFFALO LAW JOURNAL**
465 MAIN STREET • BUFFALO, N.Y. 14203-1793

State of New York }
County of Erie } ss.
City of Buffalo }

_____Bo Sunshine_____ being duly sworn, deposes and says, that he is Principal Clerk of the Buffalo Law Journal, a newspaper published in said City; that the notice, of which the annexed printed slip taken from said newspaper is a copy, was inserted and published therein once a week for 4 weeks, the first insertion being on the

__29th__ day of __August__ , 2016

and the last insertion being on the

__19th__ day of __September__ , 2016.

(SIGNED) ____Bo Sunshine____

Sworn to before me this __19th__ day of __September__ 2016.

_____Kimberly J. Schaus_____
Notary Public

KIMBERLY J. SCHAUS
Notary Public, State of New York
Qualified in Erie County
My Commission Expires February 8, 2018

ALLCOUNTY LEGAL SUPPORT
60 BURT DRIVE
DEER PARK, NY 11729

Telephone: (631)667-8200                             Fax: (631)667-0302

DATE: 08/30/16

TO: DAVIDSON FINK LLP, ATTN: NICOLE FIRES
28 EAST MAIN STREET
SUITE 1700
ROCHESTER, NY 14614-1990

RE:   INVOICE NO.       SL01-54622
      PUBLICATION OF:   NOTICE OF SALE
      DATE OF SALE:     09/27/16

PUBLICATION: BUFFALO LAW JOURNAL          ALLCOUNTY# 192416

TITLE: US ROF III LEGAL VS. CATHERINE M. MACRIS

DATES PUBLISHED: 8/29/16, 9/5/16, 9/12/16, 9/19/16

POSTING: CITY OF BUFFALO AND TOWN OF AMHERST

AMOUNT: $1,087.20

Affidavit of Publication will be sent upon payment
Outstanding balance over 30 days will incur finance charges of 1.5%
(APR 18% PER YEAR)

STATE OF NEW YORK
SUPREME COURT       COUNTY OF ERIE

---

U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK
NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,                Index No.: 803473/2015
                                          Plaintiff,
                                                             **TERMS OF SALE**

-vs-

**CATHERINE M. MACRIS;**
                              Defendants.

---

The premises described in the advertisement of sale, will be sold under the direction of the Referee, Jason DiPasquale, Esq. upon the following terms:

1st        Ten percent of the purchase price for the premises will be required to be paid in cash or by a certified check to the Referee, Jason DiPasquale, Esq. at the time and place of sale, and for which a receipt will be given.

2nd        The residue of said purchase money will be required to be paid in cash or by certified/bank check to said Referee, Jason DiPasquale, Esq. at the office of the referee at 43 Court Street, Suite 800, Buffalo, NY 14202 by October 27, 2016, when the Referee's Deed will be ready for delivery.

3rd        The closing is **TIME OF THE ESSENCE** for the sale of this property and no additional notices will be sent. If you fail to appear ready, willing and able to close the transaction at the time and place stated above, you shall be in breach of the Terms of Sale and the Seller shall be entitled to keep any deposit that you may have given at the time of the sale. Postponements may be considered if presented to Plaintiff's attorney, in writing, and any approved postponement will add interest accruing on the residue of the purchase price at the legal rate of interest of 9.00% until the date of closing.

4th   The said premises are being sold in "as is" condition and subject to:

- a) Rights of the public and others in and to any part of the mortgaged premises that lie within the bounds of any street, alley or highway; covenants, restrictions, declarations, reservations, rights of way and easements of record; building and zoning regulations and/or ordinance(s) of the County, City, Town and Village in which said premises lie and any amendments thereto;

- b) Any and all tenancies, possessory interests and/or leases affecting said premises not made party defendants provided, however, defendants or others may be in possession of the mortgaged premises and the purchaser may have to undertake legal actions to remove them therefrom, which is and will be the sole choice and responsibility of the purchaser;

- c) Any state of facts that an accurate, currently dated survey or inspections might disclose;

- d) Risk of loss or damage by fire, vandalism or other casualty between time of sale and time of the delivery of the deed, is assumed by purchaser;

- e) The rights, if any, of the United States of America, pursuant to Title 38, Section 2410 of the United States Code.

- f) Rights of any defendants pursuant to CPLR 317.

- g) Any violations of record.

5th    Title Insurance, if any, shall be paid for by the purchaser. **No Abstract of Title shall be provided to the Purchaser.**

6th    The purchaser of the premises at the time and place of sale, shall sign a Memorandum of his purchase which will serve as an agreement to comply with the terms and conditions herein contained.

7th    The bidding will be kept open after the property is struck down, and in case any purchaser shall fail to comply with any of the above conditions of sale, the premises so struck down to him will be again put up for sale, under the direction and discretion of said Referee under these same Terms of Sale, without application to the Court unless the plaintiff's attorneys shall elect to make such application; and such purchaser shall be held liable for any deficiency there may be between the sum for which said premises shall be struck down upon the sale and that for which they may be purchased on the resale, and upon the Purchaser's default the bid deposit shall automatically be forfeited and applied to the aforesaid deficiency, if any. Such forfeiture shall not be a waiver of any rights of the Plaintiff to seek and obtain damages from the defaulting bidder.

8th    All of the expenses of recording the Referee's Deed, including but not limited to, all of the Deed stamps, transfer taxes, recording fees and ACRIS preparation fees, if any, shall be paid for by the Purchaser.

9th    The seller of the premises at the time and place of sale, shall be responsible for any and all property taxes which constitute a lien against the premises at the time of the foreclosure sale. All tax adjustments are final at the date of closing.

10th                Attorney for Plaintiff **WILL NOT** accept any assignments of bid from any prospective third party purchaser following the completion of this foreclosure sale. One must be presented at the time of sale for consideration.

Dated: September 27, 2016

                                              Jason DiPasquale, Esq., Referee

## MEMORANDUM OF SALE

_____ have (has) on September 27, 2016, purchased the premises described in the annexed printed Advertisement of Sale, for the sum of _____ Dollars ($        ) over and above all liens and encumbrances therein set forth, and hereby promise(s) and agree(s) to comply with the terms and conditions of the sale of said premises, as set forth.

Dated: September 27, 2016

_____
Purchaser's Signature

_____
Purchaser's Address

_____
Purchaser's Phone Number

_____
Purchaser's Attorney

OR

Plaintiff or its Assignee being the successful bidder for the sum of _____ Dollars ($        ), the ten percent deposit on the amount bid by it for the property sold by me under the Judgment in the above entitled action is hereby waived.

Dated: September 27, 2016

_____
Jason DiPasquale, Esq., Referee

## PURCHASER'S RECEIPT

Received from _____

the sum of _____ Dollars ($            ), being ten percent,

on the amount bid by for the property sold by me, under the Judgment in the above entitled

action.

_____
Jason DiPasquale, Esq., Referee

**OR**

## PLAINTIFF'S RECEIPT

The ten percent deposit is waived.

_____
Jason DiPasquale, Esq., Referee

_____
DAVIDSON FINK LLP
Attorneys for Plaintiff