# EXHIBIT N

| Return this dispute response to: | | |
|---|---|---|
| Experian | Date Received: 07-26-2016 | |
| 601 Experian Pkwy,Allen,TX,75013 | Control # : 1091309792001 | |
| FAX # : | FCRA Response Due Date: 08-11-2016 | |
| Account Number: 2479 | Response Date: | |
| Subscriber Code: Specialized Loan Servicing LLC/1974240 | Response Code: 01:Account information accurate as of date reported | |

On the lines below, S indicates the Response element is the Same as in the Request; D indicates it is Different, and U indicates it is Unknown.

| Request Data | Verif Ind | Response Data |
|---|---|---|
| First Name: MARK | S | First Name: MARK |
| Middle Name: KENNETH | D | Middle Name: K |
| Last Name: MACRIS | S | Last Name: MACRIS |
| Generation Code: | U | Generation Code: |
| Address: 270 MILLER RD,GETZVILLE,NY,14068 | D | Address: 270 MILLER ROAD,AMHERST,NY,14068 |
| Prev First Name: | U | Prev First Name: |
| Prev Middle Name: | U | Prev Middle Name: |
| Prev Last Name: | U | Prev Last Name: |
| Prev Generation Code: | | Prev Generation Code: |
| Prev. Address: | U | Prev. Address: |
| SSN: 8390 | S | SSN: |
| DOB: 1967 | U | DOB: |
| Telephone Number: | U | Telephone Number: |
| 2nd Prev. Address: -,- | | |

| Consumer States/Comments: | |
|---|---|
| Dispute Code 1: | 101:Not liable for account (i.e. ex-spouse, business). If liable, provide or confirm complete ID and ECOA Code. |
| Dispute Code 2: | |
| FCRA Relevant Information: | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | Date Opened | Balance | Amount Past Due | High Cr./Org. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|
| 87 | | | FORE PROC/ DEL 180 | 02-01-2008 | $259468 | $143631 | $193472 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | 030 | M | 03-31-2016 | | 11-22-2011 | $1812 | 2 | | |
| | | | | | | | | | 2 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | BO | | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

| Remarks: | DF Contact #: |
|---|---|

### Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 |   |   |   |   |   |   | - | - | - | - | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | - | - | - | - | - | - |
| 2013 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - |   |   |   |   |   |   |

### Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 |   |   |   |   |   |   | - | - | - | - | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | - | - | - | - | - | - |
| 2013 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | - | - | - | - | - | - |   |   |   |   |   |   |

### Associated Consumer 1
Name:  
Address:  
SSN:   DOB:  
Telephone Number:  
ECOA/Consumer Information Indicator:  /

### Associated Consumer 2
Name:  
Address:  
SSN:   DOB:  
Telephone Number:  
ECOA/Consumer Information Indicator:  /

### Images Information
Associated Images: Yes   Image Access Indicators: #1 No   #2   #3   #4   #5

Submitted By: Kirsten Palumbo        Tel# (720) 241-7200        Date: 07-27-2016

By submitting this ACDV, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

DRAFT