## CERTIFICATE OF SERVICE

I, Brian S. McGrath, certify under penalty of perjury that I am over 18 years of age, am not a party to the above-captioned action, and that on October 31, 2018, I served a true and correct copy of the Notice of Motion for Summary Judgment, Memorandum of Law in Support of Defendant SLS's Motion for Summary Judgment Pursuant to Fed.R.Civ.P 56, Declaration of Brian S. McGrath with exhibits attached thereto, Affidavit of Cynthia Wallace in Support of Defendant's Motion for Summary Judgment with exhibits attached thereto and Statement of Undisputed Facts in Support of Defendant Specialized Loan Servicing, LLC's Motion for Summary Judgment on counsel of record in this action by electronic service through the Court's CM/ECF system and electronic mail.

Dated: October 31, 2018

                                    **MCGLINCHEY STAFFORD**

                                    By: /s/ Brian S. McGrath
                                          Brian S. McGrath