UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK K. MACRIS,

                 Plaintiff,

    v.                                                       **Civil Action No.  17-CV-361**

EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,

                 Defendants.
_____

## NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56

      Upon the annexed Affidavit of Mark K. Macris sworn to October 31, 2018 with Exhibits; Affirmation of Seth J. Andrews, Esq., with Exhibits, dated October 31, 2018, Affidavit of Gretchen Burger sworn to October 31, 2018 with Exhibit, Affidavit of Amanda Tagliarino sworn to October 31, 2018 with Exhibit, Statement of Undisputed Facts, and Memorandum of Law in Support of, Plaintiff, by counsel, moves the Court for an Order granting Summary Judgment to the Plaintiff as against Defendant Specialized Loan Servicing Inc., for 15 U.S.C § 1681s(2)(b)(1). Relative to his Fair Credit Reporting claims as well as his Fair Debt Collection Practices Act Claim relative to 15 U.S.C. §1692e8, together with such other relief which to the Court may seem proper.

DATED:  October 31, 2018                /s/Seth J. Andrews, Esq.____
                                                         Seth J. Andrews, Esq.
                                                          Law Offices of Kenneth Hiller PLLC
                                                          *Attorneys for Plaintiff*
                                                          6000 North Bailey Ave., Suite 1A
                                                          Amherst, New York 14226
                                                          (716) 564-3288
                                                          sandrews@kennethhiller.com