# Exhibit C

**WARRANTY DEED WITH LIEN COVENANT**                     **BOX 359**

THIS INDENTURE, made _February 03_ , 2017.

MARK K. MACRIS and CATHERINE M. SCHAEFER (f/k/a CATHERINE M. MACRIS), formerly husband and wife, residing at
403 Teakwood Terrace, Williamsville, New York 14221

                                                            Grantors, and

CATHERINE M. SCHAEFER, (f/k/a CATHERINE M. MACRIS), residing at
403 Teakwood Terrace, Williamsville, New York 14221

                                                            Grantee.

     **WITNESSETH,** that the said Grantors, in consideration of One and No More Dollars ($1.00 and no more), lawful money of the United States, paid by the Grantee, does hereby grant and release unto the Grantee, her heirs and assigns forever the following:

     **ALL THAT TRACT OR PARCEL OF LAND,** situate in the Town of Amherst, County of Erie and State of New York, being part of Lot Number ninety-seven (97), Township twelve (12), Range seven (7) of the Holland Land Company's Survey and further distinguished as Subdivision Lot Number six hundred twenty-two (622) filed in the Office of the Erie County Clerk under Cover No. 2278.

     **TOGETHER** with the appurtenances and all the estate and rights of the Grantor(s) in and to the said premises.

     **TO HAVE AND TO HOLD,** the above granted premises unto the said Grantee(s).

     **AND** the said Grantor(s) do(es) covenant with said Grantee(s) as follows:

     **FIRST:** That the Grantee(s) shall quietly enjoy the said premises.

     **SECOND:** That the Grantor(s) will forever WARRANT the title to said premises.

     **THIRD:** Subject to the trust fund provisions of section thirteen of the lien law.

     **THIS CONVEYANCE** is made pursuant to terms of a Matrimonial Agreement and subsequent Divorce Decree between the parties and is not made with the intent to defraud creditors, nor does the conveyance render the Grantors insolvent or bankrupt.

**IN WITNESS WHEREOF**, the Grantors have hereunto set their hands and seals the day and year first above written.

_____
MARK K. MACRIS

_____
CATHERINE M. SCHAEFER
(f/k/a CATHERINE M. MACRIS)

STATE OF NEW YORK       )
COUNTY OF ERIE           )ss.

On the 31ˢᵗ day of May           2011, before me, the undersigned, a notary public in and for said state, personally appeared, MARK K. MACRIS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

REBECCA J. EVERLETH
Notary Public, State of New York
Qualified in Niagara County
Reg #01EV6023622
My Commission Expires 09-26-15

_____
NOTARY PUBLIC

STATE OF NEW YORK       )
COUNTY OF ERIE           )ss.

On the 6 day of Aug           2017 before me, the undersigned, a notary public in and for said state, personally appeared, CATHERINE M. SCHAEFER, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

JOHN P. ROBSHAW, JR.
Notary Public, State of New York
Commission No. 02RO3313698
Qualified in Erie County
Commission Expires Sept. 30, 2013

PLEASE TYPE OR PRESS FIRMLY WHEN WRITING ON FORM
INSTRUCTIONS: http://www.orps.state.ny.us or PHONE (518) 474-6450

**FOR COUNTY USE ONLY**

C1. SWIS Code  |4,2,2,8,9,|

C2. Date Deed Recorded  |0,1 | 1,4 | 1,2 |
(Month / Day / Year)

C3. Book  |1,1,2,2,8| C4. Page |9,9,0,4|

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217**
RP-5217 Rev 3/07

**PROPERTY INFORMATION**

1. Property Location  403  TERKWOOD TERRACE
   STREET NUMBER   STREET NAME
   AMHERST                    14221
   CITY OR TOWN   VILLAGE   ZIP CODE

2. Buyer Name  SCHAFFER              CATHERINE M.
   LAST NAME / COMPANY   FIRST NAME
   LAST NAME / COMPANY   FIRST NAME

3. Tax Billing Address  Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
   LAST NAME / COMPANY   FIRST NAME
   STREET NUMBER AND STREET NAME   CITY OR TOWN   STATE   ZIP CODE

4. Indicate the number of Assessment Roll parcels transferred on the deed  |   | # of Parcels  OR  ☐ Part of a Parcel

   (Only if Part of a Parcel) Check as they apply:
   4A. Planning Board with Subdivision Authority Exists ☐
   4B. Subdivision Approval was Required for Transfer ☐
   4C. Parcel Approved for Subdivision with Map Provided ☐

5. Deed Property Size  60.00 X 135.00  OR  |   |
   FRONT FEET   DEPTH   ACRES

6. Seller Name  MACRIS                    MARK K
   LAST NAME / COMPANY   FIRST NAME
   SCHAFFER (F/K/A MACRIS)  CATHERINE M.
   LAST NAME / COMPANY   FIRST NAME

7. Check the box below which most accurately describes the use of the property at the time of sale:

   A ☒ One Family Residential
   B ☐ 2 or 3 Family Residential
   C ☐ Residential Vacant Land
   D ☐ Non-Residential Vacant Land
   E ☐ Agricultural
   F ☐ Commercial
   G ☐ Apartment
   H ☐ Entertainment / Amusement
   I ☐ Community Service
   J ☐ Industrial
   K ☐ Public Service
   L ☐ Forest

   Check the boxes below as they apply:
   8. Ownership Type is Condominium ☐
   9. New Construction on Vacant Land ☐
   10A. Property Located within an Agricultural District ☐
   10B. Buyer received a disclosure notice indicating that the property is in an Agricultural District ☐

**SALE INFORMATION**

11. Sale Contract Date  |   |   |   |
    Month   Day   Year

12. Date of Sale / Transfer  |   |   |   |
    Month   Day   Year

13. Full Sale Price  |   |   |   | 0,0|

    (Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

14. Indicate the value of personal property included in the sale  |   | 0,0|

15. Check one or more of these conditions as applicable to transfer:
   A ☒ Sale Between Relatives or Former Relatives
   B ☐ Sale Between Related Companies or Partners in Business
   C ☒ One of the Buyers is also a Seller
   D ☐ Buyer or Seller is Government Agency or Lending Institution
   E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
   F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
   G ☐ Significant Change in Property Between Taxable Status and Sale Dates
   H ☐ Sale of Business is Included in Sale Price
   I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
   J ☐ None

**ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill**

16. Year of Assessment Roll from which information taken  |1,0|  17. Total Assessed Value (of all parcels in transfer)  198,100

18. Property Class  |2,1,0|-|   |  19. School District Name  WILLIAMSVILLE CENTRAL

20. Tax Map Identifier(s) / Roll Identifier(s) (if more than four, attach sheet with additional identifier(s))

   69.08 - b - 32

**CERTIFICATION**

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and I understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYER**

Catherine M Schafer   02/03/2011
BUYER SIGNATURE   DATE

40 , TERKWOOD TERR
STREET NUMBER   STREET NAME (AFTER SALE)

Amherst   NY , 14221
CITY OR TOWN   STATE   ZIP CODE

**SELLER**  Mark M.
SELLER SIGNATURE   DATE

MARK K. MACRIS
CATHERINE M Schafer
CATHERINE M. SCHAFER (F/K/A MACRIS)

**BUYER'S ATTORNEY**

BERSHAW   JOHN
LAST NAME   FIRST NAME

716 , 633 - 4630
AREA CODE   TELEPHONE NUMBER

NEW YORK STATE
COPY