# Exhibit E

## Seth Andrews

**From:** mark macris <markmacris@yahoo.com>
**Sent:** Tuesday, April 24, 2018 4:58 PM
**To:** Seth Andrews
**Subject:** Fw: Index No I2015-803473

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Thursday, September 10, 2015, 1:02 PM, Kurt B. Odenbach <kodenbach@davidsonfink.com> wrote:

Mr. Macris,

I apologize for the delay on this matter, but I have been working with my client to try to convince them that we can drop you from the action. The issue, and I apologize for not raising it before, is that you signed the note and thus are still obligated to repay the debt owed. If you could provide me with your divorce decree, then I may be able to convince them to waive the pursuit of the deficiency and drop you from our action.

Thank you,

Kurt


Davidson Fink LLP
ATTORNEYS AND COUNSELORS AT LAW

**Kurt B. Odenbach**
*Attorney and Counselor at Law*

28 East Main Street, Suite 1700

1



Rochester, NY 14614
585-784-4809
Fax: 585-784-4849
kodenbach@davidsonfink.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

www.davidsonfink.com

**Confidentiality Notice:**
This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged and confidential under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, please be advised you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify our office immediately by calling (585) 546-6448.

From: mark macris [mailto:markmacris@yahoo.com]
Sent: Tuesday, June 23, 2015 7:29 AM
To: Kurt B. Odenbach
Subject: Re: Index No 12015-803473

Good Morning Mr. Odenbach,

2

Please forward me the appropriate documentation that will honor my divorce agreement, alleviating me from the obligation and delinquency of this debt. Index Number 0803473 /2015

After appearing at the Unified Court System 8th Judicial District Foreclosure Conference on 6-19-15, I was advised by counsel and the clerk of this court to obtain the appropriate paperwork for this matter from your office.

My appearance at this conference was to show the court certified copies of my divorce agreement that was approved by Hon. John O'Donnell, State of New York Supreme Court.

Thank you,

Mark K Macris

On Monday, May 18, 2015 10:32 AM, Kurt B. Odenbach <kodenbach@davidsonfink.com> wrote:

Mr. Macris,

I am in receipt of your email to Erinn Prestidge because I am now the attorney handling the file. I have reviewed the matter and agree that we can drop you from the above-reference action. We will be able to do so at the next filed pleading.

Thank you,

Kurt

3



**Kurt B. Odenbach**

*Attorney and Counselor at Law*

28 East Main Street, Suite 1700
Rochester, NY 14614
585-784-4809
Fax: 585-784-4849
kodenbach@davidsonfink.com

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

www.davidsonfink.com

Confidentiality Notice:
This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged and confidential under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, please be advised you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify our office immediately by calling (585) 546-6448