# Exhibit H

To account service department
Specialized Loan Serving

To whom it may concern,

Please review the attached order of reference that was signed by Honorary James H .Dillon, State of New York Supreme Court.

Upon the affirmation of Kurt B Odenbach of Davidson Fink LLC and Affidavit of Cynthia Wallace, Second Assistant Vice President, I am ordered to be removed from the mortgage obligation of 403 Teakwood Terrace, Williamsville NY 14221.

Please remove any derogatory credit information that is listed in my credit reports as currently being reported.

Sincerely,

Mark K Macris



EXHIBIT
T
4/25/18