# Exhibit I



Credit Report Prepared For:
**MARK K MACRIS**
Report as Of: 5/19/2016

*Personal & Confidential*
Please keep in a safe place for your records.

EXHIBIT
P
4/25/18

MARK K MACRIS
Report As Of: 5/19/2016



## Table of Contents

| Section | Page |
|---|---|
| Personal Information | 3 |
| Report Summary | 4 |
| Bankruptcy & Court Judgments | 5 |
| Credit Inquiries | 6 |
| Credit Cards, Loans & Other Debt | 7 |
| Credit Score | 16 |

MARK K MACRIS
Report As Of: 5/19/2016

**Experian®**

## Personal Information

Here you will find your personal information, including your legal name(s), year of birth, currently and previous addresses, and current and previous employers.

### Profile

**Experian**

| | |
|---|---|
| Name | MARK K MACRIS |
| (Also Known As) AKA | |
| Year of Birth | 1967 |
| Address(es) | 270 MILLER RD, GETZVILLE, NY 14068-1120 |
| Current Employer | SENTRY INSURANCE |
| Previous Employer | RURAL METRO MEDICAL SVCS |

### Personal Statement

This space is reserved for statements of dispute. For most consumers, no information appears in this section.

Personal Information Page 1 of 1 | Report Summary | Bankruptcies | Credit Inquiries | Credit Cards & Loans | Credit Score

Page 3

MARK K MACRIS
Report As Of: 5/19/2016



## Report Summary

Here you will find a summary of all your open and closed accounts, including any delinquencies. Open accounts contain current balances at the time the report was pulled. Account totals, including total debt, are found at the end of this section.

### Experian

**Real Estate Current Account(s)**
- Count: 2
- Balance: $259,468.00
- Current: 1
- Delinquent: 1
- Other: 0

**Revolving Current Account(s)**
- Count: 9
- Balance: $1,767.00
- Current: 6
- Delinquent: 2
- Other: 1

**Installments Current Account(s)**
- Count: 4
- Balance: $12,014.00
- Current: 4
- Delinquent: 0
- Other: 0

**Other**
- Count: 0
- Balance: $0.00
- Current: 0
- Delinquent: 0
- Other: 0

**Collections Current Account(s)**
- Count: 0
- Balance: $0.00
- Current: 0
- Delinquent: 0
- Other: 0

### Experian

**All Accounts Current Account(s)**
- Count: 15
- Balance: $273,249.00
- Current: 11
- Delinquent: 3
- Other: 1

Personal Information | Report Summary Page 1 of 1 | Bankruptcies | Credit Inquiries | Credit Cards & Loans | Credit Score

MARK K MACRIS
Report As Of: 5/19/2016

:::: Experian

## Bankruptcy & Court Judgments

Here you will find any court-related information, including bankruptcies, state and county court records, tax liens, monetary judgments, and in some states, overdue child support payments. Remember, bankruptcies remain on your report for 7 - 10 years.

### Public Records

There are no Public Records on your credit report at this time.

:::: Experian

Personal Information  >  Report Summary  >  Bankruptcies *Page 1 of 1*  >  Credit Inquiries  >  Credit Cards & Loans  >  Credit Score

Page 5

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Inquiries

Here you will find the names of those who have obtained a copy of your credit report, including lenders, landlords, and employers. Remember, inquiries remain on your report for up to 2 years.

---

**ONEMAIN FI**



| | |
|---|---|
| *Business Name* | ONEMAIN FI |
| *Inquiry Date* | 12/9/2015 |
| *Business Type* | Personal Loan Companies |

7166940093
3190 NIAGARA FALLS BLVD
AMHERST, NY 14228

---

**CAP ONE NA**



| | |
|---|---|
| *Business Name* | CAP ONE NA |
| *Inquiry Date* | 1/6/2015 |
| *Business Type* | Bank Credit Cards |

4851 COX RD
RICHMOND, VA 23229

---

**CHASE CARD**



| | |
|---|---|
| *Business Name* | CHASE CARD |
| *Inquiry Date* | 8/22/2014 |
| *Business Type* | Bank Credit Cards |

8004323117
PO BOX 15298
WILMINGTON, DE 19850

---

Personal Information  >  Report Summary  >  Bankruptcies  >  **Credit Inquiries Page 1 of 1**  >  Credit Cards & Loans  >  Credit Score

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**AMEX**

Potentially Negative Closed

8008742717
PO BOX 297871
FORT LAUDERDALE, FL 33329

| Field | Value |
|---|---|
| Account Name | AMEX |
| Account # | 349990833475XXXX |
| Account Type | Bank Credit Cards |
| Balance | $692.00 |
| Past Due | $692.00 |
| Date Opened | 4/1/1999 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Charge-off |
| High Balance | $0.00 |
| Limit | $700.00 |
| Terms | Revolving |
| Comments | |

24/Mo Payment History

| Month | 2013 JUL | AUG | SEP | OCT | NOV | DEC | 2014 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2015 JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | Negative |



**CAPITAL ONE BANK USA N**

Potentially Negative Closed

8009557070
15000 CAPITAL ONE DR
RICHMOND, VA 23238

| Field | Value |
|---|---|
| Account Name | CAPITAL ONE BANK USA N |
| Account # | 47508600XXXX |
| Account Type | Bank Credit Cards |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 3/1/2012 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Paid, was past due 150 days |
| High Balance | $49.00 |
| Limit | $300.00 |
| Terms | Revolving |
| Comments | |

24/Mo Payment History

| Month | 2011 MAY | JUN | JUL | AUG | SEP | OCT | NOV | 2012 DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2013 JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | OK |

Personal Information  >  Report Summary  >  Bankruptcies  >  Credit Inquiries  >  Credit Cards & Loans Page 1 of 8  >  Credit Score

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**CAPITAL ONE BANK USA N**

Current

8009557070
15000 CAPITAL ONE DR
RICHMOND, VA 23238

| Field | Value |
|---|---|
| Account Name | CAPITAL ONE BANK USA N |
| Account # | 51780583XXXX |
| Account Type | Bank Credit Cards |
| Balance | $132.00 |
| Past Due | $0.00 |
| Date Opened | 1/1/2015 |
| Account Status | Open |
| Mo. Payment | $25.00 |
| Payment Status | Current |
| High Balance | $3,567.00 |
| Limit | $7,000.00 |
| Terms | Revolving |
| Comments | |

— 24/Mo Payment History

| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | | | | | | | 2015 | | | | | | | | | | | | 2016 | | | | |
| Experian | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |



**CAPITAL ONE BANK USA N**

Current

8009557070
15000 CAPITAL ONE DR
RICHMOND, VA 23238

| Field | Value |
|---|---|
| Account Name | CAPITAL ONE BANK USA N |
| Account # | 51780594XXXX |
| Account Type | Bank Credit Cards |
| Balance | $414.00 |
| Past Due | $0.00 |
| Date Opened | 2/1/2014 |
| Account Status | Open |
| Mo. Payment | $25.00 |
| Payment Status | Current |
| High Balance | $3,311.00 |
| Limit | $2,800.00 |
| Terms | Revolving |
| Comments | |

— 24/Mo Payment History

| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | | | | | | | 2015 | | | | | | | | | | | | 2016 | | | | |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Personal Information  >  Report Summary  >  Bankruptcies  >  Credit Inquiries  > Credit Cards & Loans Page 2 of 8 >  Credit Score

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### CHASE

Experian

Current

8003366675
PO BOX 901003
COLUMBUS, OH 43224

| Field | Value |
|---|---|
| Account Name | CHASE |
| Account # | 52873030XXXX |
| Account Type | All Banks - non specific |
| Balance | $11,964.00 |
| Past Due | $0.00 |
| Date Opened | 1/1/2013 |
| Account Status | Open |
| Mo. Payment | $384.00 |
| Payment Status | Current |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 72 Months |
| Comments | |

#### 24/Mo Payment History

| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | | | | | | | 2015 | | | | | | | | | | | | | 2016 | | | |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### CHILD SUPPORT ENFORCEM

Experian

Potentially Negative

5184749081
PO BOX 14
ALBANY, NY 12201

| Field | Value |
|---|---|
| Account Name | CHILD SUPPORT ENFORCEM |
| Account # | BS651XXXX |
| Account Type | State Government |
| Balance | $50.00 |
| Past Due | $0.00 |
| Date Opened | 4/1/2011 |
| Account Status | Open |
| Mo. Payment | $50.00 |
| Payment Status | Current, was a collection account, Insurance claim, government claim or terminated for default |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 1 Month |
| Comments | |

#### 24/Mo Payment History

| Month | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | | | | | | | 2015 | | | | | | | | | | | | | 2016 | | | |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Personal Information | Report Summary | Bankruptcies | Credit Inquiries | Credit Cards & Loans Page 3 of 8 | Credit Score

MARK K MACRIS
Report As Of: 5/19/2016

 Experian®

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**COMENITY BANK/GNDRMNT**

Current

PO BOX 182789
COLUMBUS, OH 43218

| Field | Value |
|---|---|
| Account Name | COMENITY BANK/GNDRMNT |
| Account # | 58563737XXXX |
| Account Type | Sporting Goods - non specific |
| Balance | $447.00 |
| Past Due | $0.00 |
| Date Opened | 11/1/2015 |
| Account Status | Open |
| Mo. Payment | $25.00 |
| Payment Status | Current |
| High Balance | $512.00 |
| Limit | $600.00 |
| Terms | Revolving |
| Comments | |

24/Mo Payment History

| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | | | | | | | 2015 | | | | | | | | | | | | 2016 | | | | |
| Experian | | | | | | | | | | | | | | | | | | | OK | OK | OK | OK | OK | OK |



**CREDIT FIRST N A**

Potentially Negative Closed

2163625000
6275 EASTLAND RD
BROOKPARK, OH 44142

| Field | Value |
|---|---|
| Account Name | CREDIT FIRST N A |
| Account # | 58786XXXX |
| Account Type | TBA Stores, Tire Dealers |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 8/1/2010 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Charge-off |
| High Balance | $777.00 |
| Limit | $0.00 |
| Terms | Revolving |
| Comments | |

24/Mo Payment History

| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2009 | | | | | | | 2010 | | | | | | | | | | | | 2011 | | | | |
| Experian | | | | | | | | | | | | | | | | OK | OK | OK | 30 | 60 | 90 | 120 | Negative |

Personal Information  >  Report Summary  >  Bankruptcies  >  Credit Inquiries  >  Credit Cards & Loans Page 4 of 8  >  Credit Score

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**DISCOVER FIN SVCS LLC**

☑ Current

BYMAILONLY
PO BOX 15316
WILMINGTON, DE 19850

| | |
|---|---|
| Account Name | DISCOVER FIN SVCS LLC |
| Account # | 60110027XXXX |
| Account Type | Bank Credit Cards |
| Balance | $82.00 |
| Past Due | $0.00 |
| Date Opened | 2/1/2016 |
| Account Status | Open |
| Mo. Payment | $20.00 |
| Payment Status | Current |
| High Balance | $103.00 |
| Limit | $1,000.00 |
| Terms | Revolving |
| Comments | |

**24/Mo Payment History**

| Year | 2014 | | | | | | | | 2015 | | | | | | | | | | | | 2016 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
| Experian | | | | | | | | | | | | | | | | | | | | | | OK | OK | OK |



**OCWEN LOAN SERVICING L**

☑ Current Closed

8007462936
12650 INGENUITY DR
ORLANDO, FL 32826

| | |
|---|---|
| Account Name | OCWEN LOAN SERVICING L |
| Account # | 4035XXXX |
| Account Type | Mortgage Companies |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 10/1/2006 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Paid satisfactorily |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 360 Months |
| Comments | |

**24/Mo Payment History**

| Year | 2006 | | | | | | | | | | 2007 | | | | | | | | | | | | 2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
| Experian | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Personal Information    Report Summary    Bankruptcies    Credit Inquiries    Credit Cards & Loans Page 5 of 8    Credit Score

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**SPECIALIZED LOAN SERVI**

Potentially Negative

7202417200
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

| | |
|---|---|
| Account Name | SPECIALIZED LOAN SERVI |
| Account # | 100870XXXX |
| Account Type | Mortgage Reporters |
| Balance | $259,468.00 |
| Past Due | $143,631.00 |
| Date Opened | 2/1/2008 |
| Account Status | Open |
| Mo. Payment | $1,812.00 |
| Payment Status | Foreclosure proceeding started |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 360 Months |
| Comments | |

24/Mo Payment History

| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | | | | | | | | | 2015 | | | | | | | | | | | | 2016 | | |
| Experian | | | | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | Negative |



**SYNCB/LORD & TAY**

Unknown

8664658292
PO BOX 965015
ORLANDO, FL 32896

| | |
|---|---|
| Account Name | SYNCB/LORD & TAY |
| Account # | 047233XXXX |
| Account Type | Complete Department Stores |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 2/1/2001 |
| Account Status | |
| Mo. Payment | $0.00 |
| Payment Status | Account transferred to another office |
| High Balance | $323.00 |
| Limit | $0.00 |
| Terms | Revolving |
| Comments | |

24/Mo Payment History

| Month | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | | | | | | | | 2007 | | | | | | | | | | | | 2008 | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | OK |

Personal Information › Report Summary › Bankruptcies › Credit Inquiries › Credit Cards & Loans Page 6 of 8 › Credit Score

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### SYNCB/WALMART

Current Closed

8772947880
PO BOX 965024
ORLANDO, FL 32896

| | |
|---|---|
| Account Name | SYNCB/WALMART |
| Account # | 60322014XXXX |
| Account Type | Variety Stores |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 6/1/2008 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Paid satisfactorily |
| High Balance | $171.00 |
| Limit | $0.00 |
| Terms | Revolving |
| Comments | |

**24/Mo Payment History**

|  | 2009 | | | | | 2010 | | | | | | | | | | | | 2011 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### TOYOTA MOTOR CREDIT CO

Potentially Negative Closed

8002799032
90 CRYSTAL RUN RD STE 31
MIDDLETOWN, NY 10941

| | |
|---|---|
| Account Name | TOYOTA MOTOR CREDIT CO |
| Account # | 7040226353430XXXX |
| Account Type | Sales Financing Company |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 8/1/2008 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Paid, was past due 60 days |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 76 Months |
| Comments | |

**24/Mo Payment History**

|  | 2011 | | | | | | | 2012 | | | | | | | | | | | | | | | | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Experian | 60 | 30 | OK | 30 | OK | 30 | 60 | 30 | 30 | 30 | 30 | OK | 30 | OK | 30 | 30 | 30 | OK | OK | OK | OK | 30 | OK | OK |

Personal Information › Report Summary › Bankruptcies › Credit Inquiries › Credit Cards & Loans Page 7 of 8 › Credit Score

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**VERIZON**

Potentially Negative Closed

8773255156
500 TECHNOLOGY DR STE 30
WELDON SPRING, MO 63304

| | |
|---|---|
| Account Name | VERIZON |
| Account # | 613400XXXX |
| Account Type | Local Telephone Service Providers |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 12/1/2007 |
| Account Status | Closed |
| Mo. Payment | $0.00 |
| Payment Status | Legally paid in full for less than the full balance |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 1 Month |
| Comments | |

**24/Mo Payment History**

| Month | 2012 | | | | | | | | | | | | 2013 | | | | | | | AUG | SEP | OCT | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | Negative | ND | Negative | ND |

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### Payment History Legend

| OK | Current    | 30  | 30 Days Late  | KD | Key Derogatory ** |
|----|------------|-----|---------------|----|-------------------|
| ND | No Data *  | 60  | 60 Days Late  | RF | Repossession or Foreclosure |
|    |            | 90  | 90 Days Late  | PP | Payment Plan |
|    |            | 120 | 120 Days Late |    |              |

\* Sometimes the credit bureaus do not have information from a particular month on file.
\*\* For additional information on Key Derogatory, please see your Credit Report Guide.

### Account Status Legend

 Current      Current Closed      Unknown

 Potentially Negative     Potentially Negative Closed

Personal Information  >  Report Summary  >  Bankruptcies  >  Credit Inquiries  >  Credit Cards & Loans Page Legend  >  Credit Score

Page 15

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Score

Your Credit Score is a numerical representation of your credit worthiness that is used by most lenders and credit card issuers. Remember, Experian, Equifax, and TransUnion each have their own set of data in your credit file. That's why Credit Scores may vary between bureaus.

### About your FICO® Score:

Your FICO Score powered by Experian data is formulated using the information in your credit file. Your FICO Score can range between 300 and 850, with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

### What this means to you:

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, cinsistency, and better terms and rates for American consumers through reduced costs and losses for lenders. While lenders may use different scoring modies to determine how you score, and each major credit bureah has its own method for calculating credit scores, the scoring models have been fairly well standardized so that a score at one bureau is roughly equivalent to the same score at another.

### DISCLAIMER

FICO Scores are developed by Fair Isaac Corporation. The FICO Score provided by Experian is based on the FICO 8 scoring model and is powered by Experian credit data. Many but not all lenders use the FICO 8 scoring model.

There are many different credit scoring models that can give a different assessment of the credit risk (risk of default) for the same consumer and credit file. Your lender or insurer may use a different FICO Score than FICO 8, or another type of credit score altogether. Just remember that your associated risk level is often the same even if the number is not. For some consumers, however, the risk assessment of FICO 8 could vary from the score used by your lender. The statements that "90% of top lenders use FICO Scores" and "FICO Scores are used in 90% of credit decisions" are based on a third-party study of all versions of FICO Scores sold to lenders, including but not limited to scores based on the FICO 8 scoring model.

FICO 8 scores range from 300 to 850. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO Score indicates to lenders that you may be a higher credit risk. There are three different major credit reporting agencies—Experian, TransUnion and Equifax—that maintain a record of your credit history known as your credit file. Your FICO Score is based on the information in your credit file at the time it is requested. Your credit file information can vary from agency to agency because some lenders report your credit history to only one or two of the agencies. So your FICO Score can vary if the information they have on file for you is different. Since the information in your file can change over time, your FICO Score may also change.

MARK K MACRIS
Report As Of: 5/19/2016



## Credit Score

Your Credit Score is a numerical representation of your credit worthiness that is used by most lenders and credit card issuers. Remember, Experian, Equifax, and TransUnion has its own set of data in your credit file. That's why Credit Scores may vary between bureaus.

::: Experian

**599**

Fair

Credit Category

300    575    850

### Your FICO® Score Powered by Experian Explanation

**What factors _RAISE_ your FICO® Score:**

- Your FICO® Score measures the age of your oldest account and the average age of your accounts. Your FICO® Score was helped because you have a relatively long credit history and you haven't recently opened many new accounts.

**What factors _LOWER_ your FICO® Score:**

- The presence of a serious delinquency or a derogatory description is a powerful predictor of future payment risk - people with previous late payments are much more likely to pay late in the future. However, as these items age and fall off of your credit report, their impact on your FICO® Score will gradually decrease. Most late payments stay on your report for no more than seven years.

- Your FICO® Score takes into account missed and late payments in a few ways. These include the number of late payments, how late they were and how recently they occurred. Your score was hurt because your credit report shows one or more accounts with missed payments or derogatory descriptions.

- If you missed a payment, your FICO® Score evaluates how recently that missed payment occurred. In general, the more recent the missed payment, the more impact it has on your score. In your case, your last missed payment happened recently.

- Your FICO® Score weighs the balances of your mortgage and non-mortgage installment loans (such as auto loan or student loans) against the original loan amounts. In general, when you first obtain an installment loan your balance is high, and as you pay this loan down, the balance decreases. Additionally, the FICO® Score considers how far you have paid down your mortgage and non-mortgage installment loans.

Personal Information | Report Summary | Bankruptcies | Credit Inquiries | Credit Cards & Loans | Credit Score Page 1 of 1