# Exhibit K

PO Box 9701
Allen, TX 75013



0002189 02 M30416 **AUTO  6 0 7179 14068-112370  -C02-P02193-1
MARK KENNETH MACRIS
270 MILLER RD
GETZVILLE NY 14068-1120

---



Scan me with your smart phone
for special offers from Experian.

0135185276

---

*(Rotated sideways — letter from Experian)*

**:::Experian**
*A world of insight*

Dear MARK KENNETH MACRIS,

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

A divorce decree may not affect your contracts with creditors if you have a joint account with your ex-spouse. You will need to negotiate repayment with creditors. For more information on divorce and how it affects your credit, please send your request to:

Credit Crossroads
P.O. Box 1239
Allen, TX 75013

You may also visit www.experian.com/credit-education.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

---

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 1 of 16



# Experian
A world of insight

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

The results are on the following page. If an item disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation. If an item says "Deleted," we have removed it from your credit report and taken steps so it does not reappear. If an item says "Remains," it means the company that reports the information to us has certified it is reported accurately. If an item says "Updated," you should look at the item carefully to see whether you believe it is now accurate. Sometimes the updated information reflects only a change to a balance or date, because the company that reports that item to us has certified that the rest of the information is accurate.

If our reinvestigation has not resolved your dispute, you have several options:

- You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

- You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

013518276



Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 2 of 16

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.



# Experian
A world of insight

## How to read your results

**Deleted** - This item was removed from your credit report
**Remains** - This item was not changed as a result of our processing of your dispute
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you
**Processed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| SPECIALIZED LOAN SERVI 100870.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time.

0135185276

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 3 of 16

:::: Experian
A world of insight

# Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

| | | | | |
|---|---|---|---|---|
| AMERICAN EXPRESS | Date opened | Apr 1999 | Type | Credit card |
| PO BOX 981537 | First reported | Jun 2011 | Credit limit or original amount | $700 |
| EL PASO TX 79998 | Date of status | Jun 2015 | High balance | $692 |
| Phone number | | | | |
| (800) 874 2717 | | | Terms | Not reported |
| Partial account number | | | Monthly payment | Not reported |
| 349908334758683 | | | Recent balance | $692 as of Jun 2015 |
| Address Identification number | | | | |
| 002932706 | | | | |

**Responsibility** Individual
**Status** Account charged off/Never late. $893 written off. $692 past due as of Jun 2015.
This account is scheduled to continue on record until Mar 2022.
**Comment:** Account closed at credit grantor's request.

### Payment history

2015
JUN MAY APR MAR FEB JAN
CO ND ND ND ND ND

2014
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

2013
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

2012
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

2011
DEC NOV OCT SEP AUG JUL JUN
ND ND ND ND ND ND ND

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an instalment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

| | Feb15 | Jan16 | Jul14 |
|---|---|---|---|
| AB | 692 | 692 | 692 |
| DFR | ND | ND | ND |
| SPA | ND | ND | ND |
| APA | ND | ND | ND |

AB = Account balance ($)   DFR = Date payment received   SPA = Scheduled payment amount ($)   APA = Actual amount paid ($)

▼ Between Jul 2014 and Feb 2015, your credit limit/high balance was $700.

### Payment history legend



| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
|---|---|---|---|
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

:::Experian·
A world of insight

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 5 of 16

Your accounts that may be considered negative (continued)

| | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| CAPITAL ONE | Mar 2012 | Credit card | $300 | Not reported | Individual |
| PO BOX 30285 | First reported | Terms | | | Status |
| SALT LAKE CITY UT 84130 | Mar 2012 | Not reported | | | Paid, Closed. |
| Phone number | Date of status | Monthly | High balance | | Comment: |
| (800) 227 4825 | Apr 2013 | payment | $49 | | Account closed at credit grantor's request |
| Partial account number | | Not reported | | | |
| 475086000090... | | | | | |
| Address identification number | | | | | |
| 0029392786 | | | | | |

Payment history
2013                                     2012
APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR
[OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK]

| | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| CHILD SUPPORT ENFORCEMNT | Apr 2011 | Family Support | Not reported | $50 as of Jul 2016 | Individual |
| PO BOX 14 | First reported | Terms | High balance | | Status |
| ALBANY NY 12207 | Jan 2013 | 1 Months | Not reported | | Open. |
| Phone number | Date of status | Monthly | | | |
| (518) 474-9081 | Feb 2013 | payment | | | |
| Partial account number | | $50 | | | |
| BS651... | | | | | |
| Address identification number | | | | | |
| 0028780425 | | | | | |

Payment history
2016                                                                                    2014                                                                          2013
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
[OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK][OK]
JNJ
[C]

| | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| CREDIT FIRST NA/ FIRESTONE | Aug 2010 | Charge Card | Not reported | Not reported as of Apr 2011 | Individual |
| PO BOX 81083 | First reported | Terms | | | Status |
| CLEVELAND OH 44181 | Sep 2010 | Not reported | High balance | | Account charged off. $777 written off. |
| Phone number | Date of status | Monthly | $777 | | This account is scheduled to continue on record until Sep |
| (216) 362-3479 | Apr 2011 | payment | | | 2017. |
| Partial account number | | Not reported | | | |
| 53766... | | | | | |
| Address identification number | | | | | |
| 0029392786 | | | | | |

013518527G

## :::: Experian
A world of insight

### Your accounts that may be considered negative (continued)

**Payment history**
2011   2010
APR MAR FEB JAN DEC NOV OCT SEP
CO FB PO FO FO OK OK CK

| SPECIALIZED LOAN SERVIC1 | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| 8742 LUCENT BLVD STE 300 | Feb 2008 | Mortgage | $193,472 | $259,468 as of Mar 2016 | Joint with CATHERINE M MACRIS |
| HIGHLANDS RANCH CO 80129 | First reported | Terms | | | |
| Phone number | Apr 2014 | 30 Years | High balance | | Status |
| (720) 241-7200 | Date of status | Monthly | Not reported | | Foreclosure proceedings started, $143,631 past due as of Mar 2016. |
| Partial account number | Mar 2016 | payment | | | |
| 100870.... | | $1,812 | | | Your statement |
| Address identification number | | | | | "Y ITEM DISPUTED BY CONSUMER" |
| 0029298180 | | | | | Comment: |
| | | | | | Foreclosure proceedings started. |
| | | | | | This item was updated from our processing of your dispute in Jul 2016. |

**Payment history**
2016   2015
MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL
FB NO NO NO NO NO NO NO NO NO NO NO NO NO NO NO NO NO NO NO NO

2014
FB NO NO NO NO NO NO NO NO NO NO NO

*Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)  **DPR** = Date payment received  **SPA** = Scheduled payment amount ($)  **AAP** = Actual amount paid ($)

| | Feb16 | Jan16 | Dec15 | Nov15 | Oct16 | Sep15 | Aug15 | Jul16 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 258,571 | 257,785 | 256,941 | 256,068 | 255,249 | 254,372 | 253,551 | 252,699 | 251,817 | 250,991 | 250,107 | 249,270 | 248,332 | 247,558 | 246,696 | 245,803 | 244,957 | 244,072 | 243,233 | 242,333 |
| DPR | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 |
| SPA | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▼ *The original amount of this account was $193,472*

| TOYOTA MOTOR CREDIT CORP | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| 50 CRYSTAL RUN RD STE 310 | Aug 2008 | Auto Loan | $20,836 | Not reported | Individual |
| MIDDLETOWN NY 10941 | First reported | Terms | | | |
| Phone number | Aug 2008 | 76 Months | High balance | | Status |
| (800) 279-9032 | Date of status | Monthly | Not reported | | Paid, Closed. |
| Partial account number | Jan 2013 | payment | | | |
| 70402653430.... | | Not reported | | | |
| Address identification number | | | | | |
| 0529392786 | | | | | |



0135185276



**Experian** — A world of insight

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 7 of 16

## Your accounts that may be considered negative (continued)

**Payment history**

2013 2012 2011 2010 2009
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG
CK CK CK 30 CK CK CK CK CK CK CK CK JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
CK CK CK 30 CK CK CK CK CK CK CK CK 200A
JAN DEC NOV OCT SEP AUG
CK CK CK CK CK CK

---

**VERIZON**
500 TECHNOLOGY DR STE 300
WELDON SPRING MO 63304
Phone number
(877) 325 5156
Partial account number
613400....
Address identification number
0029298160

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Dec 2007 | Utility | Not reported | Not reported | Individual |
| First reported | Terms | | | Status |
| Aug 2013 | 1 Months | High balance | | Paid in settlement. |
| Date of status | Monthly payment | Not reported | | This account is scheduled to continue on record until Jul 2019. |
| Dec 2013 | Not reported | | | Comment |
| | | | | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). |
| | | | | Comment: |
| | | | | Account paid in full for less than full balance |

**Payment history**
2013
DEC NOV OCT SEP AUG
CLS ND C ND C

---

## Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

**CAPITAL ONE**
PO BOX 30285
SALT LAKE CITY UT 84130
Phone number
(800) 227 4825
Partial account number
5178056323 11....
Address identification number
0028780425

| Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|
| Jan 2015 | Credit Card | $7,000 | $435 as of Jul 2016 | Individual |
| First reported | Terms | | | Status |
| Feb 2015 | Not reported | High balance | | Open/Never late |
| Date of status | Monthly payment | $3,567 | | |
| Jul 2016 | $25 | | | |

0135185276



:::**Experian**
A world of insight

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 8 of 18

Your accounts in good standing (continued)

**Payment history**
2016

| | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

2015

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($).    **AAP** = Actual amount paid ($)

| | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 107 | 132 | 1,121 | 3,515 | 3,053 | 2,047 | 647 | 580 | 428 | 362 | 541 | 329 | 310 | 88 | 135 | 110 | 61 |
| DPR | Jun03 | May03 | Apr02 | Mar02 | Feb02 | Jan02 | Dec03 | Nov02 | Oct03 | Sep02 | Jul31 | Jul03 | Jun01 | May02 | Apr03 | Mar02 | Feb02 |
| SPA | 25 | 25 | 54 | 90 | 33 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jan 2016 and Jun 2016, your credit limit/high balance was $7,000
Between Feb 2015 and Jan 2015, your credit limit/high balance was $500

**CAPITAL ONE**
PO BOX 30285
SALT LAKE CITY UT 84130
Phone number (800) 227 4825
Partial account number 51780594733...
Address Identification number 0028/80425

Date opened: Feb 2014
First reported: Mar 2014
Date of status: Jul 2016

Type: Credit card
Terms: Not reported
Monthly payment: $25

Credit limit or original amount: $2,800
High balance: $3,311

Recent balance: $413 as of Jul 2016
Responsibility: Individual
Status: Open/Never late.

**Payment history**
2016

| | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

2014

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)    **DPR** = Date payment received    **SPA** = Scheduled payment amount ($).    **AAP** = Actual amount paid ($)

| | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 424 | 414 | 482 | 1,165 | 2,095 | 2,028 | 974 | 903 | 385 | 1,935 | 2,009 | 1,872 | 1,852 | 1,698 | 864 | 709 | 2,151 | 2,217 | 2,098 | 2,050 | 1,420 | 977 | 264 | 233 |
| DPR | Jun01 | May03 | Apr30 | Mar02 | Feb02 | Jan02 | Dec03 | Nov02 | Oct03 | Sep02 | Aug01 | Jul03 | May29 | May02 | Apr03 | Mar03 | Feb03 | Dec30 | Dec01 | Oct28 | Oct03 | Sep03 | Jul31 | Jun25 |
| SPA | 25 | 25 | 49 | 58 | 46 | 25 | 25 | 25 | 25 | 56 | 57 | 53 | 45 | 25 | 30 | 30 | 63 | 63 | 60 | 25 | 25 | 25 | 25 | 25 |
| AAP | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Oct 2015 and Jun 2016, your credit limit/high balance was $2,800
Between Aug 2014 and Mar 2015, your credit limit/high balance was $2,300
Between Apr 2015 and Sep 2015, your credit limit/high balance was $2,550
Between Jul 2014 and Jul 2014, your credit limit/high balance was $300

0135185276



## Experian
A world of insight

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 9 of 16

### Your accounts in good standing (continued)

**CHASE**
PO BOX 901003
COLUMBUS OH 43224
Phone number (800) 336 6675
Partial account number 52073030....
Address identification number 0078780425

| | | | |
|---|---|---|---|
| Date opened | Jan 2013 | Credit limit or original amount | $22,500 |
| First reported | Jan 2013 | Recent balance | $11,330 as of Jun 2016 |
| Terms | 72 Months | Recent payment | $384 |
| Date of status | Jun 2016 | | |
| Type | Auto Loan | Responsibility | Individual |
| | | Status | Open/Never late. |
| Monthly payment | $384 | | |

**Payment history**

2016
JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

| | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 11,649 | 11,964 | 12,280 | 12,591 | 12,905 | 13,214 | 13,518 | 13,823 | 14,127 | 14,430 | 14,729 | 15,025 | 15,322 | 15,616 | 15,908 | 16,198 | 16,495 | 16,780 | 17,064 | 17,349 | 17,629 | 17,911 | 18,188 |
| DPR | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 |
| MAP | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 384 | 403 | 403 | 403 | 403 | 403 | 403 | 403 | 403 | 403 | 403 | 403 | 384 |

▼ The original amount of this account was $22,500

AB = Account balance ($)  DPR = Date payment received  MAP = Scheduled payment amount ($)  MAP = Actual amount paid ($)

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

---

**COMENITY BANK/GNDRMNT**
PO BOX 182789
COLUMBUS OH 43218
No phone number available
Partial account number 585637375121....
Address identification number 0028780425

| | | | |
|---|---|---|---|
| Date opened | Nov 2015 | Credit limit or original amount | $600 |
| First reported | Nov 2015 | Recent balance | $360 as of Jul 2016 |
| Terms | Not reported | Recent payment | $30 |
| Date of status | Jul 2016 | | |
| Type | Charge Card | Responsibility | Individual |
| | | Status | Open/Never late. |
| Monthly payment | $25 | | |
| High balance | $512 | | |

**Payment history**

2016
JUL JUN MAY APR MAR FEB JAN DEC NOV
OK OK OK OK OK OK OK OK OK

2015
AB = Account balance ($)  DPR = Date payment received  SPA = Scheduled payment amount ($)  MAP = Actual amount paid ($)

| | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 |
|---|---|---|---|---|---|---|---|---|
| AB | 392 | 413 | 447 | 353 | 418 | 459 | 512 | 57 |
| DPR | Jun10 | May04 | Aug05 | Mar02 | Jun27 | Dec31 | Dec15 | ND |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

0135185276



Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92
Page 10 of 16

:::Experian:
A world of insight

Your accounts in good standing (continued)

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APR** | 25 | 25 | 25 | 25 | 25 | 25 | | | | | | |
| **FEB** | 65 | 35 | 50 | 25 | 40 | 55 | 75 | ND | | | | |

▶ Between Nov 2015 and Jun 2016, your credit limit/high balance was $1600

| DISCOVER FINANCIAL SERVICES | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 15316 | Feb 2015 | Secured Card | $1,500 | $533 as of Jun 2016 | Individual |
| WILMINGTON DE 19850 | First reported | Terms | High balance | | Status |
| Phone number | Feb 2015 | Not reported | $533 | | Open/Never late. |
| (800) 347-2683 | Date of status | Monthly | | | |
| Partial account number | Jun 2016 | payment | | | |
| 6011002741911... | | $20 | | | |
| Address identification number | | | | | |
| 0028780425 | | | | | |

Payment history
2016

| JUN | MAY | APR | MAR | FEB |
|---|---|---|---|---|
| OK | OK | OK | OK | OK |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an instalment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | May16 | Apr16 | Mar16 | Feb16 |
|---|---|---|---|---|
| **AB** | 166 | 82 | 45 | 103 |
| **DPR** | May25 | Apr27 | Mar27 | Feb26 |
| **SPA** | 20 | 20 | 20 | ND |
| **AAP** | ND | ND | ND | ND |

▶ Between Apr 2016 and May 2016, your credit limit/high balance was $1,000

| OCWEN LOAN SERVICING | Date opened | Type | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| 1661 WORTHINGTON RD STE 100 | Oct 2006 | Mortgage | $180,100 | Not reported | Joint with |
| WEST PALM BEACH FL 33409 | First reported | Terms | High balance | | CATHERINE M MACRIS |
| Phone number | Feb 2007 | 30 Years | Not reported | | Status |
| (800) 746-2936 | Date of status | Monthly | | | Paid, Closed/Never late. |
| Partial account number | Feb 2008 | payment | | | This account is scheduled to continue on record until Feb 2018. |
| 4035... | | Not reported | | | |
| Address identification number | | | | | |
| 0029298160 | | | | | |

Payment history
2008  2007

| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

▶ Between Feb 2016 and Mar 2016, your credit limit/high balance was $500

0135185276


**Experian**
A world of insight

## Your accounts in good standing (continued)

| SYNCB/LORD & TAY | | | |
|---|---|---|---|
| PO BOX 965015 | Date opened | Type | Credit limit or |
| ORLANDO FL 32896 | Feb 2001 | Charge Card | original amount |
| Phone number | First reported | Terms | Not reported |
| (866) 465 8292 | Apr 2008 | Not reported | High balance |
| Partial account number | Date of status | Monthly | $323 |
| 6045840472333... | Apr 2008 | payment | |
| Address identification number | | Not reported | |
| 0293927B6 | | | |

Recent balance: Not reported

Responsibility: Individual
Status: Transferred, closed.
This account is scheduled to continue on record until Apr 2018.
Comment: Purchased by another lender.

**Payment history**
2008
APR
| CLS |

---

| SYNCHRONY BANK/WALMART | | | |
|---|---|---|---|
| PO BOX 965024 | Date opened | Type | Credit limit or |
| ORLANDO FL 32896 | Jun 2008 | Charge Card | original amount |
| Phone number | First reported | Terms | Not reported |
| (877) 294 7880 | Jun 2008 | Not reported | High balance |
| Partial account number | Date of status | Monthly | $171 |
| 603220141471... | Jul 2011 | payment | |
| Address identification number | | Not reported | |
| 00293927B5 | | | |

Recent balance: Not reported

Responsibility: Individual
Status: Paid, Closed/Never late.
This account is scheduled to continue on record until Jul 2021.

**Payment history**
2011
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN
CLS OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK
2010                                                           2009                                                           2008



**Experian**
A world of insight

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 12 of 16

# Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

## Inquiries shared with others

The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**SYNCHRONY BANK**
C/O PO BOX 965037
ORLANDO FL 32896
(800) 542 0800
Address identification number:
0028780425

Date
May 27, 2016
Reason
Unspecified. This inquiry is scheduled to continue on record until Jun 2018.

**ONEMAIN FI**
6801 COLWELL BLVD
IRVING TX 75039
(800) 922 6235
Address identification number:
0028780425

Date
Dec 9, 2015
Reason
Unspecified. This inquiry is scheduled to continue on record until Jan 2018.

**CAP ONE NA**
PO BOX 30281
SALT LAKE CITY UT 84130
(800) 955 7070
Address identification number:
0028780425

Date
Jan 6, 2015
Reason
Unspecified. This inquiry is scheduled to continue on record until Feb 2017.

**CHASE CARD**
PO BOX 15298
WILMINGTON DE 19850
(800) 432 3117
Address identification number:
0028780425

Date
Aug 22, 2014
Reason
Unspecified. This inquiry is scheduled to continue on record until Sep 2016.

## Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).

**CIC/USAA** 535 ANTON BLVD STE 100  COSTA MESA CA 92626
(877) 284 7942
Date of inquiry: Jul 26, 2016

**ECS/USAA FREE** 535 ANTON BLVD STE 100  COSTA MESA CA 92626
(877) 284 7942
Date of inquiry: Jul 26, 2016

**TRANSUNION INTERACTIVE** 100 CROSS ST STE 202  SAN LUIS OBISPO CA 93401
(805) 782 8282
Date of inquiry: Jul 22, 2016

**CIC/EXPERIAN CREDITWORKS** 535 ANTON BLVD STE 100  COSTA MESA CA 92626
(866) 431 3471
Date of inquiry: Jul 21, 2016; Jul 13, 2016; Jul 12, 2016; Jul 11, 2016; Jul 09, 2016; Jul 08, 2016; Jul 07, 2016; Jul 06, 2016; Jul 05, 2016; Jul 03, 2016; Jul 02, 2016; Jul 01, 2016; Jun 30, 2016; Jun 29, 2016; Jun 28, 2016; Jun 27, 2016; Jun 24, 2016; Jun 23, 2016; Jun 22, 2016; Jun 21, 2016; Jun 20, 2016; Jun 19, 2016; Jun 18, 2016; Jun 17, 2016; Jun 16, 2016; Jun 15, 2016; Jun 14, 2016; Jun 13, 2016; Jun 12, 2016; Jun 11, 2016; Jun 10, 2016; Jun 09, 2016; Jun 08, 2016; Jun 07, 2016; Jun 06, 2016; Jun 05, 2016; Jun 04, 2016; Jun 03, 2016; Jun 02, 2016; Jun 01, 2016; May 31, 2016; May 28, 2016; May 27, 2016; May 26, 2016; May 25, 2016; May 24, 2016; May 23, 2016; May 22, 2016; May 21, 2016; May 20, 2016; May 19, 2016; May 18, 2016; May 17, 2016;



0135185276



**Experian**
A world of insight

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92
Page 13 of 16

---

May 16, 2016; May 15, 2016; May 14, 2016; May 13, 2016; May 12, 2016; May 11, 2016; May 10, 2016; May 09, 2016; May 08, 2016; May 07, 2016; May 06, 2016; May 05, 2016; May 04, 2016; May 03, 2016; May 02, 2016; May 01, 2016; Apr 30, 2016; Apr 28, 2016; Apr 27, 2016; Apr 26, 2016; Apr 25, 2016; Apr 24, 2016; Apr 23, 2016; Apr 22, 2016; Apr 21, 2016; Apr 20, 2016; Apr 19, 2016; Apr 18, 2016; Apr 14, 2016; Apr 13, 2016; Apr 11, 2016; Apr 10, 2016; Apr 08, 2016; Apr 07, 2016; Apr 06, 2016; Apr 05, 2016; Apr 04, 2016; Apr 03, 2016; Apr 01, 2016; Mar 31, 2016; Mar 30, 2016; Mar 29, 2016; Mar 28, 2016; Mar 27, 2016; Mar 26, 2016; Mar 25, 2016; Mar 24, 2016; Mar 23, 2016; Mar 22, 2016; Mar 21, 2016; Mar 19, 2016; Mar 18, 2016; Mar 17, 2016; Mar 16, 2016; Mar 15, 2016; Mar 12, 2016; Mar 03, 2016; Feb 13, 2016; Jan 14, 2016; Jan 13, 2016; Dec 31, 2015; Dec 21, 2015; Nov 27, 2015; Nov 24, 2015; Nov 08, 2015; Oct 20, 2015; Oct 08, 2015; Oct 07, 2015; Sep 17, 2015; Sep 01, 2015; Jun 25, 2015; Jun 15, 2015

**AMERICAN EXPRESS 2**  PO BOX 981537   EL PASO TX 79998
(800) 874 2717
Date of inquiry: Jul 11, 2016

**CONSUMERINFO.COM PO BOX 19729**   IRVINE CA 92623
(866) 673 0141
Date of inquiry: Jul 01, 2016; Jun 17, 2016; May 27, 2016; May 13, 2016; Apr 29, 2016; Apr 15, 2016; Apr 01, 2016; Mar 18, 2016; Feb 26, 2016; Feb 12, 2016; Jan 29, 2016; Jan 15, 2016; Jan 04, 2016; Dec 11, 2015; Dec 01, 2015; Nov 13, 2015; Oct 30, 2015; Oct 16, 2015; Oct 02, 2015; Sep 14, 2015; Aug 28, 2015; Aug 14, 2015; Jul 31, 2015; Jul 17, 2015; Jun 26, 2015

**CONSUMERINFO.COM INC PO BOX 19729**   IRVINE CA 92623
No phone number available
Date of inquiry: Jun 30, 2016; May 27, 2016; Apr 30, 2016; Apr 13, 2016; Apr 06, 2016; Mar 11, 2016; Feb 12, 2016; Jan 12, 2016; Dec 29, 2015; Dec 22, 2015; Dec 09, 2015; Nov 26, 2015; Oct 07, 2015; Jul 10, 2015; Jun 24, 2015

**EQUIFAX CONSUMER SERVICES**   1100 ABERNATHY RD NE STE 300   ATLANTA GA 30328
(678) 795 7000
Date of inquiry: Jun 09, 2016

**FIRST NATIONAL BANK OF OMAHA**   1620 DODGE ST   OMAHA NE 68102
(402) 342 2265
Date of inquiry: Jun 09, 2016

**XCEL/WEST HERR USED CAR**   5535 TRANSIT RD   WILLIAMSVILLE NY 14221
(716) 689 6900
Date of inquiry: Jun 01, 2016; Feb 25, 2016; Sep 16, 2015

**CAPITAL ONE**   PO BOX 30281   SALT LAKE CITY UT 84130
(800) 955 7070
Date of inquiry: May 17, 2016

**TRUECREDIT/MY CREDIT HEA**   100 CROSS ST STE 202   SAN LUIS OBISPO CA 93401
(805) 596 3366
Date of inquiry: May 14, 2016

**CHASE MTG**   PO BOX 24696   COLUMBUS OH 43224
(800) 848 9138
Date of inquiry: May 11, 2016

**CREDCO/SPECIALIZED LOAN**   PO BOX 509124   SAN DIEGO CA 92150
(800) 523 0233
Date of inquiry: May 04, 2016

**AMERICAN EXPRESS**   19640 N 31ST ST, AVE   PHOENIX AZ 85027
(800) 874 2717
Date of inquiry: Apr 29, 2016; Nov 27, 2015; Jul 11, 2015; Mar 07, 2015; Feb 07, 2015; Aug 07, 2014

**CAPITAL ONE AUTO FINANCE**   7933 PRESTON RD   PLANO TX 75024
(800) 227 3863
Date of inquiry: Apr 27, 2016

**SANTANDER CONSUMER USA**   8585 N STEMMONS FWY   DALLAS TX 75247
(888) 222 4227
Date of inquiry: Feb 24, 2016

**LEXISNEXIS/INS/P&C**   1000 ALDERMAN DR   ALPHARETTA GA 30005
(866) 323 0932
On behalf of USAA for insurance underwriting
Date of inquiry: Jan 05, 2016

**AXD/PINNACLE CAPITL MTG**   250 COMMERCE STE 100   IRVINE CA 92602
(949) 769 7568
Date of inquiry: Nov 30, 2015; Aug 11, 2015

**COMENITY SERVICING LLC**   220 W SCHROCK RD   WESTERVILLE OH 43081
(614) 729 5000
Date of inquiry: Nov 17, 2015

**ONEMAIN**   6801 COLWELL BLVD   IRVING TX 75039
(800) 922 6235
Date of inquiry: Oct 06, 2015



Experian
A world of insight

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92

Page 14 of 16

## Personal Information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

MARK K MACRIS
Name identification number: 11371

MARK MACRIS
Name identification number: 4194

MARK KENNETH MACRIS
Name identification number: 12123

### Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and the source of that address, such as a creditor, court or potential creditor. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| Address | Type of address | Geographical code |
|---|---|---|
| 270 MILLER RD<br>GETZVILLE NY 14068-1120<br>Address identification number: 0028780425 | Single family | 0-900320-29-1280 |
| 403 TEAKWOOD TER<br>WILLIAMSVILLE NY 14221-3935<br>Address identification number: 0029298160 | Single family | 0-900640-29-1280 |
| 67 FEDERAL AVE<br>CHEEKTOWAGA NY 14225-1707<br>Address identification number: 0029392786 | Single family | 0-1010310-29-1280 |
| 131 EUCLID AVE<br>KENMORE NY 14217-2803<br>Address identification number: 0029229774 | Single family | 0-850030-29-1280 |
| 1662 KENSINGTON AVE APT 5<br>BUFFALO NY 14215-1422<br>Address identification number: 0029101405 | Apartment complex | 0-1020060-29-1280 |
| 67 FEDERAL AVE<br>GETZVILLE NY 14058-<br>Address identification number: 0780972755 | Single family | 0-00-0-0760 |

CREDIT ONE BANK NA  585 PILOT RD   LAS VEGAS NV 89119
(877) 825 3242
Date of inquiry: Aug 19, 2015; Jul 22, 2015

CREDIT ONE BANK NA
No phone number available
Date of inquiry: Jul 22, 2015

FINGERHUT/WEBBANK  215 S STATE ST STE 800   SALT LAKE CITY UT 84111
(801) 456 8350
Date of inquiry: Jul 02, 2015

CIC/EXPERIAN IDENTITY CH  535 ANTON BLVD STE 100   COSTA MESA CA 92626
No phone number available
Date of inquiry: Jun 15, 2015

AMEX  1150 E UNIVERSITY DR FL 1   TEMPE AZ 85281
(623) 492 5293
Date of inquiry: Jan 30, 2015

CAPITAL ONE  PO BOX 30281   SALT LAKE CITY UT 84130
(804) 967 1000
Date of inquiry: Dec 19, 2014

NATIONAL GRID USA INC  300 ERIE BLVD W   SYRACUSE NY 13202
(315) 474 1511
Date of inquiry: Sep 30, 2014

CAPITAL ONE  PO BOX 30281   SALT LAKE CITY UT 84130
(804) 957 1000
Date of inquiry: Sep 19, 2014

CHASE CARD  PO BOX 15298   WILMINGTON DE 19850
No phone number available
Date of inquiry: Aug 22, 2014



0135185276

Case 1:17-cv-00361-WMS-LGF   Document 41-12   Filed 10/31/18   Page 16 of 17



## Experian
A world of insight

*Personal information continued*

**Address**

| | Type of address | Geographical code |
|---|---|---|
| 26 MAPLE DR<br>DOWNANSVILLE NY 14025-1030<br>Address identification number: 0674366457 | Single family | 0-1420330-29-5330 |

### Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.

XXX-XX-8390

### Year of birth
1967

### Telephone numbers
716 289 7447 Cellular
716 626 0136 Residential
716 626 0139 Residential

### Spouse or co-applicant
CATHERINE

### Former or current employers
SENTRY INSURANCE
RURAL METRO MEDICAL SVCS
NYS COMPENSATION BOARD
CARQUEST

— End of Report —

If you disagree with information in your report you may dispute most information at:
**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

0135185276

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92
Page 15 of 16

Prepared for: MARK KENNETH MACRIS
Date: July 27, 2016
Report number: 1091-3097-92
Page 16 of 16

THIS PAGE INTENTIONALLY LEFT BLANK

0135185276

Experian
A world of insight