UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK K. MACRIS,

               Plaintiff,

v.                                              **Civil Action No. 17-CV-361**

EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,

               Defendants.

---

### Affidavit of Gretchen Berger

Gretchen Berger, being duly sworn, deposes and says:

1.     I am a legal assistant at the Law Office of Kenneth Hiller PLLC.

2.     My office was provided audio recordings from Defendant Specialized Loan Servicing Inc. ("SLS") counsel in connection with the above captioned matter.

3.     I listened to these audio recordings and typed transcripts of the conversations that occurred on the following dates: July 7, 2018, March 16, 2016, April 20, 2016, and April 27, 2016,

4.     These transcripts are an accurate and complete record of the conversations on those audio recordings.

5.     Attached as **Exhibit A** are copies of transcripts of audio recordings of telephone conversations between Mark K. Macris and representative from Specialized Loan Servicing Inc.

1

_____
Gretchen Berger

Sworn to before me this

31 day of October

_____
SETH J. ANDREWS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
COMMISSION EXPIRES  9-8-19