UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK K. MACRIS,

                      Plaintiff,

    v.                                          **Civil Action No.  17-CV-361**

EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,

                      Defendants.
_____


## **AFFIRMATION OF SETH J. ANDREWS**

Seth J. Andrews, an attorney at law, affirms under penalties of perjury that the following statements are true and correct:

1. That I am an attorney or record for the Plaintiff.

2. Annexed as Exhibit "A" is a true and correct copy of Plaintiff's complaint in this action.

3. Annexed as Exhibit "B" is a true and correct copy of Defendant SLS's answer in this action.

4. Annexed as Exhibit "C" is Judgment of Foreclosure and Sale dated June 29, 2016 and entered with the Erie County Clerk's Office July 5, 2016.

5. Annexed as Exhibit "D" is a true and correct copy of cited excerpts of the April 25, 2018 deposition transcript of Mark K. Macris.

6. Annexed as Exhibit "E" is a true and correct copy of cited excerpts of the August 14, 2018 deposition transcript of Loretta Poch.

7. Annexed as Exhibit "F" is the Affidavit of Eric Nichols, sworn to July 31, 2018 along with Experian bates stamped documents 0001, 0007-0021.

8. Annexed as Exhibit "G" is SLS telephone call log. This along with the accompanying audio recordings referenced therein were provided by opposing counsel after learning of the existence of the recordings at the deposition of the Defendant.

9. Annexed as Exhibit "H" are audio recordings of the conversations referenced in Exhibit G. ( These have been transferred to CDs and provided to the Court and are not filed with the ECF).

10. Annexed as Exhibit "I" are copies of SLS 371-374(ACDV forms).

11. Annexed as Exhibit "J" is a true and correct copy of cited excerpts of the October 17 2016 deposition transcript of Michael Ward.


Dated:   October 31, 2018                                           s/Seth J. Andrews
                                                                    Seth j. Andrews