# Exhibit F

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Mark Macris,

        Plaintiff,

    v.

Experian Information Solutions, Inc. and
Specialized Lending Loan Servicing, LLC,

    Defendants.

Case No. 17-cv-00361-WMS
ECF Case

## EXPERIAN INFORMATION SOLUTIONS INC.'S
## AUTHENTICATION AFFIDAVIT

Below the undersigned personally appeared, who being duly sworn, deposes and says:

1.    My name is Eric Nichols.  I am a resident of the State of Texas.  I am over the age of 18 years and am competent to make this affidavit.  The statements set forth in this affidavit are based on my personal knowledge.

2.    I am custodian of the records or am otherwise familiar and competent to testify as to the authenticity of the records of Experian Information Solutions, Inc. ("Experian").

3.    The documents attached to this affidavit are produced by Experian to Plaintiff in the above-referenced action.  These documents are Bates stamped EXPERIAN_17-cv-361_0001 – 0022.  These documents were made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with

knowledge of those matters, were kept in the course of regularly conducted activity of Experian, were made by the regularly conducted activity of Experian, and these documents constitute business records of Experian.

4.      The foregoing facts are true and correct.

Experian Information Solutions, Inc.

Signature: _____

Title: _Regulatory Affairs Spec. list_

Executed on this __31st__ day of __July__, 2018.

Notary Public: _Lisa Wallace_

My commission expires: __06-03-2020__

LISA WALLACE
Notary Public, State of Texas
Comm. Expires 06-03-2020
Notary ID 126519481

```
PROGRAM:   CAPRESPA            EXPERIAN-CONSUMER ASSISTANCE - CAPS
RUN DATE:  03/09/2017          ACDV Response                          DOCUMENT VIEWED:  Y
RUN TIME:  19:10:36            Auto Response: Printed - Manual States  PAGE:  1
SUBCODE:   1270246             ACCOUNT #:  4750R0000905357
                              SUBSCRIBER: Capital One
```

DISPUTE REASON:
001= Not Inchrx Provide complete ID

| | |
|---|---|
| | Office: 1 |
| | Date Sent: 03/07/2017 |
| | Date Due: 03/23/2017 |

REMARKS:

CONSUMER IDENTIFICATION

| | | |
|---|---|---|
| Name: MARK K MACRIS | | SUBSCRIBER CONSUMER ID   MARK K MACRIS |
| SSN: 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   DOB: 12/09/1967 | | Resp Date: 03/09/2017 |
| Curr Address: 270 MILLER RD | | DNR Date: 03/23/2017 |
| ZIP: 14068  GETZVILLE, NY | 67 FEDERAL AVE | Name Flag:  S  S  S  S  S |
| Prev Addr 1: | CHEEKTOWAGA, NY 14225 | Second Name:  U  U  U  U  U |
| Prev Addr 2: | | Curr Addr Flag: Different |
| Account Name: | | Prev Addr Flag: Unknown |
| | | SSN Flag: Same |
| | | DOB Flag: Same |
| | | Authorized Verifier: Anand Pawar |
| | | Phone: (844) 743-0275 |
| | | DF Contact Phone #: CONSUMER CLAIMS |

RESPONSE: 121= Change-Disp info accurate-Updated and/or info unrelated to dispute

SUBSCRIBER RESPONSE

TRADE INFORMATION

| Field | Value |
|---|---|
| Acct Condition/Comm Status: | PAID/ CURR WAS 150   ON PROFILE |
| Acct Status/Rating: | |
| Payment Rating: | |
| CII: | |
| ECOA: | 1 |
| Balance: | 0    Balance Date: 04/19/2013 |
| Amt Past Due: | |
| Orig Delinq Date: | M |
| Credit Limit/Orig Amt: | 300 |
| High Credit Balance: | 49 |
| Charge Off Amt: | |
| Sch Monthly Pay:   Act Pay: | |
| Portfolio Name: | |
| Date Last Pay: | |
| Open Date:   Closed Date: | 04/12/2012   02/05/2012 |
| Spec Comm Code: | |
| Cons Compl Code: | XH   M |
| Type:   Terms:   Freq: | 18   REV   M |
| Original Creditor: | |
| Special Payment/Date/Amt: | |

Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |

On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | 2 | | | | | | | | | | | |
| 2012 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 4 | 3 | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |

16403949R2001

```
DISCLOSURE LOG      Requesting Agent ID EX724979
PIN= 135185276
--------------------------------------------------
Capid=1640394982  Stamp Date=02/28/2017  Mail  Dispute  Entry Date=03/07/2017
Agent Id=VN626910            Agent Name: VANESSA NEGRETE
MACRIS, MARK K        SSN=123608390
YOB/DOB=12/9/1967
Address=270 MILLER RD
         GETZVILLE, NY  14068

Format/Language Type:Standard      Date:02/28/2017     Agent Id= VN626910
No CDI - Report
--------------------------------------------------
CDF Date=03/23/2017  CDF Type: Full    Format/Language Type:Standard
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Capid=3775740694  Stamp Date=07/27/2016  Phone  Dispute  Entry Date=07/27/2016
Agent Id=KL726347            Agent Name: Kristine Lobo
MACRIS, MARK KENNETH    SSN=123608390
YOB/DOB=12/9/1967
Address=270 MILLER ROAD
         GETZVILLE, NY  14068

Format/Language Type:Standard      Date:07/27/2016     Agent Id= KL726347
No CDI - Report
--------------------------------------------------
CDF Date=07/27/2016  CDF Type: None    Format/Language Type:Standard
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Capid=1091309792  Stamp Date=07/19/2016  Mail  Dispute  Entry Date=07/26/2016
Agent Id=CO725734            Agent Name: Chris Ofiokpa
MACRIS, MARK KENNETH    SSN=123608390
YOB/DOB=12/9/1967
Address=270 MILLER RD
         GETZVILLE, NY  14068

Format/Language Type:Standard      Date:07/19/2016     Agent Id= CO725734
No CDI - Report
--------------------------------------------------
CDF Date=07/27/2016  CDF Type: Full    Format/Language Type:Standard
CDF Paragraphs=Divorce decree explanation (150)
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
Capid=124463557  Stamp Date=03/18/2006  Internet  Reseller/CIC  Entry Date=03/18/2006
Agent Id=EC777000            Agent Name: CIC Reseller ID 001
MACRIS, MARK K        SSN=123608390
YOB/DOB=12/9/1967
Address=67 FEDERAL AVE
         BUFFALO, NY  14225
Prev Addr 1=131 EUCLID AVE/KENMORE NY 14217

Format/Language Type:Standard      Date:03/18/2006     Agent Id= EC777000
CDI Sent Date=03/18/2006    Format/Language Type:Standard
<><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><><>
----------------
End of Report
```

CONFIDENTIAL

EXPERIAN_17-cv-361_0003

 **Experian**™

A world of insight

**Dear MARK KENNETH MACRIS ,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

A divorce decree may not affect your contracts with creditors if you have a joint account with your ex-spouse. You will need to negotiate repayment with creditors. For more information on divorce and how it affects your credit, please send your request to:

Credit Crossroads
P.O. Box 1239
Allen, TX 75013

You may also visit www.experian.com/credit-education.

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

PO Box 9701
Allen, TX 75013

MARK KENNETH MACRIS
270 MILLER RD
GETZVILLE NY 14068

CONFIDENTIAL

0135185276

EXPERIAN_17-cv-361_0007

www.experian.com

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

The results are on the following page. If an item disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation. If an item says "Deleted," we have removed it from your credit report and taken steps so it does not reappear. If an item says "Remains," it means the company that reports the information to us has certified it is reported accurately. If an item says "Updated," you should look at the item carefully to see whether you believe it is now accurate. Sometimes the updated information reflects only a change to a balance or date, because the company that reports that item to us has certified that the rest of the information is accurate.

If our reinvestigation has not resolved your dispute, you have several options:

- You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

- You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

0135185276

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

www.experian.com

Prepared for:  MARK KENNETH MACRIS
Date:  July 27, 2016
Report number:  1091-3097-92

*Page 3 of 16*

**How to read your results**

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

**Results**

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
| --- | --- |
| SPECIALIZED LOAN SERVI 100870.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time.

CONFIDENTIAL

0135185276

EXPERIAN_17-cv-361_0009

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

**Payment history legend**

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| GRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

### ■ Credit items

**AMERICAN EXPRESS**
PO BOX 981537
EL PASO TX 79998
**Phone number**
(800) 874 2717
**Partial account number**
3499908334758683
**Address identification number**
0029392786

**Date opened** Apr 1999
**First reported** Jun 2011
**Date of status** Jun 2015

**Type** Credit card
**Terms** Not reported
**Monthly payment** Not reported

**Credit limit or original amount** $700
**High balance** $692

**Recent balance** $692 as of Jun 2015

**Responsibility** Individual
**Status** Account charged off/Never late. $893 written off. $692 past due as of Jun 2015.
This account is scheduled to continue on record until Mar 2022.
**Comment:**
Account closed at credit grantor's request.

**Payment history**

```
        2015                                    2014                                    2013                                    2012
JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
CO  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND  ND

        2011
DEC NOV OCT SEP AUG JUL JUN
ND  ND  OK  OK  OK  OK  OK
```

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AB = Account balance ($)    DPR = Date payment received    SPA = Scheduled payment amount ($)    AAP = Actual amount paid ($)

| | Feb15 | Jan15 | Jul14 |
|---|---|---|---|
| AB | 692 | 692 | 692 |
| DPR | ND | ND | ND |
| SPA | ND | ND | ND |
| AAP | ND | ND | ND |

► Between Jul 2014 and Feb 2015, your credit limit/high balance was $700

0135185276

CONFIDENTIAL

EXPERIAN_17-cv-361_0010

www.experian.com

**Your accounts that may be considered negative (continued)**

| | | | | |
|---|---|---|---|---|
| **CAPITAL ONE**<br>PO BOX 30285<br>SALT LAKE CITY UT 84130<br>**Phone number**<br>(800) 227 4825<br>**Partial account number**<br>475086000090....<br>**Address Identification number**<br>0029392786 | **Date opened**<br>Mar 2012<br>**First reported**<br>Mar 2012<br>**Date of status**<br>Apr 2013 | **Type**<br>Credit card<br>**Terms**<br>Not reported<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>$300<br>**High balance**<br>$49 | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>**Status**<br>Paid, Closed.<br>**Comment:**<br>Account closed at credit grantor's request. |

**Payment history**

| 2013 | | | | | | | | | | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | |
| C/O | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | |

| | | | | |
|---|---|---|---|---|
| **CHILD SUPPORT ENFORCEMNT**<br>PO BOX 14<br>ALBANY NY 12201<br>**Phone number**<br>(518) 474 9081<br>**Partial account number**<br>BS651....<br>**Address Identification number**<br>0028780425 | **Date opened**<br>Apr 2011<br>**First reported**<br>Jan 2013<br>**Date of status**<br>Feb 2013 | **Type**<br>Family Support<br>**Terms**<br>1 Months<br>**Monthly payment**<br>$50 | **Credit limit or original amount**<br>Not reported<br>**High balance**<br>Not reported | **Recent balance**<br>$50 as of Jul 2016 | **Responsibility**<br>Individual<br>**Status**<br>Open. |

**Payment history**

| 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| JAN |
|---|
| C |

| | | | | |
|---|---|---|---|---|
| **CREDIT FIRST NA/ FIRESTONE**<br>PO BOX 81083<br>CLEVELAND OH 44181<br>**Phone number**<br>(216) 362 3479<br>**Partial account number**<br>58786....<br>**Address Identification number**<br>0029392786 | **Date opened**<br>Aug 2010<br>**First reported**<br>Sep 2010<br>**Date of status**<br>Apr 2011 | **Type**<br>Charge Card<br>**Terms**<br>Not reported<br>**Monthly payment**<br>Not reported | **Credit limit or original amount**<br>Not reported<br>**High balance**<br>$777 | **Recent balance**<br>Not reported as of<br>Apr 2011 | **Responsibility**<br>Individual<br>**Status**<br>Account charged off. $777 written off.<br>This account is scheduled to continue on record until Sep 2017. |

CONFIDENTIAL

0135185276

EXPERIAN_17-cv-361_0011

www.experian.com

## Your accounts that may be considered negative (continued)

**Payment history**

| 2011 | | | | | | | 2016 | |
|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | |
| CO | 180 | 90 | 180 | 90 | OK | OK | OK | |

| | | | | |
|---|---|---|---|---|
| **SPECIALIZED LOAN SERVICI** | **Date opened** Feb 2008 | **Type** Mortgage | **Credit limit or original amount** $193,472 | **Recent balance** $259,468 as of Mar 2016 |
| 8742 LUCENT BLVD STE 300 | **First reported** Apr 2014 | **Terms** 30 Years | **High balance** Not reported | |
| HIGHLANDS RANCH CO 80129 | **Date of status** Mar 2016 | **Monthly payment** $1,812 | | |
| **Phone number** (720) 241 7200 | | | | |
| **Partial account number** 100870.... | | | | |
| **Address Identification number** 0029298160 | | | | |

**Responsibility**
Joint with
CATHERINE M MACRIS
**Status**
Foreclosure proceedings started. $143,631  past due as of Mar 2016.
**Your statement**
" Y  ITEM DISPUTED BY CONSUMER"
**Comment:**
Foreclosure proceedings started.
This item was updated from our processing of your dispute in Jul 2016.

**Payment history**

| 2016 | | | | 2015 | | | | | | | | 2014 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL |
| FB | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 180 | 150 | 180 | 160 | 180 | 180 | 180 |

**Account history** - *if your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.  ND: No Data.*

| | | AB | = Account balance ($) | | | DPR | = Date payment received | | | SPA | = Scheduled payment amount ($) | | | AAP | = Actual amount paid ($) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 258,571 | 257,785 | 256,841 | 256,058 | 255,249 | 254,372 | 253,551 | 252,699 | 251,817 | 250,991 | 250,107 | 249,278 | 248,332 | 247,558 | 246,686 | 245,803 | 244,967 | 244,072 | 243,233 | 242,363 |
| **DPR** | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 | Nov22 |
| **SPA** | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 | 1,812 |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

▶ *The original amount of this account was $193,472*

| | | | | |
|---|---|---|---|---|
| **TOYOTA MOTOR CREDIT CORP** | **Date opened** Aug 2008 | **Type** Auto Loan | **Credit limit or original amount** $20,836 | **Recent balance** Not reported |
| 90 CRYSTAL RUN RD STE 310 | **First reported** Aug 2008 | **Terms** 76 Months | **High balance** Not reported | |
| MIDDLETOWN NY 10941 | **Date of status** Jan 2013 | **Monthly payment** Not reported | | |
| **Phone number** (800) 279 9032 | | | | |
| **Partial account number** 7040226353430.... | | | | |
| **Address Identification number** 0029392788 | | | | |

**Responsibility**
Individual
**Status**
Paid, Closed.

0135185276

CONFIDENTIAL

EXPERIAN_17-cv-361_0012

www.experian.com

Your accounts that may be considered negative (continued)

**Payment history**

2013 2012
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
CLS OK 30 OK OK OK OK OK 30 30 OK 30 OK OK 30 30 60 30 OK 30 30 30 OK OK

2011
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
30 30 30 30 60 30 OK 30 30 60 30 30

2010
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
OK 30 OK OK OK OK OK OK OK OK OK OK

2009
JAN DEC NOV OCT SEP AUG
OK OK OK OK OK OK

2008
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG
OK OK OK OK OK OK OK OK OK OK OK OK

| VERIZON | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| 500 TECHNOLOGY DR STE 300 | Dec 2007 | Utility | original amount | Not reported | Individual |
| WELDON SPRING MO 63304 | First reported | Terms | Not reported | | Status |
| Phone number | Aug 2013 | 1 Months | High balance | | Paid in settlement. |
| (877) 325 5156 | Date of status | Monthly | Not reported | | This account is scheduled to continue on record until Jul |
| Partial account number | Dec 2013 | payment | | | 2019. |
| 613400.... | | Not reported | | | Comment |
| Address identification number | | | | | Account information disputed by consumer (Meets |
| 0029296160 | | | | | requirement of the Fair Credit Reporting Act). |
| | | | | | Comment: |
| | | | | | Account paid in full for less than full balance |

**Payment history**

2013
DEC NOV OCT SEP AUG
CLS PD C NG C

## Your accounts in good standing

These items may stay on your credit report for as long as they are open.  Once an account is
closed or paid off it may continue to appear on your report for up to ten years.

■ Credit Items

| CAPITAL ONE | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 30285 | Jan 2015 | Credit Card | original amount | $435 as of Jul 2016 | Individual |
| SALT LAKE CITY UT 84130 | First reported | Terms | $7,000 | | Status |
| Phone number | Feb 2015 | Not reported | High balance | | Open/Never late. |
| (800) 227 4825 | Date of status | Monthly | $3,567 | | |
| Partial account number | Jul 2016 | payment | | | |
| 517805892311.... | | $25 | | | |
| Address identification number | | | | | |
| 0028780425 | | | | | |

CONFIDENTIAL                        0135185276                        EXPERIAN_17-cv-361_0013

www.experian.com

## Your accounts in good standing (continued)

**Payment history**

| 2016 | | | | | | | 2015 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*  **AB** = Account balance ($)   **DPR** = Data payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 107 | 132 | 1,121 | 3,515 | 3,053 | 2,047 | 647 | 580 | 428 | 362 | 541 | 329 | 310 | 88 | 135 | 110 | 61 |
| **DPR** | Jun01 | May03 | May03 | Mar02 | Feb02 | Jan02 | Dec03 | Nov02 | Oct03 | Sep02 | Jul31 | Jun01 | May02 | Apr03 | Mar02 | Feb02 | |
| **SPA** | 25 | 25 | 54 | 90 | 33 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | | |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | | |

▶ Between Jan 2016 and Jun 2016, your credit limit/high balance was $7,000.       ▶ Between Jul 2015 and Dec 2015, your credit limit/high balance was $4,500.
▶ Between Feb 2015 and Jun 2015, your credit limit/high balance was $300.

| | | | |
|---|---|---|---|
| **CAPITAL ONE** | **Date opened** | **Type** | **Credit limit or** | **Recent balance** | **Responsibility** |

**CAPITAL ONE**
PO BOX 30285
SALT LAKE CITY UT 84130
**Phone number**
(800) 227 4825
**Partial account number**
517805941733....
**Address identification number**
0028780425

**Date opened**
Feb 2014
**First reported**
Mar 2014
**Date of status**
Jul 2016

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
$25

**Credit limit or original amount**
$2,800
**High balance**
$3,311

**Recent balance**
$413 as of Jul 2016

**Responsibility**
Individual
**Status**
Open/Never late.

**Payment history**

| 2016 | | | | | | | 2015 | | | | | | | | | | | | | | 2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**Account history** - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*  **AB** = Account balance ($)   **DPR** = Data payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 424 | 414 | 452 | 1,165 | 2,096 | 2,028 | 974 | 909 | 365 | 1,835 | 2,009 | 1,872 | 1,852 | 1,698 | 804 | 709 | 2,151 | 2,217 | 2,098 | 2,050 | 1,420 | 977 | 264 | 233 |
| **DPR** | Jun01 | May03 | Mar02 | Mar02 | Feb02 | Jan02 | Dec03 | Nov02 | Oct03 | Sep02 | Aug01 | Jul03 | Jun01 | May02 | Apr03 | Mar02 | Feb03 | Jan13 | Dec30 | Dec01 | Oct28 | Oct03 | Sep03 | Jul31 | Jun25 |
| **SPA** | 25 | 25 | 25 | 49 | 58 | 48 | 25 | 58 | 57 | 45 | 25 | 30 | 39 | 63 | 63 | 60 | 25 | 25 | 25 | 25 | 25 | 25 | | |
| **AAP** | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | | |

▶ Between Oct 2015 and Jun 2016, your credit limit/high balance was $2,800.       ▶ Between Apr 2015 and Sep 2015, your credit limit/high balance was $2,550.
▶ Between Aug 2014 and Mar 2015, your credit limit/high balance was $2,300.       ▶ Between Jul 2014 and Jul 2014, your credit limit/high balance was $300.

0135185276

CONFIDENTIAL

## Your accounts in good standing (continued)

| CHASE | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 901003 | Jan 2013 | Auto Loan | original amount | $11,330 as of Jun | Individual |
| COLUMBUS OH 43224 | First reported | Terms | $22,500 | 2016 | Status |
| Phone number | Jan 2013 | 72 Months | High balance | Recent payment | Open/Never late. |
| (800) 336 6675 | Date of status | Monthly | Not reported | $384 | |
| Partial account number | Jun 2016 | payment | | | |
| 52873030.... | | $384 | | | |
| Address identification number | | | | | |
| 0028780425 | | | | | |

**Payment history**

| | 2016 | | | | | 2015 | | | | | | | | | | | 2014 | | | | | | | | | | | 2013 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN |
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | Jul14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 11,649 | 11,964 | 12,280 | 12,591 | 12,906 | 13,214 | 13,518 | 13,825 | 14,127 | 14,430 | 14,729 | 15,025 | 15,323 | 15,615 | 15,908 | 16,198 | 16,495 | 16,760 | 17,064 | 17,349 | 17,629 | 17,911 | 18,188 |
| DPR | May10 | Apr11 | Mar14 | Feb10 | Jan11 | Dec29 | Nov12 | Oct09 | Sep10 | Aug10 | Jul22 | Jun18 | May26 | Apr29 | Mar10 | Feb24 | Jan21 | Dec29 | Nov28 | Oct29 | Sep25 | Aug22 | Jul28 |
| SPA | 384 | 384 | 384 | 384 | 384 | 384 | 403 | 384 | 384 | 384 | 384 | 403 | 403 | 403 | 403 | 384 | 403 | 403 | 403 | 403 | 384 | 384 | 384 |
| AAP | 384 | 384 | 384 | 384 | 384 | 384 | 403 | 384 | 384 | 384 | 384 | 403 | 403 | 403 | 403 | 384 | 403 | 403 | 403 | 403 | 384 | 384 | 384 |

► The original amount of this account was $22,500.

| COMENITY BANK/GNDRMNT | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 182789 | Nov 2015 | Charge Card | original amount | $360 as of Jul 2016 | Individual |
| COLUMBUS OH 43218 | First reported | Terms | $600 | Recent payment | Status |
| No phone number available | Nov 2015 | Not reported | High balance | $30 | Open/Never late. |
| Partial account number | Date of status | Monthly | $512 | | |
| 585637375121.... | Jul 2016 | payment | | | |
| Address identification number | | $25 | | | |
| 0028780425 | | | | | |

**Payment history**

| | 2016 | | | | | | | 2015 | |
|---|---|---|---|---|---|---|---|---|---|
| | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 |
|---|---|---|---|---|---|---|---|---|
| AB | 382 | 413 | 447 | 393 | 418 | 458 | 512 | 57 |
| DPR | Jun10 | May04 | Apr06 | Mar02 | Jan27 | Dec31 | Dec15 | ND |

CONFIDENTIAL

0135185276

EXPERIAN_17-cv-361_0015

www.experian.com

## Your accounts in good standing (continued)

| SPA | 25 | 25 | 25 | 25 | 25 | 25 | 25 | ND |
|-----|----|----|----|----|----|----|----|----|
| AAP | 65 | 35 | 50 | 25 | 40 | 55 | 75 | ND |

► Between Nov 2015 and Jun 2016, your credit limit/high balance was $600

| | | | |
|---|---|---|---|
| **DISCOVER FINANCIAL SERVICES** | **Date opened** | **Type** | **Credit limit or** | **Responsibility** |
| PO BOX 15316 | Feb 2016 | Secured Card | **original amount** | Individual |
| WILMINGTON DE 19850 | **First reported** | $1,500 | $533 as of Jun | **Status** |
| **Phone number** | Feb 2016 | **Terms** | 2016 | Open/Never late. |
| (800) 347 2683 | **Date of status** | Not reported | **High balance** | |
| **Partial account number** | Jun 2016 | **Monthly** | $533 | |
| 601100274191.... | | **payment** | | |
| **Address identification number** | | $20 | | |
| 0028780425 | | | | |

**Payment history**
2016
JUN MAY APR MAR FEB

| CK | OK | OK | OK | OK |
|----|----|----|----|----|

**Account history** - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

| | May16 | Apr16 | Mar16 | Feb16 |
|-----|-------|-------|-------|-------|
| AB | 160 | 82 | 40 | 103 |
| DPR | May25 | Apr27 | Mar27 | Feb26 |
| SPA | 20 | 20 | 20 | ND |
| AAP | ND | ND | ND | ND |

► Between Apr 2016 and May 2016, your credit limit/high balance was $1,000   ► Between Feb 2016 and Mar 2016, your credit limit/high balance was $500

| | | | |
|---|---|---|---|
| **OCWEN LOAN SERVICING** | **Date opened** | **Type** | **Credit limit or** | **Responsibility** |
| 1661 WORTHINGTON RD STE 100 | Oct 2006 | Mortgage | **original amount** | Joint with |
| WEST PALM BEACH FL 33409 | **First reported** | **Terms** | $180,100 | CATHERINE M MACRIS |
| **Phone number** | Feb 2007 | 30 Years | **High balance** | **Status** |
| (800) 746 2936 | **Date of status** | **Monthly** | Not reported | Paid, Closed/Never late. |
| **Partial account number** | Feb 2008 | **payment** | **Recent balance** | This account is scheduled to continue on record until Feb |
| 4035.... | | Not reported | Not reported | 2016. |
| **Address identification number** | | | | |
| 0029298160 | | | | |

**Payment history**
2008    2007
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB

| CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | CK | OK | OK |
|-----|----|----|----|----|----|----|----|----|----|----|----|----|

0135185276

CONFIDENTIAL

EXPERIAN_17-cv-361_0016

Your accounts in good standing (continued)

| | | | | | |
|---|---|---|---|---|---|
| **SYNCB/LORD & TAY** PO BOX 965015 ORLANDO FL 32896 **Phone number** (866) 465 8292 **Partial account number** 604584047233.... **Address identification number** 0029392786 | **Date opened** Feb 2001 **First reported** Apr 2008 **Date of status** Apr 2008 | **Type** Charge Card **Terms** Not reported **Monthly payment** Not reported | **Credit limit or original amount** Not reported **High balance** $323 | **Recent balance** Not reported | **Responsibility** Individual **Status** Transferred,closed. This account is scheduled to continue on record until Apr 2018. **Comment:** Purchased by another lender. |

**Payment history**
2008
APR
CLS

| | | | | | |
|---|---|---|---|---|---|
| **SYNCHRONY BANK/WALMART** PO BOX 965024 ORLANDO FL 32896 **Phone number** (877) 294 7880 **Partial account number** 603220141471.... **Address identification number** 0029392786 | **Date opened** Jun 2008 **First reported** Jun 2008 **Date of status** Jul 2011 | **Type** Charge Card **Terms** Not reported **Monthly payment** Not reported | **Credit limit or original amount** Not reported **High balance** $171 | **Recent balance** Not reported | **Responsibility** Individual **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Jul 2021. |

**Payment history**
2011                     2010                                              2009                                                       2008
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN
CLS OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

CONFIDENTIAL

0135185276

EXPERIAN_17-cv-361_0017

www.experian.com

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others

The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

| | |
|---|---|
| **SYNCHRONY BANK**<br>C/O PO BOX 965037<br>ORLANDO FL 32896<br>(800) 542 0800<br>Address Identification number:<br>0028780425 | **Date**<br>May 27, 2016<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Jun 2018. |
| **ONEMAIN FI**<br>6801 COLWELL BLVD<br>IRVING TX 75039<br>(800) 922 6235<br>Address Identification number:<br>0028780425 | **Date**<br>Dec 9, 2015<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Jan 2018. |
| **CAP ONE NA**<br>PO BOX 30281<br>SALT LAKE CITY UT 84130<br>(800) 955 7070<br>Address Identification number:<br>0028780425 | **Date**<br>Jan 6, 2015<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Feb 2017. |
| **CHASE CARD**<br>PO BOX 15298<br>WILMINGTON DE 19850<br>(800) 432 3117<br>Address Identification number:<br>0028780425 | **Date**<br>Aug 22, 2014<br>**Reason**<br>Unspecified. This inquiry is scheduled to continue on record until Sep 2016. |

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

**These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).**

**CIC/USAA** 535 ANTON BLVD STE 100   COSTA MESA CA 92626
(877) 284 7942
Date of inquiry: Jul 26, 2016

**ECS/USAA FREE** 535 ANTON BLVD STE 100   COSTA MESA CA 92626
(877) 284 7942
Date of inquiry: Jul 26, 2016

**TRANSUNION INTERACTIVE** 100 CROSS ST STE 202   SAN LUIS OBISPO CA 93401
(805) 782 8282
Date of inquiry: Jul 22, 2016

**CIC/EXPERIAN CREDITWORKS** 535 ANTON BLVD STE 100   COSTA MESA CA 92626
(866) 431 3471
Date of inquiry: Jul 21, 2016; Jul 13, 2016; Jul 12, 2016; Jul 11, 2016; Jul 09, 2016; Jul 08, 2016; Jul 07, 2016; Jul 06, 2016; Jul 05, 2016; Jul 03, 2016; Jul 02, 2016; Jul 01, 2016; Jun 30, 2016; Jun 29, 2016; Jun 28, 2016; Jun 27, 2016; Jun 24, 2016; Jun 23, 2016; Jun 22, 2016; Jun 21, 2016; Jun 20, 2016; Jun 19, 2016; Jun 18, 2016; Jun 17, 2016; Jun 16, 2016; Jun 15, 2016; Jun 14, 2016; Jun 13, 2016; Jun 12, 2016; Jun 11, 2016; Jun 10, 2016; Jun 09, 2016; Jun 08, 2016; Jun 07, 2016; Jun 06, 2016; Jun 05, 2016; Jun 04, 2016; Jun 03, 2016; Jun 02, 2016; Jun 01, 2016; May 31, 2016; May 28, 2016; May 27, 2016; May 26, 2016; May 25, 2016; May 24, 2016; May 23, 2016;

0135185276

CONFIDENTIAL

EXPERIAN_17-cv-361_0018

May 22, 2016; May 21, 2016; May 20, 2016; May 19, 2016; May 18, 2016; May 17, 2016; May 16, 2016; May 15, 2016; May 14, 2016; May 13, 2016; May 12, 2016; May 11, 2016; May 10, 2016; May 09, 2016; May 08, 2016; May 07, 2016; May 06, 2016; May 05, 2016; May 04, 2016; May 03, 2016; May 02, 2016; May 01, 2016; Apr 30, 2016; Apr 29, 2016; Apr 28, 2016; Apr 27, 2016; Apr 26, 2016; Apr 25, 2016; Apr 24, 2016; Apr 23, 2016; Apr 22, 2016; Apr 21, 2016; Apr 20, 2016; Apr 19, 2016; Apr 18, 2016; Apr 14, 2016; Apr 13, 2016; Apr 11, 2016; Apr 10, 2016; Apr 08, 2016; Apr 07, 2016; Apr 06, 2016; Apr 05, 2016; Apr 04, 2016; Apr 03, 2016; Apr 01, 2016; Mar 31, 2016; Mar 30, 2016; Mar 29, 2016; Mar 28, 2016; Mar 27, 2016; Mar 26, 2016; Mar 25, 2016; Mar 24, 2016; Mar 23, 2016; Mar 22, 2016; Mar 21, 2016; Mar 19, 2016; Mar 18, 2016; Mar 17, 2016; Mar 16, 2016; Mar 15, 2016; Mar 12, 2016; Mar 03, 2016; Feb 13, 2016; Jan 14, 2016; Jan 13, 2016; Dec 31, 2015; Dec 21, 2015; Nov 27, 2015; Nov 24, 2015; Nov 08, 2015; Oct 20, 2015; Oct 08, 2015; Oct 07, 2015; Sep 17, 2015; Sep 06, 2015; Sep 01, 2015; Jun 25, 2015; Jun 15, 2015

**AMERICAN EXPRESS 2** PO BOX 981537   EL PASO TX 79998
(800) 874 2717
Date of inquiry: Jul 11, 2016

**CONSUMERINFO.COM** PO BOX 19729   IRVINE CA 92623
(866) 673 0141
Date of inquiry: Jul 01, 2016; Jun 17, 2016; May 27, 2016; May 13, 2016; Apr 29, 2016; Apr 15, 2016; Apr 01, 2016; Mar 18, 2016; Feb 26, 2016; Feb 12, 2016; Jan 29, 2016; Jan 15, 2016; Jan 04, 2016; Dec 11, 2015; Dec 01, 2015; Nov 13, 2015; Oct 30, 2015; Oct 16, 2015; Oct 02, 2015; Sep 14, 2015; Aug 28, 2015; Aug 14, 2015; Jul 31, 2015; Jul 17, 2015; Jun 26, 2015

**CONSUMERINFO.COM INC** PO BOX 19729   IRVINE CA 92623
No phone number available
Date of inquiry: Jun 30, 2016; May 27, 2016; Apr 30, 2016; Apr 13, 2016; Apr 06, 2016; Mar 11, 2016; Feb 12, 2016; Jan 12, 2016; Dec 29, 2015; Dec 22, 2015; Dec 09, 2015; Nov 26, 2015; Oct 07, 2015; Jul 10, 2015; Jun 24, 2015

**EQUIFAX CONSUMER SERVICES** 1100 ABERNATHY RD NE STE 300   ATLANTA GA 30328
(678) 795 7000
Date of inquiry: Jun 09, 2016

**FIRST NATIONAL BANK OF OMAHA** 1620 DODGE ST   OMAHA NE 68102
(402) 342 2265
Date of inquiry: Jun 09, 2016

**XCEL/WEST HERR USED CAR** 5535 TRANSIT RD   WILLIAMSVILLE NY 14221
(716) 689 8900
Date of inquiry: Jun 01, 2016; Feb 25, 2016; Sep 16, 2015

**CAPITAL ONE** PO BOX 30281   SALT LAKE CITY UT 84130
(800) 955 7070
Date of inquiry: May 17, 2016

**TRUECREDIT/MY CREDIT HEA** 100 CROSS ST STE 202   SAN LUIS OBISPO CA 93401
(805) 596 3386
Date of inquiry: May 14, 2016

**CHASE MTG** PO BOX 24696   COLUMBUS OH 43224
(800) 848 9136
Date of inquiry: May 11, 2016

**CREDCO/SPECIALIZED LOAN** PO BOX 509124   SAN DIEGO CA 92150
(800) 523 0233
Date of inquiry: May 04, 2016

**AMERICAN EXPRESS** 19640 N 31ST ST. AVE   PHOENIX AZ 85027
(800) 874 2717
Date of inquiry: Apr 29, 2016; Nov 27, 2015; Jul 11, 2015; Mar 07, 2015; Feb 07, 2015; Aug 07, 2014

**CAPITAL ONE AUTO FINANCE** 7933 PRESTON RD   PLANO TX 75024
(800) 227 3883
Date of inquiry: Apr 27, 2016

**SANTANDER CONSUMER USA** 8585 N STEMMONS FWY   DALLAS TX 75247
(888) 222 4227
Date of inquiry: Feb 24, 2016

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR   ALPHARETTA GA 30005
(866) 323 0932
On behalf of USAA for Insurance underwriting
Date of inquiry: Jan 05, 2016

**AXD/PINNACLE CAPITL MTG** 250 COMMERCE STE 100   IRVINE CA 92602
(949) 769 7568
Date of inquiry: Nov 30, 2015; Aug 11, 2015

**COMENITY SERVICING LLC** 220 W SCHROCK RD   WESTERVILLE OH 43081
(614) 729 5000
Date of inquiry: Nov 17, 2015

**ONEMAIN** 6801 COLWELL BLVD   IRVING TX 75039
(800) 922 6235
Date of inquiry: Oct 06, 2015

CONFIDENTIAL

0135185276

EXPERIAN_17-cv-361_0019

www.experian.com

CREDIT ONE BANK NA  585 PILOT RD   LAS VEGAS NV 89119
(877) 825 3242
Date of Inquiry: Aug 19, 2015; Jul 22, 2015

CREDIT ONE BANK NA
No phone number available
Date of Inquiry: Jul 22, 2015

FINGERHUT/WEBBANK  215 S STATE ST STE 800   SALT LAKE CITY UT 84111
(801) 456 8350
Date of Inquiry: Jul 02, 2015

CIC/EXPERIAN IDENTITY CH  535 ANTON BLVD STE 100   COSTA MESA CA 92626
No phone number available
Date of Inquiry: Jun 15, 2015

AMEX  1150 E UNIVERSITY DR FL 1   TEMPE AZ 85281
(623) 492 5293
Date of Inquiry: Jan 20, 2015

CAPITAL ONE  PO BOX 30281   SALT LAKE CITY UT 84130
(804) 967 1000
Date of Inquiry: Dec 19, 2014

NATIONAL GRID USA INC  300 ERIE BLVD W   SYRACUSE NY 13202
(315) 474 1511
Date of Inquiry: Sep 30, 2014

CAPITAL ONE  PO BOX 30281   SALT LAKE CITY UT 84130
(804) 967 1000
Date of Inquiry: Sep 19, 2014

CHASE CARD  PO BOX 15298   WILMINGTON DE 19850
No phone number available
Date of Inquiry: Aug 22, 2014

## Personal Information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### ■ Names

MARK K MACRIS
   Name identification number:  11371
MARK  MACRIS
   Name identification number:  4194
MARK KENNETH MACRIS
   Name identification number:  12123

### ■ Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and the source of that address, such as a creditor, court or potential creditor. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

| Address | Type of address | Geographical code |
|---|---|---|
| 270 MILLER RD<br>GETZVILLE NY 14068-1120<br>Address identification number:  0028780425 | Single family | 0-900320-29-1280 |
| 403 TEAKWOOD TER<br>WILLIAMSVILLE NY 14221-3935<br>Address identification number:  0029298160 | Single family | 0-900640-29-1280 |
| 67 FEDERAL AVE<br>CHEEKTOWAGA NY 14225-1707<br>Address identification number:  0029392786 | Single family | 0-1010310-29-1280 |
| 131 EUCLID AVE<br>KENMORE NY 14217-2803<br>Address identification number:  0029229774 | Single family | 0-850030-29-1280 |
| 1682 KENSINGTON AVE APT5<br>BUFFALO NY 14215-1422<br>Address identification number:  0029181405 | Apartment complex | 0-1020060-29-1280 |
| 67 FEDERAL AVE<br>GETZVILLE NY 14068-<br>Address identification number:  0780972755 | Single family | 0-00- 0-0760 |

0135185276

CONFIDENTIAL

EXPERIAN_17-cv-361_0020

www.experian.com

Prepared for:  MARK KENNETH MACRIS
Date:  July 27, 2016
Report number:  1091-3097-92

*Page 15 of 16*

---

Personal information continued

| Address | Type of address | Geographical code |
|---|---|---|
| 26 MAPLE DR | Single family | 0-1420330-29-5330 |
| BOWMANSVILLE NY 14026-1030 | | |

Address identification number:  0674366457

### ■ Social Security number variations

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.

XXX-XX-8390

### ■ Year of birth

1967

### ■ Telephone numbers

716 289 7447 Cellular
716 626 0136 Residential
716 626 0139 Residential

### ■ Spouse or co-applicant

CATHERINE

### ■ Former or current employers

SENTRY INSURANCE
RURAL METRO MEDICAL SVCS
NYS COMPENSATION BOARD
CARQUEST

--- End of Report ---

If you disagree with information in your report you may dispute most information at:

**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

CONFIDENTIAL

0135185276

EXPERIAN_17-cv-361_0021

www.experian.com

THIS PAGE INTENTIONALLY LEFT BLANK

0135185276

CONFIDENTIAL

EXPERIAN_17-cv-361_0022