# Exhibit G

NOLADB-#21795%-v1-Call log (2)

| First Name | Participant Station | Segment Start Time | Segment Stop Time | Account Numbers | ROD Account Number | Segment Duration | Segment ID | Route | Authentication Type | SLS DNIS | Number Dialed | Participant Phone Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Darchelle - SLS | 3044 | 11/29/2016 2:35:18 PM | 11/29/2016 2:40:59 PM | 1008702479 | | 00:05:41 | 6358507147008S3176 | Incoming | Not_Verified | 8003066062 | 7168128224 | 7168128224 |
| Donald - SLS | 3058 | 11/29/2016 2:29:33 PM | 11/29/2016 2:34:35 PM | 1008702479 | | 00:05:02 | 6358505692937135702 | Incoming | ANI | 8003066062 | | 7168128224 |
| Anthony - SLS | 5479 | 9/28/2016 7:50:42 AM | 9/28/2016 7:54:38 AM | 1008702479 | | 00:03:56 | 6335380167349835608 | Outgoing | | | 7162897447 | |
| Arvin - SLS | 3315 | 9/21/2016 10:05:27 AM | 9/21/2016 10:31:31 AM | 1008702479 | | 00:26:04 | 6332817295971257750 | Incoming | | 8003066059 | | 7163933873 |
| Elizabeth - SLS | 5250 | 9/15/2016 11:20:16 AM | 9/15/2016 11:21:48 AM | 1008702479 | | 00:01:31 | 6330610065001746808 | Outgoing | | | 7163231564 | |
| Linda - SLS | 5489 | 9/6/2016 7:09:48 AM | 9/6/20 16 7:14:23 AM | 1008702479 | | 00:04:36 | 6327205753663851875 | Incoming | | | | |
| Elizabeth - SLS | 5250 | 9/2/2016 4:36:29 PM | 9/2/2016 6:41:13 PM | 1008702479 | | 00:04:44 | 6325867446149395569 | Outgoing | | | 7166321564 | |
| Diana - SLS | 3240 | 7/27/2016 1:46:53 PM | 7/27/2016 1:59:46 PM | 1008702479 | | 00:12:53 | 6312093891417796569 | Incoming | | 8003066062 | | |
| Jacqueline - SLS | 5292 | 7/26/2016 8:33:12 AM | 7/26/2016 8:41:05 AM | 1008702479 | | 00:07:53 | 6311641668356483928 | Outgoing | | | 7168128224 | |
| Stella - SLS | 3123 | 7/21/2016 7:38:55 AM | 7/21/2016 7:39:39 AM | 1008702479 | | 00:00:44 | 6309772253807579656 | Incoming | | 8003066062 | | |
| Cierra - SLS | 3018 | 7/19/2016 10:06:12 AM | 7/19/2016 10:15:26 AM | 1008702479 | | 00:09:14 | 6309069803808482957 | Incoming | | 8003066062 | | |
| Anthony - SLS | 5475 | 6/9/2016 6:55:14 AM | 6/9/2016 7:15:34 AM | 1008702479 | | 00:20:21 | 6294175419343115501 | Incoming | | 8003154757 | | |
| Anthony - SLS | 5475 | 6/8/2016 7:10:24 AM | 6/8/20 16 7:40:23 AM | 1008702479 | | 00:29:59 | 6293808242589985791 | Incoming | | 3500 | | 7168128224 |
| Anthony - SLS | 5475 | 6/7/2016 6:58:17 AM | 6/7/2016 7:18:56 AM | 1008702479 | | 00:20:39 | 6293434033497339149 | Manual | | | 7169831768 | |
| Elizabeth - SLS | 5250 | 5/24/2016 2:27:02 PM | 5/24/2016 2:40:45 PM | 1008702479 | | 00:13:43 | 6288354848526589064 | L_Callback | | 8003066059 | 7165644595 | 7163933874 |
| Cierra - SLS | 5284 | 5/17/2016 7:24:44 AM | 5/17/2016 7:58:12 AM | 1008702479 | | 00:33:28 | 6285648062424615520 | Incoming | | 3500 | | 7168128224 |
| Mayra - SLS | 5067 | 5/10/2016 7:53:16 AM | 5/10/2016 8:08:25 AM | 1008702479 | | 00:15:09 | 6283057819188016845 | Incoming | | | | |
| Anthony - SLS | 5475 | 5/3/2016 10:47:19 AM | 5/3/2016 11:24:22 AM | 1008702479 | | 00:37:03 | 6280505075310863876 | Incoming | | 8003154757 | | 7168128224 |
| Anthony - SLS | 5475 | 4/28/2016 12:42:53 PM | 4/28/2016 1:00:43 PM | 1008702479 | | 00:17:50 | 6278679430742227887 | L_Callback | | 8003066059 | 7165644595 | 7163933877 |
| Bianca - SLS | 5379 | 4/27/2016 2:52:30 PM | 4/27/2016 3:03:44 PM | 1008702479 | | 00:11:14 | 6278347147528509250 | Outgoing | | 3500 | | 7168128224 |
| Kirkland - SLS | 5001 | 4/27/2016 1:44:03 PM | 4/27/2016 1:50:29 PM | 1008702479 | | 00:06:26 | 6278324108097821737 | Incoming | | 8003066059 | | 7163933874 |
| Anthony - SLS | 5475 | 4/27/2016 12:57:45 PM | 4/27/2016 1:02:39 PM | 1008702479 | | 00:04:54 | 6278312176678671700 | L_Callback | | 8003066059 | 7165644595 | 7163933877 |
| James - SLS | 5284 | 4/25/2016 2:42:44 PM | 4/25/2016 2:50:12 PM | 1008702479 | | 00:07:28 | 6277597060328927880 | Incoming | | | | |
| Benjamin - SLS | 5049 | 4/20/2016 12:34:23 PM | 4/20/2016 1:20:36 PM | 1008702479 | | 00:46:13 | 6275708558913911917 | Outgoing | | | 7168128224 | |
| Otilia - SLS | 5598 | 3/30/2016 2:15:55 PM | 3/30/2016 2:42:45 PM | 1008702479 | | 00:26:50 | 6267941935192808629 | Incoming | | 3500 | | 7168128224 |
| Tyann - SLS | 5176 | 3/30/2016 2:09:14 PM | 3/30/2016 2:16:30 PM | 1008702479 | | 00:07:16 | 6267940212910922703 | Incoming | | 3500 | | 7168128224 |
| Anthony - SLS | 5475 | 3/29/2016 2:17:49 PM | 3/29/2016 2:24:23 PM | 1008702479 | | 00:06:34 | 6267571339644713664 | Outgoing | | | 7162897447 | |
| Ezequiel - SLS | 5454 | 3/16/2016 3:24:10 PM | 3/16/2016 3:45:37 PM | 1008702479 | | 00:21:26 | 6262764330642649031 | Incoming | | 3500 | | 7168128224 |
| Victoria - SLS | 5196 | 3/16/2016 3:22:10 PM | 3/16/2016 3:26:02 PM | 1008702479 | | 00:03:52 | 6262763815246573458 | Incoming | | 3500 | | 7168128224 |
| Anthony - SLS | 5475 | 3/14/2016 10:57:09 AM | 3/14/2016 11:04:26 AM | 1008702479 | | 00:07:17 | 6261953350622847678 | L_Callback | | 8003066059 | 7162897447 | 7162897447 |
| Anthony - SLS | 5475 | 3/14/2016 8:28:55 AM | 3/14/2016 8:37:52 AM | 1008702479 | | 00:08:57 | 6261915151183712398 | Manual | | | 7162897447 | |
| Anthony - SLS | 5475 | 2/25/2016 10:44:21 AM | 2/25/2016 10:45:56 AM | 1008702479 | | 00:01:36 | 6255285980831485564 | Manual | | | 7162897447 | |
| Kimberly - SLS | 5067 | 2/18/2016 8:48:43 AM | 2/18/2016 9:05:23 AM | 1008702479 | | 00:16:39 | 6252658586127772400 | Incoming | | | | |
| Ronald - SLS | 3032 | 1/21/2016 1:01:11 PM | 1/21/2016 1:10:16 PM | 1008702479 | | 00:09:06 | 6242332614413S1049 | Incoming | | 8003066062 | | 7168628776 |
| Maria - SLS | 3205 | 1/19/2016 2:25:29 PM | 1/19/2016 2:30:27 PM | 1008702479 | | 00:04:58 | 6241612815037175484 | Incoming | | 8003066062 | | 7162897447 |
| Cliffton (Jay) - SLS | 3196 | 1/19/2016 11:15:00 AM | 1/19/2016 11:29:34 AM | 1008702479 | | 00:14:35 | 6241563727855959161 | Incoming | | 8003066062 | | 7168628776 |
| Marlene - SLS | 3089 | 1/19/2016 10:59:45 AM | 1/19/2016 11:05:26 AM | 1008702479 | | 00:05:42 | 6241559797960082835 | Incoming | | 8003066059 | | 7168628776 |
| Cierra - SLS | 3153 | 7/8/2015 1:42:37 PM | 7/8/2015 2:07:10 PM | 1008702479 | | 00:24:34 | 6169224697496026357 | Incoming | | 8003154757 | | 7168128224 |
| Christina - SLS | 3350 | 10/23/2014 9:27:55 AM | 10/23/2014 9:36:13 AM | 1008702479 | | 00:08:18 | 6073419086785753146 | Incoming | | | | 8885508356 |
| Lacey - SLS | 3221 | 10/23/2014 9:27:18 AM | 10/23/2014 9:27:54 AM | 1008702479 | | 00:00:36 | 6073418927903418762 | Incoming | | | | 8885508356 |
| Jennifer - SLS | 5430 | 10/17/2014 1:47:48 PM | 10/17/2014 1:59:37 PM | 1008702479 | | 00:11:49 | 6071255947164542659 | Incoming | | | | 8885508356 |
| Chelsea | 5118 | 5/8/2014 9:14:58 AM | 5/8/2014 9:26:00 AM | 1008702479 | | 00:11:02 | 119806357 | Incoming | | 2040 | | 8885508356 |
| Ezequiel | 5555 | 5/8/2014 9:13:08 AM | 5/8/2014 9:14:53 AM | 1008702479 | 1008702479 | 00:01:47 | 119806233 | Incoming | | 2040 | | 8885508356 |
| Henrik | 5516 | 5/5/2014 9:59:49 AM | 5/5/2014 9:59:49 AM | | | 00:01:45 | 119547805 | Outgoing | | -1 | | 8885508356 |
| Sandra | 5387 | 4/22/2014 10:27:14 AM | 4/22/2014 10:58:09 AM | 1008702479 | | 00:30:55 | 119055644 | Incoming | | 2040 | | 7168627310 |
| Henrik | 5516 | 4/15/2014 10:45:40 AM | 4/15/2014 10:47:52 AM | | | 00:02:12 | 118860930 | Outgoing | | -1 | | |
| Alex | 5035 | 4/11/2014 10:02:58 AM | 4/11/2014 10:04:45 AM | 1008702479 | | 00:01:47 | 118790368 | Outgoing | | -1 | 7165260136 | |

1008702479