# Exhibit I

| Return this dispute response to: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | Date Received: 07-26-2016 | | |
| 601 Experian Pkwy, Allen, TX, 75013 | | | | | | | Control #: 1091309792001 | | |
| FAX #: | | | | | | | FCRA Response Due Date: 08-11-2016 | | |
| Account Number: 1008702479 | | | | | | | Response Date | | |
| Subscriber Code: Specialized Loan Servicing LLC/1974240 | | | | | | | Response Code: 01 Account information accurate as of date reported | | |

On the lines below, S indicates the Response element is the Same as in the Request, D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data | |
|---|---|---|---|---|
| First Name: | MARK | S | First Name: | MARK |
| Middle Name: | KENNETH | D | Middle Name: | K |
| Last Name: | MACRIS | S | Last Name: | MACRIS |
| Generation Code: | | U | Generation Code: | |
| Address: | 270 MILLER RD, GETZVILLE, NY, 14068 | D | Address: | 270 MILLER ROAD, AMHERST, NY, 14068 |
| Prev. First Name: | | U | Prev. First Name: | |
| Prev. Middle Name: | | U | Prev. Middle Name: | |
| Prev. Last Name: | | U | Prev. Last Name: | |
| Prev. Generation Code: | | | Prev. Generation Code: | |
| Prev. Address: | | U | Prev. Address: | |
| SSN: | 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 | S | SSN: | |
| DOB: | 12-09-1967 | U | DOB: | |
| Telephone Number: | | U | Telephone Number: | |
| 2nd Prev. Address: | | | | |
| Consumer States/Comments: | | | | |
| Dispute Code 1: | 101 Not liable for account (i.e. ex-spouse, business). If liable, provide or confirm complete ID and ECOA Code. | | | |
| Dispute Code 2: | | | | |
| FCRA Relevant Information: | | | | |

| Account Status | Pay Rate | MOP | Cond./Comm. Status | | Date Opened | Balance | Amount Past Due | High Cr./Org | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 87 | | | FORE PROC/DEL 180 | | 02-01-2008 | $259468 | $143631 | $193472 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | | | 030 | M | 03-31-2016 | | 11-22-2011 | $1812 | 2 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2 | | |
| | BO | | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

Remarks:

DF Contact #:



SLS 371

| Account History – Request | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | | | | | | | . | . | . | . | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |

| Account History – Response | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2016 | | | | | | | | | | | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |

| Associated Consumer 1 | | | | Associated Consumer 2 | | | |
|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | |
| Address: | | | | Address: | | | |
| SSN: | | DOB: | | SSN: | | DOB: | |
| Telephone Number: | | | | Telephone Number: | | | |
| ECOA/Consumer Information Indicator: / | | | | ECOA/Consumer Information Indicator: / | | | |

| Images Information | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Associated Images: | Yes | Image Access Indicators: | #1 No | #2 | | #3 | | #4 | #5 |

Submitted By: Kirsten Palumbo    Tel: (720) 241-7200    Date: 07-27-2016

By submitting this ACDV, you certify that you have verified the accuracy of the data in compliance with all legal requirements and your computer and/or manual records will be adjusted to reflect the changes noted.



SLS 372

| Return this dispute response to: | | Date Received: | 07-21-2016 |
|---|---|---|---|
| Equifax | | Control #: | 99996202016610096 |
| 1550 Peachtree St, Atlanta, GA, 30309 | | | |
| FAX #: | | FCRA Response Due Date: | 08-10-2016 |
| Account Number: 1008702479 | | Response Date: | |
| Subscriber Code: Specialized Loan Servicing LLC/146FZ13991 | | Response Code: | 01 Account information accurate as of date reported |

On the lines below, S indicates the Response element is the Same as in the Request, D indicates it is Different, and U indicates it is Unknown.

| Request Data | | Verif Ind | Response Data | |
|---|---|---|---|---|
| First Name: | MARK | S | First Name: | MARK |
| Middle Name: | K | S | Middle Name: | |
| Last Name: | MACRIS | S | Last Name: | MACRIS |
| Generation Code: | | | Generation Code: | |
| Address: | 270 MILLER RD, GETZVILLE, NY, 14068 | D | Address: | 270 MILLER ROAD, AMHERST, NY, 14068 |
| Prev First Name: | | | Prev First Name: | |
| Prev Middle Name: | | | Prev Middle Name: | |
| Prev Last Name: | | | Prev Last Name: | |
| Prev Generation Code: | | | Prev Generation Code: | |
| Prev Address: | 67 FEDERAL AVE, CHEEKTOWAGA, NY, 14225 | U | Prev Address: | |
| SSN: | 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 | S | SSN: | |
| DOB: | 12-09-1967 | U | DOB: | |
| Telephone Number: | | | Telephone Number: | |
| 2nd Prev Address: | 403 TEAKWOOD TER, BUFFALO, NY, 14221 | | | |

Consumer States/Comments:

| Dispute Code 1 | 101: Not liable for account (i.e. ex-spouse, business). If liable, provide or confirm complete ID and ECOA Code. |
|---|---|
| Dispute Code 2 | |
| FCRA Relevant Information: | |

| Account Status | Pay. Rate | MOP | Cond./Cumm. Status | | Date Opened | Balance | Amount Past Due | High Cr./Orig. | Credit Limit | Original Charge-Off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 84 | | | | | 02-01-2008 | $259168 | $143631 | $193472 | | |

| Account Type | Interest Type | Port. Type | Term Dur. | Freq. | Date of Account Information | Date Closed | Date of Last Payment | Sch. Payment | ECOA | CII | FCRA DOFD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 | | M | 30 | M | 03-31-2016 | | 11-01-2011 | $1812 | 2 | | 10-01-2009 |
| | | | | | | | | | 2 | | |

| Compliance Condition Code | SCC | Original Cr. Name | | | | Original Cr. Class | Spec. Payment Ind. | Deferred Start Date | Balloon Date | Balloon Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | BO | | | | | | | | | |

| Agency ID | Sec. Marketing Agency Account # | Mortgage ID | Actual Payment | Portfolio Indicator | Purchased from/Sold to |
|---|---|---|---|---|---|
| | | | | | |

Remarks: DF Contact #

SLS 373

### Account History – Request

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | · | · | · | · | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | B | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |

### Account History – Response

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | | | | | 6 | 6 |
| 2015 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| 2014 | 6 | 6 | 6 | 6 | 6 | 6 | B | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |
| 2011 | | | | | | | | | | | | |
| 2010 | | | | | | | | | | | | |
| 2009 | | | | | | | | | | | | |

**Associated Consumer 1**
Name:
Address:
SSN                     DOB
Telephone Number:
ECOA/Consumer Information Indicator: /

**Associated Consumer 2**
Name:
Address:
SSN                     DOB
Telephone Number:
ECOA/Consumer Information Indicator: /

**Images Information**
Associated Images: Yes    Image Access Indicators: #1 No  #2     #3     #4     #5

Submitted By: Roniesha Coleman        Tel: (720) 348-8737        Date: 07-21-2016

By submitting this ACDV, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.



SLS 374

Payment Histories

Account Number: 1008702479
Borrower Information: MARK K MACRIS
270 MILLER ROAD
AMHERST, NY 14068

| Account Number | Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge Amt | Unapplied Funds Amt | Transaction Amt | Transaction Type | Balance Principal | Balance Escrow | Paid Through Date | Transaction Code | Transaction Desc | User ID | Trans Batch # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1008702479 | 04/24/2017 | 04/24/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104.00 | FP | N/A | N/A | 09/01/2009 | 104 | OTHER FUNDS RECEIVED | 30799 | |
| 1008702479 | 02/08/2017 | 02/08/2017 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,631.25) | ($2,631.25) | SRO | 0.00 | N/A | 09/01/2009 | | | 30766 | 1 |
| 1008702479 | 02/08/2017 | 02/08/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,631.25) | UFQ | N/A | N/A | 09/01/2009 | | | 30766 | 1 |
| 1008702479 | 02/08/2017 | 02/08/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $2,631.25 | $2,631.25 | SR | 0.00 | N/A | 09/01/2009 | | | 30766 | 1 |
| 1008702479 | 02/08/2017 | 02/08/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,631.25 | UFQ | N/A | N/A | 09/01/2009 | | | 30766 | 1 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $188,706.88 | $0.00 | $0.00 | $0.00 | $0.00 | $188,706.88 | RCA | 0.00 | N/A | 09/01/2009 | | | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | ($194,545.97) | ($194,545.97) | SRO | 188706.88 | N/A | 09/01/2009 | | | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($194,545.97) | UFQ | N/A | N/A | 09/01/2009 | | | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $51,579.94 | $0.00 | $0.00 | $51,579.94 | SR | 188706.88 | 0.00 | 09/01/2009 | | | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $43.60 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,862.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,065.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,800.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,087.20 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $140.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $50.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,390.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $375.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $665.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $461.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $450.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $195.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $81.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |

SLS 375

| Account Number | Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge Amt | Unapplied Funds Amt | Transaction Amt | Transaction Type | Balance Principal | Balance Escrow | Paid Through Date | Transaction Code | Transaction Desc | Unit ID | Trans Batch # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1008702479 | 01/19/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 01/19/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $115.00 | FE | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 13441 | 5 |
| 1008702479 | 04/18/2017 | 04/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104.10 | FE | N/A | N/A | 09/01/2009 | 36 | CORP ADV 1 DEFAULT AD | 13441 | 1 |
| 1008702479 | 01/19/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $312.05 | FE | N/A | N/A | 09/01/2009 | 36 | CORP ADV 1 DEFAULT AD | 13441 | 1 |
| 1008702479 | 01/18/2017 | 01/18/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FE | N/A | N/A | 09/01/2009 | 36 | CORP ADV 1 DEFAULT AD | 13441 | 5 |
| 1008702479 | 01/13/2017 | 01/13/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $194,543.93 | $194,543.93 | SR | 158706.82 | 11579.34 | 09/01/2009 | | | 13441 | 4 |
| 1008702479 | 01/13/2017 | 01/13/2017 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $194,543.93 | URJ | N/A | N/A | 09/01/2009 | | | 13441 | |
| 1008702479 | 12/20/2016 | 12/20/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $104.15 | FB | N/A | N/A | 09/01/2009 | 36 | CORP ADV 1 DEFAULT AD | 21015 | 0 |
| 1008702479 | 12/06/2016 | 12/06/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 1833 | |
| 1008702479 | 11/28/2016 | 11/28/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $143.46 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 1945 | 0 |
| 1008702479 | 11/27/2016 | 11/27/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $371.00 | FB | N/A | N/A | 09/01/2009 | 36 | CORP ADV 1 DEFAULT AD | 14392 | 0 |
| 1008702479 | 11/15/2016 | 11/15/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,342.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3551 | 0 |
| 1008702479 | 11/15/2016 | 11/15/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $373.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 0 |
| 1008702479 | 11/15/2016 | 11/15/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3551 | 0 |
| 1008702479 | 11/15/2016 | 11/15/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3551 | 0 |
| 1008702479 | 11/15/2016 | 11/15/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3551 | 0 |
| 1008702479 | 11/15/2016 | 11/15/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,043.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 0 |
| 1008702479 | 11/02/2016 | 11/02/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,600.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 195 | 0 |
| 1008702479 | 10/17/2016 | 10/17/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($495.00) | FWY | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 4754 | 1 |
| 1008702479 | 10/14/2016 | 10/14/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 1 |
| 1008702479 | 10/14/2016 | 10/14/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3551 | 0 |
| 1008702479 | 09/30/2016 | 09/30/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($150.00) | FWY | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 14121 | 0 |
| 1008702479 | 09/29/2016 | 09/29/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,047.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 0 |
| 1008702479 | 09/29/2016 | 09/29/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $125.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 0 |
| 1008702479 | 09/29/2016 | 09/29/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 0 |
| 1008702479 | 09/26/2016 | 09/26/2016 | $0.00 | $0.00 | ($908.00) | $0.00 | $0.00 | ($600.00) | ER | 158706.68 | 51573.34 | 09/01/2009 | | | 3251 | 0 |
| 1008702479 | 09/14/2016 | 09/14/2016 | $0.00 | $0.00 | ($1,307.99) | $0.00 | $0.00 | ($1,307.99) | EB1 | 158706.68 | -50771.94 | 09/01/2009 | | | 1022 | 1 |
| 1008702479 | 08/02/2016 | 08/02/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $143.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3167 | 0 |
| 1008702479 | 08/02/2016 | 08/02/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 0 |
| 1008702479 | 08/02/2016 | 08/02/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,350.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3551 | 0 |
| 1008702479 | 07/05/2016 | 07/05/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3551 | 0 |
| 1008702479 | 06/09/2016 | 06/09/2016 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3351 | 0 |
| 1008702479 | 04/24/2016 | 04/24/2016 | $0.00 | $0.00 | ($2,303.82) | $0.00 | $0.00 | ($2,821.82) | EPY | 158706.58 | -46543.95 | 09/01/2009 | | | 33447 | |
| 1008702479 | 12/15/2015 | 12/15/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $373.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 3251 | 0 |
| 1008702479 | 09/25/2015 | 09/25/2015 | $0.00 | $0.00 | ($757.00) | $0.00 | $0.00 | ($757.00) | EZ4 | 158706.86 | -43343.13 | 09/01/2009 | | | 3002 | 1 |
| 1008702479 | 09/17/2015 | 09/17/2015 | $0.00 | $0.00 | ($3,791.44) | $0.00 | $0.00 | ($3,791.44) | E31 | 158706.68 | -40341.13 | 09/01/2009 | | | 3147 | 0 |
| 1008702479 | 07/31/2015 | 09/01/2009 | $0.00 | $0.00 | ($39,789.89) | $0.00 | $0.00 | ($39,789.89) | FT | 158706.84 | -38792.19 | 09/01/2009 | | | 3703 | 0 |
| 1008702479 | 07/31/2015 | 07/31/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | ITR | 158706.86 | 0.00 | 09/01/2009 | 000 | | 17070 | 0 |
| 1008702429 | 07/31/2015 | 09/01/2009 | $0.00 | $0.00 | $39,789.80 | $0.00 | $0.00 | $39,789.60 | KT | 158706.68 | 0.00 | 09/01/2009 | | | 17070 | 0 |
| 1008702479 | 07/22/2015 | 07/22/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($500.00) | FWY | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 4754 | 0 |

SLS 376

| Account Number | Transaction Date | Effective Date | Principal Amt | Interest Amt | Escrow Amt | Late Charge Amt | Unapplied Funds Amt | Transaction Amt | Transaction Type | Balance Principal | Balance Escrow | Paid Through Date | Transaction Code | Transaction Desc | User ID | Trans |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1008702479 | 07/17/2015 | 07/17/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $665.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 07/17/2015 | 07/17/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 146.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 07/17/2015 | 07/17/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 03/31/2015 | 09/01/2009 | $0.00 | $0.00 | (139,789.69) | $0.00 | $0.00 | (139,789.69) | PT | 118706.58 | -39,789.69 | 09/01/2009 |  |  | 17028 | 0 |
| 1008702479 | 03/31/2015 | 03/31/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ITR | 118706.58 | 0.00 | 09/01/2009 | 000 |  | 17028 | 0 |
| 1008702479 | 03/31/2015 | 09/01/2009 | $0.00 | $0.00 | $39,789.69 | $0.00 | $0.00 | $39,789.69 | RT | 118706.58 | 0.00 | 09/01/2009 |  |  | 17028 | 0 |
| 1008702479 | 03/30/2015 | 03/30/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 03/30/2015 | 03/30/2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 140.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 01/22/2015 | 01/22/2015 | $0.00 | $0.00 | (42,776.36) | $0.00 | $0.00 | (42,726.36) | F97 | 118706.58 | -39799.69 | 04/01/2019 |  |  | 12487 | 1 |
| 1008702479 | 06/25/2014 | 06/25/2014 | $0.00 | $0.00 | ($771.00) | $0.00 | $0.00 | ($771.00) | E2 | 118706.58 | -37763.33 | 09/01/2009 |  |  | 12022 | 1 |
| 1008702479 | 09/15/2014 | 09/15/2014 | $0.00 | $0.00 | ($1,758.46) | $0.00 | $0.00 | ($1,758.44) | F97 | 118706.58 | -36342.33 | 09/01/2009 |  |  | 11407 | 1 |
| 1008702477 | 09/08/2014 | 09/08/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 08/18/2014 | 08/18/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($195.00) | RVV | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 19023 | 0 |
| 1008702479 | 06/15/2014 | 06/15/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 195.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 07/23/2014 | 07/23/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 07/23/2014 | 07/23/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($150.00) | RVV | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 19154 | 0 |
| 1008702479 | 07/21/2014 | 07/21/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 12551 | 0 |
| 1008702479 | 04/09/2014 | 04/09/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $460.00 | FB | N/A | N/A | 09/01/2009 | 40 | EXPENSE ADVANCES | 1833 | 0 |
| 1008702479 | 04/09/2014 | 04/09/2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.00 | FB | N/A | N/A | 04/01/2009 | 36 | CORP ADV 1 DEFAULT AD | 1833 | 0 |
| 1008702479 | 04/09/2014 | 04/09/2014 | $0.00 | $0.00 | ($12,583.87) | $0.00 | $0.00 | ($12,583.87) | SNO | 118706.58 | -37543.87 | 09/01/2009 |  |  | 1995 | 1 |

| ACCTR | TRNTYP | TRNDTE | TRNDUE | BYDPMT | TRNAMT | TRNTMT | ADNPMT | TRNFRN | TRNFBL | TRAUNS | TRNESC | TRNEBL | TRNITC | TRNLCB | TRPIPY | TRPFBL | LTCANP | INVBAL | INVANP | TRNESV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 188458414 | 20 | 2/11/2008 | 3/1/2008 | 0 | 763.2 | 763.2 | 0 | 0 | 193472 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 420 | 2/11/2008 | 3/1/2008 | 0 | 104.5 | | 0 | 0 | 193472 | 0 | 104.5 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458418 | 430 | 2/11/2008 | 3/1/2008 | 0 | 379.62 | | 0 | 0 | 193472 | 0 | 379.62 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 2/21/2008 | 3/1/2008 | 0 | 500 | | 0 | 500 | 193472 | 0 | 0 | 484.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458411 | 820 | 3/18/2008 | 3/1/2008 | 0 | -500 | | 0 | -500 | 192972 | 0 | 0 | 484.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 820 | 3/18/2008 | 3/1/2008 | 0 | 500 | | 0 | 500 | 193472 | 0 | 0 | 484.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 120 | 3/24/2008 | 3/1/2008 | 0 | -.24 | | 0 | 0 | 192972 | 0 | -.24 | 484.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458413 | 535 | 4/4/2008 | 3/1/2008 | 0 | -78.98 | | 0 | 0 | 192972 | 0 | -78.98 | 360.12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 4/9/2008 | 4/1/2008 | 0 | 173.15 | 964.85 | 0 | 195.1 | 192972 | 0 | 563.19 | 181.14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458418 | 555 | 5/6/2008 | 4/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 192776.9 | 0 | -78.98 | 944.33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 5/12/2008 | 5/1/2008 | 0 | 1723.15 | 963.88 | 0 | 196.08 | 192776.9 | 0 | 563.19 | 565.35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458418 | 555 | 6/5/2008 | 5/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 192580.8 | 0 | -78.98 | 1428.54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 6/16/2008 | 6/1/2008 | 0 | 1723.15 | 962.3 | 0 | 197.06 | 192580.8 | 0 | 563.19 | 1349.56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 7/7/2008 | 6/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 192383.8 | 0 | -78.99 | 1912.75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 120 | 7/9/2008 | 6/1/2008 | 0 | .76 | 0 | 0 | 0 | 192383.8 | 0 | .24 | 1813.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 7/15/2008 | 7/1/2008 | 0 | 1723.15 | 961.92 | 0 | 198.04 | 192383.8 | 0 | 563.19 | 1857.77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 8/6/2008 | 7/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 192185.7 | 0 | -78.98 | 7420.96 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 8/15/2008 | 8/1/2008 | 0 | 1723.15 | 960.93 | 0 | 199.03 | 192185.7 | 0 | 563.19 | 2341.98 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 9/5/2008 | 8/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 191986.7 | 0 | -78.98 | 2505.17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 9/15/2008 | 9/1/2008 | 0 | 1723.15 | 959.93 | 0 | 200.03 | 191986.7 | 0 | 563.19 | 2626.19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 520 | 9/16/2008 | 9/1/2008 | 0 | -617 | 0 | 0 | 0 | 191786.7 | 0 | -617 | 3389.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 594 | 9/30/2008 | 9/1/2008 | 0 | -2612.8 | 0 | 0 | 0 | 191786.7 | 0 | -2612.8 | 2762.18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 10/6/2008 | 9/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 191786.7 | 0 | -78.98 | 149.58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 10/15/2008 | 10/1/2008 | 0 | 1723.15 | 958.98 | 0 | 201.03 | 191786.7 | 0 | 563.19 | 70.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 11/6/2008 | 10/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 191585.6 | 0 | -78.98 | 633.79 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 11/19/2008 | 11/1/2008 | 0 | 1723.15 | 957.93 | 0 | 202.03 | 191585.5 | 0 | 563.19 | 554.61 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 120 | 11/26/2008 | 11/1/2008 | 0 | -617 | 0 | 0 | 0 | 191383.6 | 0 | -617 | 1318 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 12/4/2008 | 11/1/2008 | 0 | -78.98 | 956.97 | 0 | 0 | 191383.8 | 0 | -78.98 | 481 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 12/16/2008 | 12/1/2008 | 0 | 1723.15 | 956.97 | 0 | 203.04 | 191383.8 | 0 | 563.19 | 412.52 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 1/7/2009 | 12/1/2008 | 0 | -78.98 | 0 | 0 | 0 | 191180.6 | 0 | -78.98 | 975.21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 1/15/2009 | 1/1/2009 | 0 | 1723.15 | 955.9 | 0 | 204.56 | 191180.6 | 0 | 563.19 | 696.23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 2/5/2009 | 1/1/2009 | 0 | -78.98 | 0 | 0 | 0 | 190975.5 | 0 | -78.99 | 1454.82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 594 | 2/9/2009 | 1/1/2009 | 0 | -2553.12 | 0 | 0 | 0 | 190975.5 | 0 | -2553.12 | 1160.44 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 2/13/2009 | 2/1/2009 | 0 | 1723.15 | 954.88 | 0 | 205.08 | 190975.5 | 0 | 563.19 | 1172.58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 3/5/2009 | 2/1/2009 | 0 | -78.98 | 0 | 0 | 0 | 190771.4 | 0 | -78.98 | -609.49 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 3/13/2009 | 3/1/2009 | 0 | 1723.15 | 953.86 | 0 | 206.1 | 190771.4 | 0 | 563.19 | -488.47 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 4/6/2009 | 4/1/2009 | 0 | 77.98 | 0 | 0 | 0 | 190565.3 | 0 | 77.98 | -125.28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 4/15/2009 | 4/1/2009 | 0 | 1812.58 | 952.81 | 0 | 207.13 | 190565.3 | 0 | 652.52 | -203.26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 5/6/2009 | 4/1/2009 | 0 | 77.98 | 0 | 0 | 0 | 190358.2 | 0 | 77.98 | 449.36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 5/15/2009 | 5/1/2009 | 0 | 1812.58 | 951.79 | 0 | 208.17 | 190358.2 | 0 | 652.52 | 371.38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 6/4/2009 | 5/1/2009 | 0 | 77.98 | 0 | 0 | 0 | 190150 | 0 | 77.98 | 1024 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 6/16/2009 | 6/1/2009 | 0 | 1812.58 | 950.75 | 0 | 209.21 | 190150 | 0 | 652.62 | 946.62 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 40 | 6/25/2009 | 6/1/2009 | 0 | 1812.58 | -950.75 | 0 | -209.11 | 189940.8 | 0 | 652.62 | 1538.64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 7/6/2009 | 5/1/2009 | 0 | 77.98 | 0 | 0 | 0 | 190150 | 0 | 77.98 | 946.02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 8/6/2009 | 5/1/2009 | 0 | 77.98 | 0 | 0 | 0 | 190150 | 0 | 77.98 | 858.04 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 9/4/2009 | 5/1/2009 | 0 | 77.98 | 0 | 0 | 0 | 190150 | 0 | 77.98 | 790.06 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 9/18/2009 | 5/1/2009 | 0 | 2635 | 0 | 0 | 0 | 190150 | 0 | 0 | 712.08 | 0 | 0 | 2035 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 520 | 9/22/2009 | 5/1/2009 | 0 | -673 | 0 | 0 | 0 | 190150 | 0 | -677 | 712.08 | 0 | 0 | 0 | 2035 | 0 | 0 | 0 | 0 |
| 188458414 | 594 | 9/22/2009 | 5/1/2009 | 0 | -2846.08 | 0 | 0 | 0 | 190150 | 0 | -2846.08 | 39.08 | 0 | 0 | 0 | 2035 | 0 | 0 | 0 | 0 |

| ACCT# | TRNTYP | TRNDT | TRNDUE | BTDPMT | TRNAMT | TRNINT | ADNPMT | TRNPRN | TRNPBL | TRNHNS | TRNESC | TRNEBL | TRNLTC | TRNLCB | TRPTPY | TRPPBL | LTCANP | INVBAL | INVANP | TRNESV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 188458414 | 555 | 10/6/2009 | 5/1/2009 | 0 | -77.98 | | 0 | 0 | 190150 | 0 | -77.98 | -7807 | 0 | 0 | 0 | 2035 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 11/5/2009 | 5/1/2009 | 0 | -77.98 | | 0 | 0 | 190150 | 0 | -77.98 | -2884.98 | 0 | 0 | 0 | 2035 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 12/4/2009 | 5/1/2009 | 0 | -77.98 | | 0 | 0 | 190150 | 0 | -77.98 | -2962.96 | 0 | 0 | 0 | 2035 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 1/7/2010 | 5/1/2009 | 0 | -77.98 | | 0 | 0 | 190150 | 0 | -77.98 | -3040.94 | 0 | 0 | 0 | 2035 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 1/22/2010 | 5/1/2009 | 0 | 1000 | | 0 | 0 | 190150 | 0 | 0 | -3118.92 | 0 | 0 | 1000 | 2035 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 2/4/2010 | 5/1/2009 | 0 | -77.98 | | 0 | 0 | 190150 | 0 | -77.98 | -3118.92 | 0 | 0 | 0 | 3035 | 0 | 0 | 0 | 0 |
| 188458414 | 592 | 2/4/2010 | 5/1/2009 | 0 | -2840.17 | | 0 | 0 | 190150 | 0 | -2840.17 | -3196.9 | 0 | 0 | 0 | 3035 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 3/4/2010 | 5/1/2009 | 0 | -77.98 | | 0 | 0 | 190150 | 0 | -77.98 | -6037.07 | 0 | 0 | 0 | 3035 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 3/22/2010 | 5/1/2009 | 0 | 800 | | 0 | 0 | 190150 | 0 | 0 | -6115.05 | 0 | 0 | 800 | 3035 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 3/31/2010 | 5/1/2009 | 0 | 1815 | | 0 | 0 | 190150 | 0 | 0 | -6115.05 | 0 | 0 | 1815 | 3835 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 4/6/2010 | 5/1/2009 | 0 | -76.91 | | 0 | 0 | 190150 | 0 | -76.91 | -6115.05 | 0 | 0 | 0 | 5650 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 5/6/2010 | 5/1/2009 | 0 | -76.91 | | 0 | 0 | 190150 | 0 | -76.91 | -6191.96 | 0 | 0 | 0 | 5650 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 6/4/2010 | 5/1/2009 | 0 | -76.91 | | 0 | 0 | 190150 | 0 | -76.91 | -6268.87 | 0 | 0 | 0 | 5650 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 7/7/2010 | 5/1/2009 | 0 | -76.91 | | 0 | 0 | 190150 | 0 | -76.91 | -6345.78 | 0 | 0 | 0 | 5650 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 7/27/2010 | 5/1/2009 | 0 | -5437.74 | | 0 | 0 | 190150 | 0 | 0 | -6422.69 | 0 | 0 | -5437.74 | 5650 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 7/27/2010 | 6/1/2009 | 0 | 1812.58 | 950.75 | 0 | 209.11 | 190150 | 0 | 652.62 | -6422.69 | 0 | 0 | 0 | 212.26 | -72.5 | 0 | 0 | 0 |
| 188458414 | 10 | 7/27/2010 | 7/1/2009 | 0 | 1812.58 | 949.7 | 0 | 210.26 | 189940.8 | 0 | 652.62 | -5770.07 | 0 | -72.5 | 0 | 212.26 | -72.5 | 0 | 0 | 0 |
| 188458414 | 10 | 7/27/2010 | 8/1/2009 | 0 | 1812.58 | 948.65 | 0 | 211.31 | 189730.6 | 0 | 652.62 | -5117.45 | 0 | -145 | 0 | 212.26 | -72.5 | 0 | 0 | 0 |
| 188458414 | 555 | 8/5/2010 | 8/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.2 | 0 | -76.91 | -4464.83 | 0 | -217.5 | 0 | 212.26 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 9/7/2010 | 4/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.2 | 0 | -76.91 | -4541.74 | 0 | -217.5 | 0 | 212.26 | 0 | 0 | 0 | 0 |
| 188458414 | 520 | 9/10/2010 | 8/1/2009 | 0 | -681 | | 0 | 0 | 189519.2 | 0 | -681 | -4618.65 | 0 | -217.5 | 0 | 212.26 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 9/16/2010 | 8/1/2009 | 0 | 1200 | | 0 | 0 | 189519.2 | 0 | 0 | -5299.65 | 0 | -217.5 | 1200 | 212.26 | 0 | 0 | 0 | 0 |
| 188458414 | 594 | 9/23/2010 | 8/1/2009 | 0 | -2948.36 | | 0 | 0 | 189519.2 | 0 | -2948.36 | -5299.65 | 0 | -217.5 | 0 | 1412.26 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 9/29/2010 | 8/1/2009 | 0 | 0 | | 0 | 0 | 189519.2 | 0 | 727.06 | -4148.01 | 0 | -217.5 | -727.06 | 1412.26 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 9/30/2010 | 8/1/2009 | 0 | 0 | | 0 | 0 | 189519.2 | 0 | 685.2 | -7310.95 | 0 | -217.5 | -685.2 | 685.2 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 10/6/2010 | 8/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.2 | 0 | -76.91 | -6835.75 | 0 | -217.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 11/4/2010 | 8/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.2 | 0 | -76.91 | -6912.66 | 0 | -217.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 11/16/2010 | 8/1/2009 | 0 | 1200 | | 0 | 0 | 189519.2 | 0 | 0 | -6989.57 | 0 | -217.5 | 1200 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 12/6/2010 | 8/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.2 | 0 | -76.91 | -6989.57 | 0 | -217.5 | 0 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 1/6/2011 | 8/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.2 | 0 | -76.91 | -7066.48 | 0 | -217.5 | 0 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 592 | 1/31/2011 | 8/1/2009 | 0 | -2815.82 | | 0 | 0 | 189519.2 | 0 | -2815.82 | -7143.39 | 0 | -217.5 | 0 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 2/4/2011 | 8/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.2 | 0 | -76.91 | -9959.21 | 0 | -217.5 | 0 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 3/4/2011 | 8/1/2009 | 0 | -76.91 | | 0 | 0 | 189519.7 | 0 | -76.91 | -10036.12 | 0 | -217.5 | 0 | 1100 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 4/6/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.2 | 0 | -75.78 | -10113.03 | 0 | -217.5 | 0 | 1100 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 5/5/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.2 | 0 | -75.78 | -10188.81 | 0 | -217.5 | 0 | 1100 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 6/6/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.7 | 0 | -75.78 | -10264.59 | 0 | -217.5 | 0 | 1100 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 7/7/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.2 | 0 | -75.78 | -10340.37 | 0 | -217.5 | 0 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 8/4/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.2 | 0 | -75.78 | -10416.15 | 0 | -217.5 | 0 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 8/12/2011 | 8/1/2009 | 0 | -1200 | | 0 | 0 | 189519.2 | 0 | 0 | -10491.93 | 0 | -217.5 | -1200 | 1200 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 9/7/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.7 | 0 | -75.78 | -10491.93 | 0 | -217.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 520 | 9/12/2011 | 8/1/2009 | 0 | -686 | | 0 | 0 | 189519.2 | 0 | -686 | -10567.71 | 0 | -217.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 594 | 9/30/2011 | 8/1/2009 | 0 | -3022.94 | | 0 | 0 | 189519.2 | 0 | -3022.94 | -11253.71 | 0 | -217.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 10/6/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.2 | 0 | -75.78 | -14276.65 | 0 | -217.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 555 | 11/4/2011 | 8/1/2009 | 0 | -75.78 | | 0 | 0 | 189519.2 | 0 | -75.78 | -14352.43 | 0 | -217.5 | 0 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 11/15/2011 | 8/1/2009 | 0 | 1180 | | 0 | 0 | 189519.2 | 0 | 0 | -14428.21 | 0 | -217.5 | 1180 | 1180 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 11/18/2011 | 8/1/2009 | 0 | -1180 | | 0 | 0 | 189519.2 | 0 | 0 | -14428.21 | 0 | -217.5 | -1180 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 11/21/2011 | 8/1/2009 | 0 | 1846.89 | | 0 | 0 | 189519.2 | 0 | 0 | -14428.21 | 0 | -217.5 | 1846.89 | 1180 | 0 | 0 | 0 | 0 |
| 188458414 | 20 | 11/22/2011 | 8/1/2009 | 0 | -1846.89 | | 0 | 0 | 189519.2 | 0 | 0 | -14428.21 | 0 | -217.5 | -1846.89 | 0 | 0 | 0 | 0 | 0 |
| 188458414 | 10 | 11/22/2011 | 9/1/2009 | 0 | 1846.89 | 947.6 | 0 | 212.35 | 189519.2 | 0 | 652.62 | -14428.21 | 14.31 | -217.5 | 0 | 1846.89 | -38.19 | 0 | 0 | 0 |

| ACCT# | TRNTYP | TRNDTE | TRNDUE | BYDPMT | TRNAMT | TRNINT | ADDPMT | TRNPEN | TRNPBL | TRNPBL | TRNUMS | TRNESC | TRNEBL | TRNLTC | TRNLCB | TRFTPY | TRFPBL | LTCAMP | TNVBAL | TNVAMP | TRHESV | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183458414 | | 11/25/2012 | 9/1/2009 | 0 | 600 | | 0 | 0 | 189306.9 | 189306.9 | | 0 | -13775.59 | 0 | -255.69 | 600 | 600 | 0 | 0 | 0 | 0 | |
| 183458414 | 20 | 11/29/2011 | 9/1/2009 | 0 | 0 | | 0 | 600 | 189306.9 | 189306.9 | | 0 | -13775.59 | 0 | -255.69 | -600 | 600 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 12/6/2011 | 9/1/2009 | 0 | 75.78 | | 0 | 0 | 188706.9 | 188706.9 | | 75.78 | -13775.59 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 1/5/2012 | 9/1/2009 | 0 | -75.78 | | 0 | 0 | 188706.9 | 188706.9 | | -75.78 | -13851.37 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 20 | 1/11/2012 | 9/1/2009 | 0 | 600 | | 0 | 0 | 188706.9 | 188706.9 | | 0 | -13927.15 | 0 | -255.69 | 600 | 600 | 0 | 0 | 0 | 0 | |
| 183458414 | 20 | 1/11/2012 | 9/1/2009 | 0 | 600 | | 0 | 0 | 188706.9 | 188706.9 | | 0 | -13927.15 | 0 | -255.69 | -600 | -600 | 0 | 0 | 0 | 0 | |
| 183458414 | 592 | 1/23/2012 | 9/1/2009 | 0 | -28210.06 | | 0 | 0 | 188706.9 | 188706.9 | | -28420.06 | -13927.15 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 20 | 2/2/2012 | 9/1/2009 | 0 | 600 | | 0 | 0 | 188706.9 | 188706.9 | | 0 | -15747.21 | 0 | -255.69 | 600 | 600 | 0 | 0 | 0 | 0 | |
| 183458413 | 555 | 2/6/2012 | 9/1/2009 | 0 | 75.78 | | 0 | 0 | 188706.9 | 188706.9 | | 75.78 | -16747.21 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 20 | 3/6/2012 | 9/1/2009 | 0 | -600 | | 0 | 0 | 188706.9 | 188706.9 | | 0 | -16822.99 | 0 | -255.69 | -600 | -600 | 0 | 0 | 0 | 0 | |
| 183458414 | 20 | 2/21/2012 | 9/1/2009 | 0 | 600 | | 0 | 0 | 188706.9 | 188706.9 | | 0 | -16822.99 | 0 | -255.69 | 600 | 600 | 0 | 0 | 0 | 0 | |
| 183458414 | 20 | 2/21/2012 | 9/1/2009 | 0 | -600 | | 0 | 0 | 188706.9 | 188706.9 | | 0 | -16822.99 | 0 | -255.69 | -600 | 600 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 3/6/2012 | 9/1/2009 | 0 | 75.78 | | 0 | 0 | 188706.9 | 188706.9 | | 75.78 | -16822.99 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 4/5/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -15893.77 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 5/4/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -15973.35 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 6/6/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -17047.93 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 7/6/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -17122.51 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 8/7/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -17197.09 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 520 | 9/6/2012 | 9/1/2009 | 0 | -648 | | 0 | 0 | 188706.9 | 188706.9 | | -648 | -17271.67 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 9/7/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -17919.67 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 594 | 9/25/2012 | 9/1/2009 | 0 | -3087.52 | | 0 | 0 | 188706.9 | 188706.9 | | -3087.52 | -17994.25 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 10/4/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -21081.77 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458413 | 555 | 11/6/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -21156.35 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458413 | 555 | 12/6/2012 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -21230.93 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 1/7/2013 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -21305.51 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458413 | 592 | 1/17/2013 | 9/1/2009 | 0 | 2961.31 | | 0 | 0 | 188706.9 | 188706.9 | | 2961.31 | -21380.09 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 2/6/2013 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 74.58 | -24341.4 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 3/6/2013 | 9/1/2009 | 0 | 74.58 | | 0 | 0 | 188706.9 | 188706.9 | | 34.58 | -24415.98 | 0 | -255.89 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 4/4/2013 | 9/1/2009 | 0 | -73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -24490.56 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 5/6/2013 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -24563.87 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 6/6/2013 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -24637.18 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458413 | 555 | 7/5/2013 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -24710.49 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458413 | 555 | 8/6/2013 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -24783.8 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 9/6/2013 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -24857.11 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 520 | 9/9/2013 | 9/1/2009 | 0 | -673 | | 0 | 0 | 188706.9 | 188706.9 | | 673 | -24930.42 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 594 | 9/25/2013 | 9/1/2009 | 0 | -3715.21 | | 0 | 0 | 188706.9 | 188706.9 | | -3735.21 | -25603.42 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 10/4/2013 | 9/1/2009 | 0 | 146.62 | | 0 | 0 | 188706.9 | 188706.9 | | 146.62 | -29338.63 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 11/6/2013 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -29485.25 | 0 | -255.89 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 12/5/2013 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -29558.56 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 183458414 | 555 | 1/7/2014 | 9/1/2009 | 0 | 73.31 | | 0 | 0 | 188706.9 | 188706.9 | | 73.31 | -29631.87 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 184458414 | 592 | 1/23/2014 | 9/1/2009 | 0 | -2878.69 | | 0 | 0 | 188706.9 | 188706.9 | | -2878.69 | -29705.18 | 0 | -255.69 | 0 | 0 | 0 | 0 | 0 | 0 | |