# Exhibit J

MICHAEL WARD  CONF- FOR ATTYS EYES ONLY                    October 17, 2016
BRANCATO vs. SPECIALIZED LOAN SERVICING                                   1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEW JERSEY

 3                         - - -

 4   DEBRA BRANCATO,                    )
                                        )
 5              Plaintiff,              )
                                        )  Case No.:
 6        vs.                           )  15-CV-06780
                                        )
 7   SPECIALIZED LOAN SERVICING, LLC    )
     and TRANSUNION, LLC,               )
 8                                      )
                Defendants.             )
 9
                           - - -
10
                  FOR ATTORNEYS' EYES ONLY
11
          Confidential Deposition of MICHAEL WARD
12
                 Monday, October 17, 2016
13
                           - - -
14
          The deposition of MICHAEL WARD, called as a
15   witness by the plaintiff, pursuant to notice and the
     Colorado Rules of Civil Procedure pertaining to the
16   taking of depositions, taken before me, the
     undersigned, Randi E. Kelly, Notary Public in and for
17   the State of Colorado, at the offices of Esquire
     Deposition Solutions, 303 E. 17th Avenue, Suite 330,
18   Denver, Colorado 80203, commencing at 8:56 a.m., the
     day and date above set forth.
19
                           - - -
20

21

22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
MICHAEL WARD  CONF- FOR ATTYS EYES ONLY              October 17, 2016
BRANCATO vs. SPECIALIZED LOAN SERVICING                              3
```

```
 1                        MICHAEL WARD
 2   called as a witness by the plaintiff, having been
 3   first duly sworn, as hereinafter certified, was
 4   deposed and said as follows:
 5                        EXAMINATION
 6   BY MR. MAURO:
 7        Q    Good morning.  Could I ask you your name
 8   for the record?  I wasn't able to hear it, I'm sorry.
 9        A    Good morning.  My name is Michael Ward,
10   W-a-r-d.
11        Q    Good morning, Mr. Ward.
12        A    Good morning.
13        Q    Mr. Ward, my name is Joseph Mauro, and I
14   represent the plaintiff in this lawsuit.
15             I'm going to be asking you some questions
16   this morning.
17             Have you ever participated in a deposition
18   before?
19        A    Yes, I have.
20        Q    And was that as a representative of
21   Specialized Loan Servicing?
22        A    Yes.
23        Q    Can you give me an approximate amount of
24   times that you have testified on behalf of SLS?
25        A    Somewhere around a hundred.
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

1  A  It just depends on the circumstances
2  surrounding the dispute.
3  Q  In this instance, Miss Brancato clearly was
4  disputing the way that certain information was being
5  reported on her credit report; correct?
6  A  Yes.
7  Q  Okay. And TransUnion then sent a ACDV over
8  to SLS and said, "Can you please investigate these
9  things;" correct?
10  A  Yes.
11  Q  And SLS responded back to TransUnion after
12  investigating the dispute; correct?
13  A  Yes.
14  Q  And when SLS reported that information back
15  to TransUnion in none of these ACDVs did SLS report
16  back to TransUnion that Miss Brancato disputed the
17  credit information; correct?
18  A  Yes.
19  Q  And is that in compliance with SLS's
20  policies regarding credit reporting?
21  A  Well, yeah, because the account's already
22  under dispute, I mean, how do you double dispute an
23  account?
24  Q  Miss Brancato disputed the account with SLS
25  as well as with TransUnion; correct?