UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK K. MACRIS,
                          Plaintiff,

    v.                                    **Civil Action No.  17-CV-361**

EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,

                         Defendants.
_____

## PLAINTIFF'S APPENDIX PURSUANT TO LOCAL RULE 56.1(a) STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule 56.1(d), Plaintiff hereby submits the following documents as their appendix to Plaintiffs Local Rule 56.1(a) Statement of Material Facts submitted in support of Plaintiff's Motion for Summary Judgment.

Affidavit of Mark K. Macris sworn to October 31, 2018.

Affirmation of Seth J. Andrews dated October 31, 2018, 2018.

Affidavit of Gretchen Burger sworn to October 31, 2018.

Affidavit of Amanda Tagliarino sworn to October 31, 2018.

SLS 001 – SLS-013 (attached as Exhibit A to Affidavit of Mark K. Macris)

Divorce decree (attached as Exhibit B to Affidavit of Mark K. Macris)

Warranty deed (attached as Exhibit C to Affidavit of Mark K. Macris)

Summons and Complaint for Index Number 503473/2015, captioned, *U.S. Bank National Association, as Trustee for SROF-2013-S3 REMIC Trust I v. Mar K. Macris, Catherine M. Macris, et al.*, (attached as Exhibit D to Affidavit of Mark K. Macris)

Email chain between Kurt Odenbach, Esq. and Plaintiff (attached as Exhibit E to Affidavit of Mark K. Macris)

Affirmation of Regularity by Kurt Odenbach (attached as Exhibit F to Affidavit of Mark K. Macris)

Order of Reference granted by Honorable James H. Dillon (attached as Exhibit G to Affidavit of Mark K. Macris)

Dispute letter sent on April 28, 2016. (attached as Exhibit H to Affidavit of Mark K. Macris)

May 19, 2016 Experian credit report (attached as Exhibit I to Affidavit of Mark K. Macris)

May 23, 2016 SLS letter. (attached as Exhibit J to Affidavit of Mark K. Macris)

July 27, 2016 Experian credit report. (attached as Exhibit K to Affidavit of Mark K. Macris)

Plaintiff's complaint in this action. (attached as Exhibit A to Affirmation of Seth J. Andrews)

Defendant SLS's answer in this action. (attached as Exhibit B to Affirmation of Seth J. Andrews)

Judgment of Foreclosure and Sale and Notice of Sale (attached as Exhibit C to Affirmation of Seth J. Andrews)

Cited excerpts of the April 25, 2018 deposition transcript of Mark K. Macris. (attached as Exhibit D to Affirmation of Seth J. Andrews)

Cited excerpts of the August 14, 2018 deposition transcript of Loretta Poch. (attached as Exhibit E to Affirmation of Seth J. Andrews)

Affidavit of Eric Nichols, sworn to July 31, 2018 along with Experian bates stamped documents 0001, 0007-0021. (attached as Exhibit F to Affirmation of Seth J. Andrews)

SLS telephone call log (attached as Exhibit G to Affirmation of Seth J. Andrews)

Audio recordings of the conversations between Plaintiff and SLS ( These have been transferred to CDs and provided to the Court and are not filed with the ECF).

SLS 371-374. (attached as Exhibit I to Affirmation of Seth J. Andrews)

Cited excerpts of the October 17 2016 deposition transcript of Michael Ward. (attached as Exhibit J to Affirmation of Seth J. Andrews)

.

Dated:  October 31, 2018

             /s/Seth J. Andrews_____
             Seth J. Andrews, Esq.
             Law Offices of Kenneth Hiller
             *Attorneys for the Plaintiff*
             6000 North Bailey Avenue, Ste. 1A
             Amherst, NY 14226
             (716) 564-3288
             Email: sandrews@kennethhiller.com