UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**MARK K. MACRIS,**

                **Plaintiff,**

   v.                                              Civil Action No.  17-CV-361

**EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,**

                **Defendants.**
_____

## MOTION TO AMEND BRIEFING SCHEDULE

Upon the annexed affirmation of Seth J. Andrews, Esq. dated November 27, 2018, Plaintiff, by counsel, moves this Court for an Order modifying the briefing schedule for the parties' respective summary judgment motions. The parties respectfully request that the Court set December 5, 2018 as the deadline for the parties file their oppositions to the respective summary judgment motions and to set December 19, 2018 as the deadline for the parties to file their respective replies, together with such other relief which to the Court may seem proper.


DATED:  November 27, 2018            /s/Seth Andrews_____
                                                    Seth Andrews, Esq.
                                                    Law Offices of Kenneth Hiller
                                                    *Attorneys for Plaintiff*
                                                   6000 North Bailey Ave., Suite 1A
                                                   Amherst, New York 14226
                                                   (716) 564-3288
                                                   sandrews@kennethhiller.com