UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

**MARK K. MACRIS,**

                     **Plaintiff,**

      **v.**                                               Civil Action No.  17-CV-361

**EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,**

                     **Defendants.**
_____

## **AFFIRMATION**

I, Seth J. Andrews affirm that the following statements are true and correct under penalties of perjury:

1.  That I am an attorney of record for the Plaintiff in this action.

2.  On October 25, 2018, this Court issued a Second Amended Case Management Order (CMO) establishing October 31, 2018 as the deadline to file dispositive motions. (Dkt. No. 37).

3.  On October 31, 2018, Plaintiff and Defendant Specialized Loan Servicing, LLC ("SLS") filed respective Motions for Summary Judgment.  .

4.  On November 7, 2018, the Court issued a text Order setting the briefing schedule for the oppositions and replies to the summary judgment motions. (Dkt. No. 42).

5.  This Order set November 28, 2018 as the deadline for the parties to file their respective oppositions and December 12, 2018 as the deadline to file their respective replies.

6.  The parties are requesting a modification of this briefing schedule. The parties request that December 5, 2018 deadline be set as the deadline to file the oppositions and December 19, 2018 be set as the deadline to file the replies.

7. This motion is made on consent of Defendant SLS.


Dated: November 27, 2018 /s/Seth J. Andrews
                Seth J. Andrews, Esq.
                Law Offices of Kenneth Hiller, PLLC
                *Attorneys for Plaintiff*
                6000 North Bailey Ave., Suite 1A
                Amherst, New York 14226
                (716) 564-3288
                sandrews@kennethhiller.com