Atkinson-Baker Court Reporters
www.depo.com

```
                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF NEW YORK


MARK MACRIS,                    )
                                )
        Plaintiff,              )    CERTIFIED COPY
                                )
 v.                             )  Civil Action No.
                                )  17-CV-361
EXPERIAN INFORMATION            )
SOLUTIONS, INC. and             )
SPECIALIZED LOAN SERVICING,     )
LLC,                            )
                                )
        Defendants.             )
                                )
_____)



            RULE 30(b)(6) DEPOSITION OF

    EXPERIAN INFORMATION SOLUTIONS, INC. and
         SPECIALIZED LOAN SERVICING, LLC,

            BY AND THROUGH LORETTA POCH

                  LITTLETON, COLORADO

                    AUGUST 14, 2018
_____


ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com


REPORTED BY:  TERRY H. EDWARDS,
Registered Professional Reporter
FILE NO.:  AC03E10
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1        LITTLETON, COLORADO; TUESDAY, AUGUST 14, 2018;
 2                        10:14 A.M.
 3
 4                       LORETTA POCH,
 5            having first been duly sworn, was
 6            examined and testified as follows:
 7                       EXAMINATION
 8   BY MR. ANDREWS:
 9       Q   How are you doing?  My name is Seth
10   Andrews.  I'm the attorney for the plaintiff Mark
11   Macris.  We're here today pursuant to an action you
12   filed in the Western District of New York, naming
13   Specialized Loan Servicing, LLC as a defendant,
14   alleging violations of the FCRA and FDCPA.
15            We're here today to take the deposition
16   of -- I'll refer from now on SLS as Specialized
17   Loan Servicing.  So we're here to take SLS's
18   30(b)(6) deposition relative to that lawsuit.
19            That means you'll be providing testimony
20   on behalf of the company, not as an individual.  Do
21   you understand that?  You'll be testifying in that
22   capacity today?
23       A   I do.
24       Q   Okay. Just a couple of ground rules for
25   you again.  We can only talk one person at a time;
```