UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARK K. MACRIS,

                Plaintiff,

v.                                       **Civil Action No. 17-CV-361**

EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,

                Defendants.

---

## **AFFIDAVIT OF MARK K. MACRIS**

Mark K. Macris being duly sworn, deposes and says:

1. That I am the Plaintiff in this action.

2. This affidavit is made in opposition to SLS's Motion for Summary Judgment.

3. This affidavit incorporates and references the contents of my prior affidavit submitted in support of my motion for summary judgment. See Dkt #41-1.

4. Although I was contacted many, many times, both verbally and in writing by SLS, they never provided me with a written notice indicating that I had the right to request verification of the alleged debt they were attempting to collect.

5. However, despite never receiving this written notice from them, I disputed, in writing, on April 28, 2016, owing the debt and requested that SLS remove the derogatory trade line that they were reporting on my credit. I attached the order of reference to this letter showing I was removed from the foreclosure action. See Exhibit H to my affidavit sworn to October 31, 2018; #Dkt 41-1

6. In response to this dispute letter, I received a May 23, 2016 letter from SLS stating that it is unable to accept the court documents I attached to my dispute letter and that they forwarded account information to credit reporting agencies accurately. See Exhibit J to my affidavit sworn to October 31, 2018; #Dkt 41-1.

_____
Mark K. Macris

Sworn to before me this
5th day of December, 2018.

_____
Seth J. Andrews
Notary Public, State of New York
Qualified in Erie County
My Commission Expires September 8, 2019