

**McGLINCHEY STAFFORD**

Brian S. McGrath
D: (646) 362-4051
F: (646) 304-8363
bmcgrath@mcglinchey.com

ATTORNEYS AT LAW

112 West 34th Street, Suite 1515
New York, NY 10120
T (646) 362-4000
F (646) 607-4464

mcglinchey.com

| Alabama | New York |
| California | Ohio |
| Florida | Tennessee |
| Louisiana | Texas |
| Mississippi | Washington, DC |

August 8, 2018

**VIA FEDERAL EXPRESS**
Seth J. Andrews, Esq.
Law Offices Of Kenneth Hiller
6000 N. Bailey Avenue – Suite 1A
Amherst, New York 14226

    RE:   *Mark K. Macris v. Specialized Loan Servicing, LLC, et al.*
             Case No. 17-cv-00361-WMS

Dear Seth:

    Enclosed please find Defendant SLS's Amended Objections to Plaintiff's Notice of Taking Depositions of Defendant's Designated Corporate Representative Pursuant to Fed.R.Civ.P. 30(b)(6), dated August 8, 2018, along with documents Bates range SLS 051-370. Please note that these documents are in addition to documents already produced (Bates range SLS 001-050), and that Defendant reserves the right to produce other responsive documents up and until the scheduled deposition on August 14, 2018.

    Please let me know if you have any questions.

                            Sincerely,

                            **McGlinchey Stafford**

                            Brian S. McGrath

Enclosures

2049307.1