Atkinson-Baker Court Reporters
www.depo.com

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF NEW YORK
 2

 3   MARK MACRIS,                  )
                                   )
 4        Plaintiff,               )    [CERTIFIED COPY]
                                   )
 5   v.                            )    Civil Action No.
                                   )    17-CV-361
 6   EXPERIAN INFORMATION          )
     SOLUTIONS, INC. and           )
 7   SPECIALIZED LOAN SERVICING,   )
     LLC,                          )
 8                                 )
          Defendants.              )
 9                                 )
     _____)
10

11

12   _____

13            RULE 30(b)(6) DEPOSITION OF

14       EXPERIAN INFORMATION SOLUTIONS, INC. and
              SPECIALIZED LOAN SERVICING, LLC,
15
                BY AND THROUGH LORETTA POCH
16
                     LITTLETON, COLORADO
17
                       AUGUST 14, 2018
18
     _____
19

20

21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23

24   REPORTED BY:  TERRY H. EDWARDS,
     Registered Professional Reporter
25   FILE NO.:  AC03E10
```

Atkinson-Baker Court Reporters
www.depo.com

```
                        I N D E X


WITNESS:   LORETTA POCH

EXAMINATION                                          PAGE

     By Mr. Andrews                                    6
     By Mr. McGrath                                   --


                      E X H I B I T S

                                                  INITIAL
NUMBER              DESCRIPTION                  REFERENCE

   1    Letter to To Whom It May Concern          24, 30
        from Macris, SLS 322;
        Defendant SLS's Amended
        Objections to Plaintiff's Notice
        of Taking Deposition of
        Defendant's Designated Corporate
        Representative Pursuant to
        Fed.R.Civ.P.30(b)(6),
        SLS 051 through 370

   2    SLS 371 documents through 857;              36
        SLS 323 stamped DRAFT every page

   2B   Screen shot                                 65

   2c   Screen shot                                 79

   3    Letter to Macris from Teller,               68
        May 23, 2016

   4    CAPRESPA Loan Form, 6-28-2017,              88
        (Confidential)

   5    Complaint and Demand for Jury Trial         93
        Preliminary Statement, 7 pages

   6    Preliminary Statement                       94
```

```
 1        A    Okay.
 2        Q    So let's look at --
 3        MR. ANDREWS:  We'll mark -- let's mark the
 4   whole thing.
 5             (Exhibit 2 marked for identification.)
 6        Q    (BY MR. ANDREWS)  I'm showing you a
 7   document marked as plaintiff's Exhibit 2.  It's a
 8   series of documents Bates stamped SLS 371 through
 9   SLS 857.
10             Have you seen this stack of documents
11   prior to today?
12        A    Yes.
13        MR. MCGRATH:  Take a look at it.
14        A    Yes.
15        Q    (BY MR. ANDREWS)  Okay.  Can you identify
16   for me SLS 371 through 374?
17        A    These are SLS responses to an e-Oscar
18   dispute filed by Mr. Macris.
19        Q    Okay.  You testified that you're familiar
20   with that process, the ACDV, you're familiar with
21   that term?
22        A    Yes.
23        Q    That comes from -- the CRA in this case,
24   looking at SLS 371 Experian.  Are you familiar with
25   that?
```