UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK K. MACRIS,
                      **Plaintiff,**

      v.                                            Civil Action No.  17-CV-361

EXPERIAN INFORMATION SOLUTIONS, INC
And SPECIALIZED LOAN SERVICING LLC,

                      **Defendants.**
_____

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MATERIAL STATEMENT OF FACTS

1. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

2. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

3. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

4. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

5. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

6. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

7. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

8. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

9. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

10. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

11. Deny. Defendant's factual assertion is from an affidavit that is inadmissible as it is from a witness that was not previously disclosed to the Plaintiff in Defendant's 26(a)(1) disclosures nor was identified as the Defendant's 30(b)(6) witness.

Dated: December 5, 2018

s/Seth J. Andrews
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Ste. 1A
Amherst, New York 14226
(716)564-3288
Email: sandrews@kennethhiller.com