AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| MARK K. MACRIS, *Plaintiff* v. SPECIALIZED LOAN SERVICING, LLC, *Defendant* | Civil Action No. 17-CV-361S |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Defendant SLS's Motion for Summary Judgment is GRANTED. Plaintiff's Motion for Summary Judgment is DENIED. The Clerk of Court is DIRECTED to close this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge William M. Skretny on a motion for summary judgment in favor of the defendant.

Date: 07/22/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*