UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK K. MACRIS,                                    :

                  Plaintiff,     :   17-CV-361 (WMS)(LGF)

   v.                                              :   **NOTICE OF APPEAL**

SPECIALIZED LOAN SERVICING, LLC,          :

                            :

                Defendant.
_____

        Notice is hereby given that Mark K. Macris, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order of this Court entered on July 8, 2021 (ECF# 51 and Exhibit A, attached), which denied Plaintiff's Motion to Strike, and from the Decision and Order of this Court entered on July 20, 2021 (ECF# 53 and Exhibit B, attached), and from the Judgment of this Court entered on July 22, 2021 (ECF# 54 and Exhibit C, attached), both of which granted Defendant's Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment.

Dated:  August 19, 2021

                                 /s/ Brian L. Bromberg
                                 Brian L. Bromberg
                                 Bromberg Law Office, P.C.
                                 *Attorneys for Plaintiff Mark K. Macris*
                                 352 Rutland Road #1
                                 Brooklyn, New York 11225
                                 Tel: (212) 248-7906
                                 Fax: (212) 248-7908
                                 Email: brian@bromberglawoffice.com