UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK K. MACRIS,
        Plaintiff,

    -v-

SPECIALIZED LOAN SERVICING, LLC.,
        Defendant.
_____

17-CV-361
USCA: Enter USCA #

**CLERK'S CERTIFICATE / INDEX**

    I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

**The following documents are not available electronically and are maintained in the Western District of New York:**

    Docket No. **All Documents Filed Electronically**

Upon your request, we will make the above documents available to you.

MARY C. LOEWENGUTH
Clerk of Court
United States District Court

By: s/ Colin Jurkowski
_____
Deputy Clerk

DATED:    September 28, 2021
               Buffalo, NY